# EXHIBIT C

## Cash Management System


