## **EXHIBIT D**

## **Bank Accounts List**

| Debtor Entity | Bank Name & Address | Last 4 Digits of Account Number | Type of Account / Currency |
|---|---|---|---|
| Kidde-Fenwal, Inc. | Bank of America<br>540 W. Madison St.<br>Chicago, IL 60661 | 0467 | Operating / USD |
| Kidde-Fenwal, Inc. | Bank of America<br>540 W. Madison St.<br>Chicago, IL 60661 | 9789 | Operating / USD |
| Kidde-Fenwal, Inc. | Bank of America<br>540 W. Madison St.<br>Chicago, IL 60661 | 0247 | Controlled Disbursement / USD |
| Kidde-Fenwal, Inc. | Bank of America<br>540 W. Madison St.<br>Chicago, IL 60661 | 5781 | Controlled Disbursement / USD |