# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>       Debtor. | Chapter 11<br><br>Case No. 23-10638 (\_\_\_) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Brian D. Glueckstein of Sullivan & Cromwell LLP, to represent the Debtor in the above-captioned case.

Dated: May 14, 2023

            */s/ Scott Jones*
            Scott Jones (No. 6672)
            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
            1201 N. Market Street, 16th Floor
            P.O. Box 1347
            Wilmington, DE 19899-1347
            Telephone: (302) 658-9200
            Email: sjones@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: May 14, 2023

            */s/ Brian D. Glueckstein*
            Brian D. Glueckstein
            SULLIVAN & CROMWELL LLP
            125 Broad Street
            New York, NY 10004-2498
            Telephone: (212) 558-4000
            Email:  gluecksteinb@sullcrom.com

---

[1]  The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.