**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |

**NOTICE OF HEARING TO CONSIDER FIRST DAY PAPERS**

**This hearing will be conducted in-person. Any exceptions must be approved by chambers.**

**Parties may observe the hearing remotely by registering with the Zoom link below no later than May 16, 2023 at 11:00 a.m.**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-2grD0jG-oXa7UedIrGhicMoiX7Joc**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**Topic:  In re Kidde-Fenwal, Inc.**

**Time:  May 16, 2023 at 2:00 p.m. Eastern Time (US and Canada)**

**PLEASE TAKE NOTICE** that on May 14, 2023, Kidde-Fenwal, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor continues to operate its business as a debtor in possession pursuant to sections 1107 (a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge, at the

---

[1]    The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

United States Bankrupty Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **May 16, 2023 at 2:00 p.m. (ET)** on the following motions requesting certain "first day" relief (the "<u>First Day Pleadings</u>"), which have been filed by the Debtor in connection with its chapter 11 case (the "<u>Chapter 11 Case</u>").

| D.I. No. | First Day Pleadings |
|:---:|:---|
| 3 | Declaration of James A. Mesterharm in Support of Chapter 11 Petition and First Day Pleadings (D.I. 3, filed 5/14/2023). |
| 4 | Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements (D.I. 4, filed 5/14/23). |
| 5 | Application of Debtor for an Order Authorizing the Retention and Employment of Stretto, Inc. as Claims and Noticing Agent (D.I. 5, filed 5/14/23). |
| 6 | Motion of Debtor for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief (D.I. 6, filed 5/14/23). |
| 7 | Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Customer Programs and Honor Related Prepetition Obligations, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief (D.I. 7, filed 5/14/23). |
| 8 | Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Contract Worker Obligations, (II) Authorizing the Debtor to Continue the Contract Worker Obligations, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief (D.I. 8, filed 5/14/23). |
| 9 | Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Trade Claims, (II) Granting Administrative Expense Priority to all Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Certain Related Relief (D.I. 9, filed 5/14/23). |
| 10 | Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief (D.I. 10, filed 5/14/23). |

| 11 | Motion of Debtor for Entry of (I) an Interim Order Authorizing the Debtor to Continue Operating Under the Shared Services Agreement and (II) a Final Order Authorizing the Debtor's Assumption of the Shared Services Agreement (D.I. 11, filed 5/14/23). |

Copies of the First Day Pleadings may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.  Additionally, copies of the First Day Pleadings and all other papers filed in the Chapter 11 Case are available free of charge from the website of the Debtor's proposed claims, notice and balloting agent, Stretto, Inc., cases.stretto.com/KFI, or by calling:  866.887.0488 (Toll-Free) or 949.889.0128 (International).

Dated: May 15, 2023
      Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Scott Jones*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Scott Jones (No. 6672)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
sjones@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
Justin J. DeCamp (*pro hac vice* pending)
Alexa J. Kranzley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
       gluecksteinb@sullcrom.com
       decampj@sullcrom.com
       kranzleya@sullcrom.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*