# **Exhibit A**

**Debtor and Case Number (with link to Voluntary Petition)**

| Case Name | Case Number |
|---|---|
| Kidde-Fenwal, Inc. | 23-10638 |