IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Schulte Roth & Zabel LLP hereby appears as counsel for the Special Committee of the Board of Directors of Kidde-Fenwal, Inc. (the "Special Committee") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **SCHULTE ROTH & ZABEL LLP**<br>Adam Harris<br>Gayle Klein<br>Peter J. Amend<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955<br>Email: adam.harris@srz.com<br>  gayle.klein@srz.com<br>  peter.amend@srz.com | **SCHULTE ROTH & ZABEL LLP**<br>McKenzie Haynes<br>901 Fifteenth Street, NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 729-7470<br>Facsimile: (202) 730-4520<br>Email: mckenzie.haynes@srz.com |
|---|---|

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Special Committee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Special Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, the Special Committee's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Special Committee consistent with Article III of the United States Constitution.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 15, 2023  
      Wilmington, Delaware

**SCHULTE ROTH & ZABEL LLP**

*/s/ Adam C. Harris*
Adam C. Harris (*pro hac vice* pending)
Gayle R. Klein (*pro hac vice* pending)
Peter J. Amend (*pro hac vice* pending)
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Email: adam.harris@srz.com
       gayle.klein@srz.com
       peter.amend@srz.com

-and-

**SCHULTE ROTH & ZABEL LLP**

McKenzie Haynes *(pro hac vice* pending)
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
Email: mckenzie.haynes@srz.com

*Proposed Counsel for the Special Committee of the Board of Directors of Kidde-Fenwal, Inc.*