**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KIDDE-FENWAL, INC.,[1] | Case No. 23-10638 (JTD) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtor in the above-captioned case.

On May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing to Consider First Day Papers** (Docket No. 18)

- **Notice of (I) Filing of Chapter 11 Petition and Related Documents and (II) Agenda for Hearing Scheduled for May 16, 2023, at 2:00 P.M. (E.T.)** (Docket No. 19)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 15, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 15th day of May, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> JESSIE DE GUZMAN
> Notary Public - California
> Orange County
> Commission # 2401464
> My Comm. Expires Apr 20, 2026

---

[1] The lats four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **Exhibit A**



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Anapol Weiss | Attn: Lawrence R. Cohan & J Cohan | One Logan Square | 130 North 18th Street Suite 1600 | Philadelphia | PA | 19103 | |
| AT&T | Attn: Legal Dept | 100 Newport Avenue Extension | | Quincy | MA | 02171 | |
| AT&T | Attn: Legal Dept | 482 Southbridge St Unit 338 | | Auburn | MA | 01501 | |
| Avaya Cloud Inc. | Attn: Legal Dept | 4655 Great America Parkway | | Santa Clara | CA | 95054 | |
| Bank of America | Attn: Legal Dept. | 540 W. Madison St. | Chicago | Chicago | IL | 60661 | |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue Suite 100 | | Encinitas | CA | 92024 | |
| Baron & Budd P.C. | Attn: John P. Fiske & C Evangelisti | 11440 West Bernardo Court Suite 265 | | San Diego | CA | 92127 | |
| Baron & Budd P.C. | Attn: Scott Summy & Cary McDougal | 3102 Oak Lawn Avenue Suite 1100 | | Dallas | TX | 75129-4281 | |
| Carrier Global Corporation | c/o Richards Layton & Finger P.A. | Attn: Paul Heath & Zachary Shapiro | One Rodney Square | Wilmington | DE | 19801 | |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh & Nicholas Baker | 425 Lexington Ave. | New York | NY | 10017 | |
| Comcast Cable Commnication Mgmt | Attn: Legal Dept | 2180 Lake Blvd. Ne 10B85 | | Atlanta | GA | 30319 | |
| Commonwealth North Mariana Islands | Office of the Attorney General | Caller Box 10007 | | Saipan | MP | 96950 | Northern Mariana Islands |
| Creedon & Feliciani P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | Norristown | PA | 19401 | |
| Direct Energy Business | Attn: Legal Dept | 59 Allied Drive | | Dedham | MA | 02026-6100 | |
| Direct Energy Business | Dept of Public Services | 20 Ponderosa Rd. | | Ashland | MA | 01721-1092 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| Douglas & London P.C. | Attn Gary Douglas London & M London | 59 Maiden Lane 6th Floor | | New York | NY | 10038 | |
| Environmental Litigation Group P.C. | Attn: Gregory Cade & Gary Anderson | 2160 Highland Avenue South | | Birmingham | AL | 35205 | |
| Eversource | Attn: Legal Dept | 3719 W 96th St | | Indianapolis | IN | 46268 | |
| Gacovino Lake & Associates P.C. | Attn: Richard Zgoda & S. Gacovino | 270 West Main Street | | Sayville | NY | 11782 | |
| Granite Telecommunications LLC | Attn: Legal Dept | PO Box 681490 | | Indianapolis | IN | 46268 | |
| Granite Telecommunications LLC | Attn: Legal Dept | PO Box 983119 | | Boston | MA | 02298-3119 | |
| Heritage Interactive Services | Attn: Legal Dept | PO Box 782532 | | Philadelphia | PA | 19178-2532 | |
| Heritage Interactive Services | Attn: Legal Dept | PO Box 842985 | | Boston | MA | 02284-2985 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Klt Carting Inc | Attn: Legal Dept | PO Box 70219 | | Philadelphia | PA | 19176-0219 | |
| Law Offices of James Vasquez P.C. | Attn: James Vasquez | 970 Clifton Ave | | Clifton | NJ | 07013 | |
| Life Support Systems | Attn: Legal Dept | PO Box 32179 | | New York | NY | 10087-2179 | |
| Motley Rice LLC | Attn: Fred Thompson III | 28 Bridgeside Blvd. | | Mount Pleasant | SC | 29464 | |
| Murray Law Firm | Attn Stephen Murray & Robin Primeau | 701 Poydras Street Suite 4250 | | New Orleans | LA | 70139 | |
| Napoli Shkolnik PLLC | Attn: Paul J Napoli & Andrew Croner | 360 Lexington Avenue 11th Floor | | New York | NY | 10017 | |
| Office of the Attorney General Guam | Attn: Legal Dept | 590 S. Marine Corps Dr. Suite 901 | | Tamuning | | 96913 | Guam |
| Office of the U.S. Trustee | United States Department of Justice | 844 King St Suite 2207 Lockbox 35 | Attn: Timothy J. Fox | Wilmington | DE | 19801 | |
| Paukert & Troppmann PLLC | Attn: Mary E. Dillon & A Biviano | 522 West Riverside Avenue Suite 560 | | Spokane | WA | 99201 | |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 75 Montgomery St. Suite 203 | | Jersey City | NJ | 07302 | |
| Pritzker Levine LLP | Attn: Elizabeth Pritzker & J Levine | 1900 Powell Street Suite 450 | | Emeryville | CA | 94608 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey St Ste 400 Brookfield Pl | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road Suite 419 | | Melville | NY | 11747 | |
| Solomon Law Group LLC | Attn: Carl L. Solomon | 3501 North Main Street | | Columbia | SC | 29203 | |
| Special Committee | c/o Schulte Roth & Zabel LLP | 901 Fifteenth Street NW Suite 800 | Attn: McKenzie Hayness | Washington | DC | 20005 | |
| Special Committee | c/o Schulte Roth & Zabel LLP | 919 Third Avenue | Attn: Adam Harris G Klein & P Amend | New York | NY | 10022 | |
| Sprague Operating Resources LLC | Attn: Legal Dept | PO Box 56007 | | Boston | MA | 02205-6007 | |
| Sprague Operating Resources LLC | Attn: Legal Dept | PO Box 70220 | | Philadelphia | PA | 19176-0220 | |
| Stag Liuzza LLC | Attn Michael G. Stag & M Cunningham | 365 Canal St. Suite 2850 | | New Orleans | LA | 70130 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Illinois | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |



## Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building 7th Fl | 525 W Ottawa St | Lansing | MI | 48909 | |
| State of Mississippi | Office of the Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State of New Hampshire | Office of the Attorney General | NH Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl West Wing | Trenton | NJ | 08611 | |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of Ohio | Office of the Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of South Carolina | Office of the Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| Stutzman Bromberg Esserman & Plifka | Sander Esserman | 2323 Bryan Street Suite 2200 | | Dallas | TX | 75201-2689 | |
| Suburban Propane | Attn: Legal Dept | PO Box G | | Whippany | NJ | 07981-0406 | |
| The Ferraro Law Firm | Attn James Ferraro & Janpaul Portal | Brickell World Plaza | 600 Brickell Avenue 38th Floor | Miami | FL | 33131 | |
| Town of Ashland | Attn: Legal Dept | 101 Main St. | | Ashland | MA | 01721-1191 | |
| Town of Ashland | Attn: Legal Dept | PO Box 15124 | | Albany | NY | 12212-5124 | |
| Town of Ashland | Attn: Legal Dept | PO Box 5095 | | Carol Stream | IL | 60197-5095 | |
| United States Trustee for DE | Attn:  Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| US Attorney for the District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Verizon | Office of Collector | PO Box 841 | | Reading | MA | 01867-0407 | |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street N.W. Suite 700 | | Washington | DC | 20005 | |
| Weitz & Luxenberg P.C. | Attn: Nancy C. Christensen | 700 Broadway | | New York | NY | 10003 | |
| Wilentz Goldman & Spitzer P.A. | Attn: Stephen Sullivan & John Keefe | 125 Half Mile Road Suite 100 | | Red Bank | NJ | 07701 | |

# **Exhibit B**



**Exhibit B**

Served via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kendestin | 302-651-7701 |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | 212-455-2502 |
| Commonwealth of the North Mariana Islands | Office of the Attorney General | | 670-664-2349 |
| District of Columbia | Office of the Attorney General | | 202-347-8922 |
| Granite Telecommunications LLC | Attn: Legal Dept | | 617-328-0312 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| Motley Rice, LLC | Attn: Fred Thompson, III | | 843-216-9450 |
| Office of the Attorney General Guam | | | 671-472-2493 |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | 302-573-6497 |
| Office of the United States Attorney for the District of Delaware | | | 302-573-6220 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, Gayle Klein, & Peter J. Amend | 212-593-5955 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Hayness | 202-730-4520 |
| State of Alabama | Office of the Attorney General | | 334-242-2433 |
| State of Alaska | Office of the Attorney General | | 907-269-5110 |
| State of Arizona | Office of the Attorney General | | 602-542-4085 |
| State of California | Office of the Attorney General | | 916-323-5341 |
| State of Delaware | Department of Justice | | 302-577-6630 |
| State of Florida | Office of the Attorney General | | 850-410-1630 |
| State of Louisiana | Office of the Attorney General | | 225-326-6797 |
| State of Michigan | Office of the Attorney General | | 517-335-7644 |
| State of Mississippi | Office of the Attorney General | | 601-359-4231 |
| State of New Hampshire | Office of the Attorney General | | 603-271-2110 |
| State of New Jersey | Office of the Attorney General | | 609-292-3508 |
| State of New York | Office of the Attorney General | | 866-413-1069 |
| State of North Carolina | Office of the Attorney General | | 919-716-6050 |
| State of Oklahoma | Office of the Attorney General | | 405-521-6246 |
| State of Pennsylvania | Office of the Attorney General | | 717-787-8242 |
| State of South Carolina | Office of the Attorney General | | 803-253-6283 |
| State of Tennessee | Office of the Attorney General | | 615-741-2009 |
| State of Texas | Office of the Attorney General | | 512-475-2994 |
| State of Vermont | Office of the Attorney General | | 802-828-3187 |
| State of Wisconsin | Office of the Attorney General | | 608-267-2779 |

Kidde-Fenwal, Inc.
Case No. 23-10638 (LSS)



**Exhibit B**
Served via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Sander Esserman | | 214-969-4999 |
| Town Of Ashland | Attn: Legal Dept | | 508-881-0114 |
| Wilentz, Goldman & Spitzer P.A. | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | 732-855-6117 |

# **Exhibit C**

 STRETTO

**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Avaya Cloud, Inc. | Attn: Legal Dept | | uscare@avaya.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kendestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| Direct Energy Business | Attn: Legal Dept | | businessinfo@directenergy.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Heritage Interactive Services | Attn: Legal Dept | | info@heritage-interactive.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Life Support Systems | Attn: Legal Dept | | info@lifesupportsystems.com |
| Motley Rice, LLC | Attn: Fred Thompson, III | | fthompson@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>cthomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General Guam | | | civillitigation@oagguam.org |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Sprague Operating Resources LLC | Attn: Legal Dept | | customercare@spragueenergy.com |



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com<br>mcunningham@stagliuzza.com |
| State of Alabama | Office of the Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | bceintake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Louisiana | Office of the Attorney General | | constituentservices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Sander Esserman | | esserman@sbep-law.com |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com<br>james@ferrarolaw.com |
| Town Of Ashland | Attn: Legal Dept | | townclerkoffice@ashlandmass.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Wilentz, Goldman & Spitzer P.A. | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@wilentz.com<br>jkeefe@wilentz.com |

Kidde-Fenwal, Inc.
Case No. 23-10638 (LSS)