**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |
| | **Ref. D.I. 10** |

**NOTICE OF FILING OF REVISED PROPOSED INTERIM ORDER
(I) AUTHORIZING THE DEBTOR TO (A) CONTINUE TO OPERATE ITS CASH
MANAGEMENT SYSTEM, (B) PAY OR HONOR CERTAIN PREPETITION
OBLIGATIONS RELATED THERETO AND (C) MAINTAIN ITS BANK
ACCOUNTS AND EXISTING BUSINESS FORMS, (II) AUTHORIZING
AFFILIATE TRANSACTIONS AND (III) GRANTING RELATED RELIEF**

      **PLEASE TAKE NOTICE** that on May 14, 2023, the above-captioned debtor (the "Debtor") filed the *Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief* (D.I. 10) (the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed interim order granting the relief requested in the Motion (the "Revised Proposed Interim Order"). The Revised Proposed Interim Order incorporates comments from the United States Trustee (the "U.S. Trustee") and the U.S. Trustee consents to its entry.

      **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Interim Order against the form of order attached to the Motion.

      **PLEASE TAKE FURTHER NOTICE** that the Debtor will present the Revised Proposed Interim Order at the hearing scheduled on May 16, 2023, at 2:00 p.m. (ET).

---

[1]   The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

Dated: May 16, 2023
   Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Scott D. Jones (No. 6672)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
sjones@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
Justin J. DeCamp (*pro hac vice* pending)
Alexa J. Kranzley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
   gluecksteinb@sullcrom.com
   decampj@sullcrom.com
   kranzleya@sullcrom.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*