**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>**Ref. D.I. 4** |

**NOTICE OF FILING OF REVISED PROPOSED ORDER (I) AUTHORIZING THE DEBTOR TO (A) FILE UNDER SEAL PORTIONS OF THE CREDITOR MATRIX CONTAINING CERTAIN INDIVIDUAL CREDITOR INFORMATION, (B) LIST ADDRESSES OF TORT CLAIMANTS' COUNSEL IN THE CREDITOR MATRIX AND OTHER FILINGS IN LIEU OF TORT CLAIMANTS' ADDRESSES AND SERVE TORT CLAIMANTS AT SUCH ADDRESSES AND (C) LIST THE TWENTY LAW FIRMS REPRESENTING THE LARGEST NUMBER OF TORT CLAIMANTS INSTEAD OF THE TWENTY LARGEST UNSECURED CREDITORS, (II) APPROVING NOTICE OF COMMENCEMENT PROCEDURES AND (III) WAIVING CERTAIN CAPTION REQUIREMENTS**

　　　　　**PLEASE TAKE NOTICE** that on May 14, 2023, the above-captioned debtor (the "Debtor") filed the *Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements* (D.I. 4) (the "Motion").

　　　　　**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed order granting the relief requested in the Motion (the "Revised Proposed Order"). The Revised Proposed Order incorporates comments from the United States Trustee.

　　　　　**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the Revised Proposed Order against the form of order attached to the Motion.

　　　　　**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the Revised Proposed Order at the hearing scheduled on May 16, 2023, at 2:00 p.m. (ET).

---

[1]　　The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

| | |
|---|---|
| Dated: May 16, 2023<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Scott D. Jones*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Scott D. Jones (No. 6672)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>sjones@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (*pro hac vice* pending)<br>Brian D. Glueckstein (*pro hac vice* pending)<br>Justin J. DeCamp (*pro hac vice* pending)<br>Alexa J. Kranzley (*pro hac vice* pending)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>          gluecksteinb@sullcrom.com<br>          decampj@sullcrom.com<br>          kranzleya@sullcrom.com<br><br>*Proposed Counsel for the Debtor and Debtor-in-Possession* |