**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |

**AMENDED[2] NOTICE OF (I) FILING OF CHAPTER 11 PETITION AND RELATED**
**DOCUMENTS AND (II) AGENDA FOR HEARING**
**SCHEDULED FOR MAY 16, 2023, AT 2:00 P.M. (E.T.)**

> This hearing will be conducted in-person. Any exceptions must be approved by Chambers.
>
> Parties may observe the hearing remotely by registering with the Zoom link below no later than May 16, 2023 at 11:00 a.m.
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItd-2grD0jG-oXa7UedIrGhicMoiX7Joc**
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.
>
> Topic:  In re Kidde-Fenwal, Inc.
>
> Time:  May 16, 2023 at 2:00 p.m. Eastern Time (US and Canada)

**PLEASE TAKE NOTICE** that, on May 14, 2023, Kidde-Fenwal, Inc. (the "Debtor") filed the following voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and related motions with the United States Bankruptcy Court for the District of Delaware.  The Debtor continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The automatic stay of section 362(a) of the Bankruptcy Code is in effect.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for May 16, 2023 at 2:00 p.m. (prevailing Eastern Time) (the "First Day Hearing") before the

---

[1]    The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

[2]    Amended items appear in **bold**.

Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

## PETITION

1.    Voluntary Petition (see attached **Exhibit A**)

    Related Documents:

    a)    Notice of Hearing to Consider First Day Papers (D.I. 18, filed 5/15/23).

## DECLARATION IN SUPPORT OF CHAPTER 11 PETITION AND FIRST DAY PLEADINGS

2.    Declaration of James A. Mesterharm in Support of Chapter 11 Petition and First Day Pleadings (D.I. 3, filed 5/14/23).

    Witness Information:  The Debtor intends to present the testimony of James A. Mesterharm by declaration.

## MATTERS GOING FORWARD

3.    Motion of Debtor for Entry of an Order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements (D.I. 4, filed 5/14/23).

    **Related documents:**

    a)    **Notice of Filing of Revised Proposed Order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II)  Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements (D.I. 40, filed 5/16/23).**

    Status:  This matter is going forward.

4.    Application of Debtor for an Order Authorizing the Retention and Employment of Stretto, Inc. as Claims and Noticing Agent (D.I. 5, filed 5/14/23).

      Status:  This matter is going forward.

5.    Motion of Debtor for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief (D.I. 6, filed 5/14/23).

      Status:  This matter will be going forward.

6.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Customer Programs and Honor Related Prepetition Obligations, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief (D.I. 7, filed 5/14/23).

      Status:  This matter will be going forward.

7.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Contract Worker Obligations, (II) Authorizing the Debtor to Continue the Contract Worker Obligations, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief (D.I. 8, filed 5/14/23).

      Status:  This matter will be going forward.

8.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Trade Claims, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief (D.I. 9, filed 5/14/23).

      Status:  This matter will be going forward.

9.    Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief (D.I. 10, filed 5/14/23).

      **Related documents**:

      a)    **Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief (D.I. 39, filed 5/16/23).**

Status:  This matter will be going forward.

10.  Motion of Debtor for Entry of (I) an Interim Order Authorizing the Debtor to Continue Operating Under the Shared Services Agreement and (II) a Final Order Authorizing the Debtor's Assumption of the Shared Services Agreement (D.I. 11, filed 5/14/23).

Status:  This matter will be going forward.

Dated: May 16, 2023
Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Scott D. Jones (No. 6672)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
sjones@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (*pro hac vice* pending)
Brian D. Glueckstein (*pro hac vice* pending)
Justin J. DeCamp (*pro hac vice* pending)
Alexa J. Kranzley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
      gluecksteinb@sullcrom.com
      decampj@sullcrom.com
      kranzleya@sullcrom.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*