# EXHIBIT 1

**Utility Services List**

| Utility Company | Account Number | Address | Description of Utility Services | Monthly Average | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| AT&T | | 2180 LAKE BLVD. NE 10B85 ATLANTA, GA 30319; PO BOX 5095 CAROL STREAM, IL 60197-5095 | Telephone | $301.22 | $0 | $139.03 |
| AVAYA CLOUD, INC. | 599707032 | 4655 GREAT AMERICA PARKWAY SANTA CLARA, CA 95054 | Telephone | $9,800.42 | $0 | $4,523.27 |
| COMCAST CABLE COMMUNICATION MGT | 8773100500306358; 8773100500298183 | MANAGEMENT LLC PO BOX 70219 PHILADELPHIA, PA 19176-0219 | Telephone | $401.45 | $0 | $185.28 |
| DIRECT ENERGY BUSINESS | 1572532 | PO BOX 32179 NEW YORK, NY 10087-2179; PO BOX 70220 PHILADELPHIA, PA 19176-0220 | Electricity | $27,692.03 | $0 | $12,780.94 |

| Utility Company | Account Number | Address | Description of Utility Services | Monthly Average | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| EVERSOURCE | 1637 371 0017; 1072 949 0028; 1637 372 0016; 2574 933 1002 | PO BOX 56007 BOSTON, MA 02205-6007 | Electricity; Natural Gas | $24,322.12 | $0 | $11,225.59 |
| GRANITE TELECOMMUNICATIONS LLC | 1659852 | PO BOX 983119 BOSTON, MA 02298-3119; 100 NEWPORT AVENUE EXTENSION QUINCY, MA 02171 | Telephone | $59.66 | $0 | $27.54 |
| HERITAGE INTERACTIVE SERVICES | N/A | 3719 W 96TH ST INDIANAPOLIS, IN 46268; PO BOX 681490 INDIANAPOLIS, IN 46268 | Waste Removal | $8,794.97 | $0 | $4,059.22 |
| KLT CARTING INC | N/A | 482 SOUTHBRIDGE ST, UNIT 338 AUBURN, MA 01501 | Waste Removal | $3,035.71 | $0 | $1,401.10 |

| Utility Company | Account Number | Address | Description of Utility Services | Monthly Average | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| LIFE SUPPORT SYSTEMS | N/A | 59 ALLIED DRIVE DEDHAM, MA 02026-6100 | Waste Removal | $71.30 | $0 | $32.91 |
| SPRAGUE OPERATING RESOURCES LLC | 72000221; 16373720016; 16373710017; 10729490028 | PO BOX 842985 BOSTON, MA 02284-2985; PO BOX 782532 PHILADELPHIA, PA 19178-2532 | Natural Gas | $2,649.75 | $0 | $1,222.96 |
| TOWN OF ASHLAND | 60003; 10-00100010-01; 10-001000020-01; 10-001000050-01; 10-001000060-01 | OFFICE OF COLLECTOR PO BOX 841 READING, MA 01867-0407; DEPT OF PUBLIC SERVICES 20 PONDEROSA RD. ASHLAND, MA 01721-1092; 101 MAIN ST. ASHLAND, MA 01721-1191 | Water/Sewer | $1,611.92 | $0 | $743.96 |

| Utility Company | Account Number | Address | Description of Utility Services | Monthly Average | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|---|
| VERIZON | 551-412-004-0001-47 | PO BOX 15124 ALBANY, NY 12212-5124 | Telephone | $763.27 | $0 | $352.28 |
| SUBURBAN PROPANE | 1108-129008 | PO BOX G WHIPPANY, NJ 07981-0406 | Propane Provider | $1,367.18 | $0 | $631.01 |