IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (JTD) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via facsimile on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice of (I) Filing of Chapter 11 Petition and Related Documents and (II) Agenda for Hearing Scheduled for May 16, 2023, at 2:00 P.M. (E.T.)** (Docket No. 41)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 16, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of May, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] The lats four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **<u>Exhibit A</u>**



# Exhibit A
Served via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | 302-651-7701 |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | 212-455-2502 |
| Commonwealth of the North Mariana Islands | Office of the Attorney General | | 670-664-2349 |
| District of Columbia | Office of the Attorney General | | 202-347-8922 |
| Granite Telecommunications LLC | Attn: Legal Dept | | 617-328-0312 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| Motley Rice, LLC | Attn: Fred Thompson, III | | 843-216-9450 |
| Office of the Attorney General Guam | | | 671-472-2493 |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | 302-573-6497 |
| Office of the United States Attorney for the District of Delaware | | | 302-573-6220 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, Gayle Klein, & Peter J. Amend | 212-593-5955 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Hayness | 202-730-4520 |
| State of Alabama | Office of the Attorney General | | 334-242-2433 |
| State of Alaska | Office of the Attorney General | | 907-269-5110 |
| State of Arizona | Office of the Attorney General | | 602-542-4085 |
| State of California | Office of the Attorney General | | 916-323-5341 |
| State of Delaware | Department of Justice | | 302-577-6630 |
| State of Florida | Office of the Attorney General | | 850-410-1630 |
| State of Louisiana | Office of the Attorney General | | 225-326-6797 |
| State of Michigan | Office of the Attorney General | | 517-335-7644 |
| State of Mississippi | Office of the Attorney General | | 601-359-4231 |
| State of New Hampshire | Office of the Attorney General | | 603-271-2110 |
| State of New Jersey | Office of the Attorney General | | 609-292-3508 |
| State of New York | Office of the Attorney General | | 866-413-1069 |
| State of North Carolina | Office of the Attorney General | | 919-716-6050 |
| State of Oklahoma | Office of the Attorney General | | 405-521-6246 |
| State of Pennsylvania | Office of the Attorney General | | 717-787-8242 |
| State of South Carolina | Office of the Attorney General | | 803-253-6283 |
| State of Tennessee | Office of the Attorney General | | 615-741-2009 |
| State of Texas | Office of the Attorney General | | 512-475-2994 |
| State of Vermont | Office of the Attorney General | | 802-828-3187 |
| State of Wisconsin | Office of the Attorney General | | 608-267-2779 |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Sander Esserman | | 214-969-4999 |



# Exhibit A
Served via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Town Of Ashland | Attn: Legal Dept | | 508-881-0114 |
| Wilentz, Goldman & Spitzer P.A. | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | 732-855-6117 |

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Avaya Cloud, Inc. | Attn: Legal Dept | | uscare@avaya.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| Direct Energy Business | Attn: Legal Dept | | businessinfo@directenergy.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Heritage Interactive Services | Attn: Legal Dept | | info@heritage-interactive.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Life Support Systems | Attn: Legal Dept | | info@lifesupportsystems.com |
| Motley Rice, LLC | Attn: Fred Thompson, III | | fthompson@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>cthomas@murray-lawfirn.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General Guam | | | civillitigation@oagguam.org |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, Gayle Klein, & Peter J. Amend | adam.harris@srz.com<br>gayle.klein@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Hayness | mckenzie.haynes@srz.com |
| Sprague Operating Resources LLC | Attn: Legal Dept | | customercare@spragueenergy.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com<br>mcunningham@stagliuzza.com |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | bceintake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Louisiana | Office of the Attorney General | | constituentservices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Sander Esserman | | esserman@sbep-law.com |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com<br>james@ferrarolaw.com |
| Town Of Ashland | Office of Collector | | townclerkoffice@ashlandmass.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Wilentz, Goldman & Spitzer P.A. | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@wilentz.com<br>jkeefe@wilentz.com |