IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (JTD) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of Debtor for Entry of an order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements** (Docket No. 4)

- **Application of Debtor for an Order Authorizing the Retention and Employment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 5)

- **Motion of Debtor for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief** (Docket No. 6)

- **Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Maintain its Customer Programs and Honor Related Prepetition Obligations, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief** (Docket No. 7)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The lats four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

- **Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Contract Worker Obligations, (II) Authorizing the Debtor to Continue the Contract Worker Obligations, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief** (Docket No. 8)

- **Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Prepetition Trade Claims, (II) Granting Administrative Expense Priority to all Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief** (Docket No. 9)

- **Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 10)

- **Motion of Debtor for Entry of (I) an Interim order Authorizing the Debtor to Continue Operating Under the Shared Services Agreement and (II) a Final Order Authorizing the Debtor's Assumption of the Shared Services Agreement** (Docket No. 11)

- **Declaration of James A. Mesterharm in Support of Chapter 11 Petition and First Day Pleadings** (Docket No. 31)

- **Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 39)

- **Notice of Filing of Revised Proposed Order (I) Authorizing the Debtor to (A) File Under Seal Portions of the Creditor Matrix Containing certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) Lis the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements** (Docket No. 40)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Interim Order (I) Authorizing the Debtor to (A) File Under Seal Portions fo the Creditor Matrix Containing Certain Individual Creditor Information, (B) List Addresses of Tort Claimants' Counsel in the Creditor Matrix and Other Filings in Lieu of Tort Claimants' Addresses and Serve Tort Claimants at Such Addresses and (C) List the Twenty Law Firms Representing the Largest Number of Tort Claimants Instead of the Twenty Largest Unsecured Creditors, (II) Approving Notice of Commencement Procedures and (III) Waiving Certain Caption Requirements** (Docket No. 52)

- **Order Authorizing the Retention and Employment of Stretto, Inc. as Claims and Noticing Agent** (Docket No. 53)

- **Interim Order (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief** (Docket No. 54)

- **Interim Order (I) Authorizing the Debtor to Maintain its Customer Programs and Honor Related Prepetition Obligations, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (III) Granting Related Relief** (Docket No. 55)

- **Interim Order (I) Authorizing the Debtor to Pay Prepetition Contract Worker Obligations, (II) Authorizing the Debtor to Continue the Contract Worker Obligations, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief** (Docket No. 56)

- **Interim Order (I) Authorizing the Debtor to Pay Prepetition Trade Claims, (II) Granting Administrative Expense Priority to all Undisputed Obligations on Account of Outstanding Orders, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers and (IV) Granting Related Relief** (Docket No. 57)

- **Interim Order (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 58)

- **Interim Order Authorizing the Debtor to Continue Operating Under the Shared Services Agreement** (Docket No. 59)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 60)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on May 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Motion of Debtor for Entry of Interim and Final Orders (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief** (Docket No. 6)

- **Interim Order (I) Approving Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Granting Related Relief** (Docket No. 54)

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 60)

Furthermore, on May 16, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Bank of America Attn: Legal Dept at 540 W. Madison St., Chicago, IL 60661:

- **Motion of Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 10)

- **Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 39)

- **Interim Order (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Pay or Honor Certain Prepetition Obligations Related Thereto and (C) Maintain its Bank Accounts and Existing Business Forms, (II) Authorizing Affiliate Transactions and (III) Granting Related Relief** (Docket No. 58)

[THIS SPACE INTENTIONALLY LEFT BLANK]

- **Omnibus Notice of First Day Motions and Final Hearing Thereon** (Docket No. 60)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 16, 2023

_____
Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of May, 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Anapol Weiss | Attn: Lawrence R. Cohan & J Cohan | One Logan Square | 130 North 18th Street Suite 1600 | Philadelphia | PA | 19103 | |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue Suite 100 | | Encinitas | CA | 92024 | |
| Baron & Budd P.C. | Attn: John P. Fiske & C Evangelisti | 11440 West Bernardo Court Suite 265 | | San Diego | CA | 92127 | |
| Baron & Budd P.C. | Attn: Scott Summy & Cary McDougal | 3102 Oak Lawn Avenue Suite 1100 | | Dallas | TX | 75129-4281 | |
| Carrier Group | c/o Richards Layton & Finger P.A. | One Rodney Square 920 North King St | Attn: Paul Heath & Zachary Shapiro | Wilmington | DE | 19801 | |
| Carrier Group | c/o Simpson Thacher & Bartlett LLP | 425 Lexington Ave. | Attn: Sandeep Qusba & Sunny Singh | New York | NY | 10017 | |
| Commonwealth North Mariana Islands | Office of the Attorney General | Caller Box 10007 | | Saipan | MP | 96950 | Northern Mariana Islands |
| Creedon & Feliciani P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | Norristown | PA | 19401 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| Douglas & London P.C. | Attn Gary Douglas London & M London | 59 Maiden Lane 6th Floor | | New York | NY | 10038 | |
| Environmental Litigation Group P.C. | Attn: Gregory Cade & Gary Anderson | 2160 Highland Avenue South | | Birmingham | AL | 35205 | |
| Gacovino Lake & Associates P.C. | Attn: Richard Zgoda & S. Gacovino | 270 West Main Street | | Sayville | NY | 11782 | |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Law Offices of James Vasquez P.C. | Attn: James Vasquez | 970 Clifton Ave | | Clifton | NJ | 07013 | |
| Motley Rice LLC | Attn: Fred Thompson III | 28 Bridgeside Blvd. | | Mount Pleasant | SC | 29464 | |
| Murray Law Firm | Attn Stephen Murray & Robin Primeau | 701 Poydras Street Suite 4250 | | New Orleans | LA | 70139 | |
| Napoli Shkolnik PLLC | Attn: Paul J Napoli & Andrew Croner | 360 Lexington Avenue 11th Floor | | New York | NY | 10017 | |
| Office of the Attorney General Guam | Attn: Legal Dept | 590 S. Marine Corps Dr. Suite 901 | | Tamuning | | 96913 | Guam |
| Office of the U.S. Trustee | United States Department of Justice | 844 King St Suite 2207 Lockbox 35 | Attn: Timothy J. Fox | Wilmington | DE | 19801 | |
| Paukert & Troppmann PLLC | Attn: Mary E. Dillon & A Biviano | 522 West Riverside Avenue Suite 560 | | Spokane | WA | 99201 | |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 75 Montgomery St. Suite 203 | | Jersey City | NJ | 07302 | |
| Pritzker Levine LLP | Attn: Elizabeth Pritzker & J Levine | 1900 Powell Street Suite 450 | | Emeryville | CA | 94608 | |
| Securities and Exchange Commission | Attn: Regional Director | New York Regional Office | 200 Vesey St Ste 400 Brookfield Pl | New York | NY | 10281-1022 | |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 | |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road Suite 419 | | Melville | NY | 11747 | |
| Solomon Law Group LLC | Attn: Carl L. Solomon | 3501 North Main Street | | Columbia | SC | 29203 | |
| Stag Liuzza LLC | Attn Michael G. Stag & M Cunningham | 365 Canal St. Suite 2850 | | New Orleans | LA | 70130 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Illinois | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MA | 02108 | |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building 7th Fl | 525 W Ottawa St | Lansing | MI | 48909 | |
| State of Mississippi | Office of the Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State of New Hampshire | Office of the Attorney General | NH Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl West Wing | Trenton | NJ | 08611 | |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of Ohio | Office of the Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of South Carolina | Office of the Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| Stutzman Bromberg Esserman & Plifka | Sander Esserman | 2323 Bryan Street Suite 2200 | | Dallas | TX | 75201-2689 | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| The Ferraro Law Firm | Attn James Ferraro & Janpaul Portal | Brickell World Plaza | 600 Brickell Avenue 38th Floor | Miami | FL | 33131 | |
| United States Trustee for DE | Attn: Timothy J. Fox | 844 N King St #2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| US Attorney for the District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street N.W. Suite 700 | | Washington | DC | 20005 | |
| Weitz & Luxenberg P.C. | Attn: Nancy M. Christensen | 700 Broadway | | New York | NY | 10003 | |
| Wilentz Goldman & Spitzer P.A. | Attn: Stephen Sullivan & John Keefe | 125 Half Mile Road Suite 100 | | Red Bank | NJ | 07701 | |

# **<u>Exhibit B</u>**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III | | fthompson@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>cthomas@murray-lawfirn.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General Guam | | | civillitigation@oagguam.org |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn: Timothy J. Fox | | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, Gayle Klein, & Peter J. Amend | adam.harris@srz.com<br>gayle.klein@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Hayness | mckenzie.haynes@srz.com |



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com; mcunningham@stagliuzza.com |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | bceintake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Louisiana | Office of the Attorney General | | constituentservices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation | Sander Esserman | | esserman@sbep-law.com |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com; james@ferrarolaw.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Wilentz, Goldman & Spitzer P.A. | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@wilentz.com; jkeefe@wilentz.com |

# **Exhibit C**



# Exhibit C
Served via First-Class Mail

| Name | Attention | Address | City | State | Zip |
|---|---|---|---|---|---|
| AT&T | Attn: Legal Dept | 2180 Lake Blvd. Ne 10B85 | Atlanta | GA | 30319 |
| AT&T | Attn: Legal Dept | PO Box 5095 | Carol Stream | IL | 60197-5095 |
| Avaya Cloud, Inc. | Attn: Legal Dept | 4655 Great America Parkway | Santa Clara | CA | 95054 |
| Comcast Cable Commnication Management LLC | Attn: Legal Dept | PO Box 70219 | Philadelphia | PA | 19176-0219 |
| Direct Energy Business | Attn: Legal Dept | PO Box 32179 | New York | NY | 10087-2179 |
| Direct Energy Business | Attn: Legal Dept | PO Box 70220 | Philadelphia | PA | 19176-0220 |
| Eversource | Attn: Legal Dept | PO Box 56007 | Boston | MA | 02205-6007 |
| Granite Telecommunications LLC | Attn: Legal Dept | 100 Newport Avenue Extension | Quincy | MA | 02171 |
| Granite Telecommunications LLC | Attn: Legal Dept | PO Box 983119 | Boston | MA | 02298-3119 |
| Heritage Interactive Services | Attn: Legal Dept | 3719 W 96th St | Indianapolis | IN | 46268 |
| Heritage Interactive Services | Attn: Legal Dept | PO Box 681490 | Indianapolis | IN | 46268 |
| KLT Carting Inc | Attn: Legal Dept | 482 Southbridge St, Unit 338 | Auburn | MA | 01501 |
| Life Support Systems | Attn: Legal Dept | 59 Allied Drive | Dedham | MA | 02026-6100 |
| Sprague Operating Resources LLC | Attn: Legal Dept | PO Box 782532 | Philadelphia | PA | 19178-2532 |
| Sprague Operating Resources LLC | Attn: Legal Dept | PO Box 842985 | Boston | MA | 02284-2985 |
| Suburban Propane | Attn: Legal Dept | PO Box G | Whippany | NJ | 07981-0406 |
| Town Of Ashland | Attn: Legal Dept | 101 Main St. | Ashland | MA | 01721-1191 |
| Town Of Ashland | Dept of Public Services | 20 Ponderosa Rd. | Ashland | MA | 01721-1092 |
| Town Of Ashland | Office of Collector | PO Box 841 | Reading | MA | 01867-0407 |
| Verizon | Attn: Legal Dept | PO Box 15124 | Albany | NY | 12212-5124 |

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Avaya Cloud, Inc. | Attn: Legal Dept | uscare@avaya.com |
| Direct Energy Business | Attn: Legal Dept | businessinfo@directenergy.com |
| Heritage Interactive Services | Attn: Legal Dept | info@heritage-interactive.com |
| Life Support Systems | Attn: Legal Dept | info@lifesupportsystems.com |
| Sprague Operating Resources LLC | Attn: Legal Dept | customercare@spragueenergy.com |
| Town Of Ashland | Dept of Public Services | townclerkoffice@ashlandmass.com |