**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>**Hearing Date: October 26, 2023 at 10:00 a.m. ET**<br>**Objection Deadline: October 4, 2023 at 4:00 p.m. ET** |

### FIRST INTERIM FEE APPLICATION OF SULLIVAN & CROMWELL LLP

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 205] (the "Interim Compensation Order"), Sullivan & Cromwell LLP ("S&C") hereby submits this first interim fee application request as counsel for the above-captioned debtor and debtor-in-possession (the "Debtor"), for allowance of monthly compensation and for monthly reimbursement of all actual and necessary expenses incurred for the period of May 15, 2023 through July 31, 2023 (the "Application Period"). Exhibits A, B and C attached hereto contain certain schedules pursuant to the U.S. Trustee's *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines").

In addition, S&C respectfully states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

> **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Response: No. Although S&C does not normally charge clients based on hourly rates, with the exception of fees prohibited by the UST Guidelines, the fees

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

sought in the Application are billed at rates that are the same (or less than) the rates customarily used by S&C when preparing estimates of fees under its normal billing procedures for non-bankruptcy engagements.

**Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:  Not applicable.

**Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Response:    No.

**Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would be not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

Response:    No, no fees are billed for time spent under the "Time Entry Review" project code.

**Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response:    Yes, the time spent reviewing time records to redact any privileged or other confidential information was 25.8 hours for $35,897.00 in fees.

**Question**: If the fee application includes any rate increases since retention: (i) Did the client review and approve those rate increases in advance? (ii) Did the client agree when retaining S&C to accept all future rate increases? If not, did S&C inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consisted with ABA Formal Ethics Opinion 11-458?

Response:    Not applicable.

4862-8852-3389 v.2

S&C seeks approval for the following fee applications that were filed in the Application Period:

| Fee Application Filing Date, Docket No. | Period Covered by Application | Total Fees Requested | Total Expenses Requested | Certificate of No Objection, Filing Date, Docket No. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 08/31/2023 [D.I. 379] | 05/15/2023-05/31/2023 | $1,056,320.20 | $2,830.34 | N/A | $0 | $0 | $211,264.04 |
| 08/31/2023 [D.I. 380] | 06/01/2023-06/30/2023 | $1,582,888.10 | $5,105.71 | N/A | $0 | $0 | $316,577.62 |
| 09/08/2023 [D.I. 409] | 07/01/2023-07/31/2023 | $1,066,447.70 | $4,999.35 | N/A | $0 | $0 | $213,289.54 |
| Total | 05/15/2023-07/31/2023 | $3,705,656.00 | $12,935.40 | | | | $741,131.20 |

WHEREFORE, S&C, in accordance with the Compensation Order, respectfully requests that the Court approve the full amount of fees and expenses requested in the above-reference fee applications and such other and further relief as is just and proper.

4862-8852-3389 v.2

| | |
|---|---|
| Dated: September 14, 2023<br>New York, NY | */s/ Andrew G. Dietderich*<br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Justin J. DeCamp<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000<br>Facsimile:    (212) 558-3588<br>Email:          dietdericha@sullcrom.com<br>                    gluecksteinb@sullcrom.com<br>                    decampj@sullcrom.com<br>                    kranzleya@sullcrom.com<br><br>*Counsel to the Debtor and Debtor-in-Possession* |

# CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL

# SUMMARY OF FEES BY INIVIDUAL FOR THE APPLICATION PERIOD
# (MAY 15, 2023 THROUGH AND INCLUDING JULY 31, 2023)

| Timekeeper Name | Position, Area of Expertise, Year Obtaining License to Practice | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ansari, Mehdi | Partner, Intellectual Property, 2009 | $2,165.00 | 21.30 | $46,114.50 |
| Bander, Jeannette E. | Partner, Executive Compensation, 2012 | $2,135.00 | 4.30 | $9,180.50 |
| DeCamp, Justin J. | Partner, Litigation, 2006 | $1,083.00** | 15.90 | $17,219.70 |
| DeCamp, Justin J. | Partner, Litigation, 2006 | $2,165.00 | 215.00 | $465,475.00 |
| Dietderich, Andrew G. | Partner, Finance and Restructuring, 1997 | $1,083.00** | 7.80 | $8,447.40 |
| Dietderich, Andrew G. | Partner, Finance and Restructuring, 1997 | $2,165.00 | 118.60 | $256,769.00 |
| Giuffra Jr., Robert J. | Partner, Litigation, 1989 | $2,165.00 | 23.90 | $51,743.50 |
| Glueckstein, Brian D. | Partner, Bankruptcy Litigation, 2004 | $1,083.00** | 2.10 | $2,274.30 |
| Glueckstein, Brian D. | Partner, Bankruptcy Litigation, 2004 | $2,165.00 | 170.30 | $368,699.50 |
| Kranzley, Alexa J. | Partner, Finance and Restructuring, 2009 | $928.00** | 10.80 | $10,022.40 |
| Kranzley, Alexa J. | Partner, Finance and Restructuring, 2009 | $1,855.00 | 126.40 | $234,472.00 |
| Menillo, Nicholas F. | Partner, Insurance Litigation, 2013 | $2,030.00 | 15.50 | $31,465.00 |
| Pagnani, Keith A. | Partner, M&A, 1990 | $1,083.00** | 5.10 | $5,523.30 |
| Pagnani, Keith A. | Partner, M&A, 1990 | $2,165.00 | 40.40 | $87,466.00 |
| Trevino, Marc | Partner, Executive Compensation, 1995 | $2,165.00 | 0.50 | $1,082.50 |
| **Partner Total** | | | **777.90** | **$1,595,954.60** |
| Brebner, Adam R. | Special Counsel, Litigation, 2000 | $1,750.00 | 18.50 | $32,375.00 |
| Toprani, Akash M. | Special Counsel, Litigation, 2013 | $1,575.00 | 74.30 | $117,022.50 |
| **Special Counsel Total** | | | **92.80** | **$149,397.50** |
| DeMarco, Raffaele A. | Practice Area Associate, Intellectual Property, 2003 | $1,000.00 | 63.80 | $63,800.00 |
| Charnell, Peter C. | Associate, Litigation, 2021 | $960.00 | 270.20 | $259,392.00 |
| Erreich, Martin | Associate, Litigation, 2018 | $1,395.00 | 1.40 | $1,953.00 |
| Fronk, Michael A. | Associate, M&A, 2019 | $1,365.00 | 91.30 | $124,624.50 |
| Gautam, Ashray | Associate, General Practice, in process | $775.00 | 29.30 | $22,707.50 |
| Greene, Miles H. | Associate, Litigation, 2021 | $1,205.00 | 9.90 | $11,929.50 |
| Hisarli, M. Devin | Associate, General Practice, in process | $388.00** | 3.00 | $1,164.00 |
| Hisarli, M. Devin | Associate, General Practice, in process | $775.00 | 118.60 | $91,915.00 |
| House, Margaret S. | Associate, Litigation, 2022 | $775.00 | 2.70 | $2,092.50 |
| Huffman, Zachary D. | Associate, Litigation, 2022 | $960.00 | 105.60 | $101,376.00 |

| Timekeeper Name | Position, Area of Expertise, Year Obtaining License to Practice | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jensen, Christian P. | Associate, Finance and Restructuring, 2016 | $1,475.00 | 0.10 | $147.50 |
| Kapoor, Julie G. | Associate, Litigation, 2018 | $698.00** | 4.80 | $3,350.40 |
| Kapoor, Julie G. | Associate, Litigation, 2018 | $1,395.00 | 282.80 | $394,506.00 |
| Klein, Tzirel | Associate, Litigation, 2023 | $775.00 | 73.90 | $57,272.50 |
| Kober, Max J. | Associate, Litigation, 2022 | $960.00 | 17.50 | $16,800.00 |
| Neuman Schiff, Elianne | Associate, Intellectual Property, 2021 | $1,205.00 | 26.70 | $32,173.50 |
| Ohrtman, Tara N. | Associate, Litigation, 2021 | $960.00 | 56.60 | $54,336.00 |
| Paranyuk, Julia E. | Associate, Executive Compensation, 2023 | $960.00 | 0.10 | $96.00 |
| Poppe, Corbin M. | Associate, M&A, 2021 | $1,205.00 | 45.00 | $54,225.00 |
| Rabinowitz, Rebecca M. | Associate, Executive Compensation, 2021 | $1,205.00 | 5.00 | $6,025.00 |
| Reiner, Ariel N. | Associate, Litigation, 2023 | $775.00 | 41.40 | $32,085.00 |
| Rosenberg, Matthew J. | Associate, Intellectual Property, 2016 | $1,440.00 | 26.80 | $38,592.00 |
| Smiley, Morgan K. | Associate, General Practice, 2023 | $775.00 | 93.30 | $72,307.50 |
| Valentin, Krystal D. | Associate, Litigation, 2021 | $1,310.00 | 42.40 | $55,544.00 |
| Woods, Devlin H. | Associate, M&A, 2021 | $1,205.00 | 2.40 | $2,892.00 |
| Wu, Mimi | Associate, M&A, 2016 | $1,475.00 | 15.50 | $22,862.50 |
| Yu, Meng | Associate, Finance and Restructuring, 2021 | $1,205.00 | 150.50 | $181,352.50 |
| Ong, Sabrena N. | Trainee Solicitor, M&A, 2023 | $550.00 | 21.10 | $11,605.00 |
| **Associate Total** | | | **1,601.70** | **$1,717,126.40** |
| **Lawyers Total** | | | **2,472.40** | **$3,462,478.50** |
| Cohen, Jordan M. | Summer Associate | $0.00* | 52.50 | $0.00 |
| Cohen, Max | Summer Associate | $0.00* | 26.70 | $0.00 |
| Hou, Jiaye | Summer Associate | $0.00* | 41.10 | $0.00 |
| McCrystal, John P. | Summer Associate | $0.00* | 42.50 | $0.00 |
| Zhang, Wen | Summer Associate | $0.00* | 21.60 | $0.00 |
| Baldini, Michael X. | Paralegal, Litigation | $0.00* | 28.60 | $0.00 |
| Baldini, Michael X. | Paralegal, Litigation | $425.00 | 6.50 | $2,762.50 |
| Bjarnason, Maxim H. | Paralegal, Restructuring | $0.00* | 19.70 | $0.00 |
| Bjarnason, Maxim H. | Paralegal, Restructuring | $425.00 | 2.70 | $1,147.50 |
| Buckingham, William J. | Paralegal, Litigation | $595.00 | 89.40 | $53,193.00 |
| Carr, Helen O. | Paralegal, Litigation | $530.00 | 11.20 | $5,936.00 |
| Chen, Sophia | Paralegal, Restructuring | $0.00* | 52.40 | $0.00 |
| Chen, Sophia | Paralegal, Restructuring | $595.00 | 19.60 | $11,662.00 |
| Chiu, Jeffrey H. | Paralegal, General Practice | $595.00 | 15.10 | $8,984.50 |
| Ea, Choun F. | Paralegal, General Practice | $595.00 | 4.70 | $2,796.50 |
| Eigen, Jeffrey G. | Paralegal, General Practice | $595.00 | 17.70 | $10,531.50 |
| Eikins, Esther O. | Paralegal, Litigation | $425.00 | 2.80 | $1,190.00 |
| Gulick, Lydia S. | Paralegal, Litigation | $595.00 | 54.30 | $32,308.50 |

| Timekeeper Name | Position, Area of Expertise, Year Obtaining License to Practice | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kim, Scott J. | Paralegal, General Practice | $595.00 | 0.60 | $357.00 |
| Liu, Annabelle | Paralegal, M&A | $425.00 | 12.70 | $5,397.50 |
| Nguyen, Bach-Yen T. | Paralegal, Intellectual Property | $595.00 | 52.70 | $31,356.50 |
| Ontiveros, Virginia E. | Paralegal, Litigation | $425.00 | 22.40 | $9,520.00 |
| Schlossberg, Harrison | Paralegal, Restructuring | $0.00* | 26.90 | $0.00 |
| Schlossberg, Harrison | Paralegal, Restructuring | $425.00 | 33.40 | $14,195.00 |
| Sciales, Joseph C. | Paralegal, Litigation | $530.00 | 6.00 | $3,180.00 |
| Torelli, Marissa G. | Paralegal, Litigation | $425.00 | 25.30 | $10,752.50 |
| Torelli, Marissa G. | Paralegal, Litigation | $530.00 | 2.40 | $1,272.00 |
| Vasylyk, Natalia | Paralegal, Litigation | $0.00* | 0.90 | $0.00 |
| Williams, Thursday K. | Paralegal, Litigation | $425.00 | 3.80 | $1,615.00 |
| Zhukovsky, Hannah S. | Paralegal, Litigation | $530.00 | 23.50 | $12,455.00 |
| Dedaj, Toma T. | Legal Analyst - Litigation | $595.00 | 8.00 | $4,760.00 |
| Dilone, Jenna | Legal Analyst - Litigation | $595.00 | 10.20 | $6,069.00 |
| Skaggs, Travis A. | Legal Analyst - Litigation | $595.00 | 5.20 | $3,094.00 |
| Souza, Alessandra G. | Legal Analyst - Litigation | $595.00 | 12.40 | $7,378.00 |
| Chiam, Karen | Legal Analyst - Discovery | $595.00 | 1.20 | $714.00 |
| Davis, Makeia K. | Electronic Discovery | $550.00 | 0.70 | $385.00 |
| Lampariello, Alla P. | Electronic Discovery | $550.00 | 0.30 | $165.00 |
| **Non Legal Personnel Total** | | | **757.70** | **$243,177.50** |
| **GRAND TOTAL** | | | **3,230.10** | **$3,705,656.00** |
| **BLENDED RATE** | | | **$1,147.23** | **$3,705,656.00** |
| **ATTORNEY BLENDED RATE** | | | **$1,400.45** | **$3,462,478.50** |

\* Zero rate appears wherever no fee was charged for work.

\*\*50% rate appears where time is charged for non-working travel.

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY[1]**
**(MAY 15, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| ASSET DISPOSITION | 686.60 | $576,040.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 2.30 | $1,782.50 |
| AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| BUSINESS OPERATIONS | 35.80 | $45,582.00 |
| CASE ADMINISTRATION | 13.60 | $18,351.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 12.50 | $9,690.00 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 97.10 | $143,298.50 |
| EMPLOYEE BENEFITS AND PENSIONS | 6.00 | $10,299.00 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 99.60 | $129,581.00 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 129.10 | $161,130.00 |
| FINANCING AND CASH COLLATERAL | - | $0.00 |
| OTHER LITIGATION | 334.50 | $459,576.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 173.00 | $296,427.50 |
| NON-WORKING TRAVEL | 49.50 | $48,001.50 |
| PLAN AND DISCLOSURE STATEMENT | 67.40 | $77,131.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| TAX | - | $0.00 |
| VALUATION | - | $0.00 |
| DISCOVERY | 198.20 | $256,842.00 |
| HEARINGS | 24.40 | $45,534.00 |
| FIRST AND SECOND DAY MOTIONS | 219.80 | $311,492.50 |
| CLAIMS INVESTIGATION | - | $0.00 |
| LIEN INVESTIGATIONS | - | $0.00 |
| SCHEDULES, SOFAS AND REPORTING | 148.20 | $186,322.00 |
| OTHER MOTIONS/APPLICATIONS | 803.30 | $927,444.00 |
| TIME ENTRY REVIEW | 128.50 | $0.00 |
| BUDGETING | 0.70 | $1,130.50 |
| **TOTAL** | **3,230.10** | **$3,705,656.00** |

---

[1] The subject matter of certain time entries may be appropriate for more than one project category. In such instances, time entries generally have been included in the most appropriate category. Time entries do not appear in more than one category.

**EXPENSE SUMMARY FOR THE APPLICATION PERIOD
(MAY 15, 2023 THROUGH AND INCLUDING JULY 31, 2023)**

| Disbursement Summary | |
|---|---|
| **Expense Category** | **Amount** |
| Repro - B&W Copies | $1,376.10 |
| Repro - Color Copies | $834.20 |
| Meals - Overtime | $820.00 |
| Conference Room Dining | $540.84 |
| Local Transportation | $1,711.14 |
| Travel and Expenses | $7,044.64 |
| Filing Fees | $89.04 |
| CT Corp/CSC | $313.04 |
| Hearing Transcripts | $206.40 |
| **TOTAL** | **$12,935.40** |

4862-8852-3389 v.2