IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 23-10638 (LSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 152, 213, 311, 329, 352, 545, 586, 724** |

**EIGHTH AMENDED VERIFIED STATEMENT OF THE AD HOC COMMITTEE OF GOVERNMENTAL CLAIMANTS OF KIDDE-FENWAL, INC.
<u>PURSUANT TO BANKRUPTCY RULE 2019</u>**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Ad Hoc Committee of Governmental Claimants the ("<u>Committee</u>") in the chapter 11 case of Kidde-Fenwal, Inc. (the "<u>Debtor</u>") hereby submits this eighth amended verified statement (the "<u>Verified Statement</u>"), which further amends the *Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019*,[1] and in support hereof state as follows:

1. The Committee members hold unsecured claims against the Debtor's estate related to the Debtor's design, manufacture, distribution, and sale of aqueous film-forming foam.

2. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of, and the nature and amount of all disclosable economic interests

---

[1] Docket No. 152, and as subsequently amended by the *First Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 213], the *Second Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 311], the *Third Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 329], the *Fourth Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 352], the *Fifth Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 545]; the *Sixth Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 586]; and the *Seventh Amended Verified Statement of the Ad Hoc Committee of Governmental Claimants of Kidde-Fenwal, Inc. Pursuant to Bankruptcy Rule 2019* [Docket No. 724].

held by each Committee member in relation to the Debtor. Each committee member has or would have filed complaints against the Debtor collectively asserting billions of dollars in damages.

3. Nothing contained in this Verified Statement (or **Exhibit A** hereto) should be construed as a limitation upon or waiver of any Committee member's (a) rights to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in this chapter 11 case establishing procedures for filing proofs of claim or (b) sovereignty of any State that may be a member of the Committee.

4. The Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page intentionally left blank*]

Dated: January 8, 2024                        **A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Anthony M. Saccullo (Bar No. 4141)
Mark T. Hurford (Bar No. 3299)
27 Crimson King Drive
Bear, Delaware 19701
Tel: (302) 836-8877
Fax: (302) 836-8787
Email: ams@saccullolegal.com
        mark@saccullolegal.com

-and-

**KELLEY DRYE & WARREN LLP**
James S. Carr
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: 212-808-7800
Fax: 212-808-7897
Email: jcarr@kelleydrye.com

-and-

Sean T. Wilson
515 Post Oak Blvd, Suite 900
Houston, TX 77027
Tel: (212) 808-7612
Fax: (713) 355-5001
Email: swilson@kelleydrye.com

*Counsel to the Ad Hoc Committee of Governmental Claimants*

3

**EXHIBIT A**

**Names, Addresses, and Nature of Disclosable Economic Interests of Committee Members**

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| The State of Maryland | The State of Maryland<br>Attn: Anthony G. Brown, Attorney General<br>200 Saint Paul Place<br>Baltimore, MD 21202 | • Unliquidated Claims |
| The Commonwealth of Massachusetts | The Commonwealth of Massachusetts<br>Attn: Andrea Joy Campbell, Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 | • Unliquidated Claims |
| The State of New Mexico | The State of New Mexico<br>Attn: Bankruptcy Department<br>AJ Swenson<br>Jachie Ortiz<br>201 Third Street, N.W. Suite 300<br>Albuquerque, NM 97102 | • Unliquidated Claims |
| The State of New Hampshire | The State of New Hampshire<br>Attn: John M. Formella, Attorney General<br>33 Capitol Street<br>Concord, NH 03301 | • Unliquidated Claims |
| The State of New Jersey | The State of New Jersey<br>Attn: Gwen Farley, Deputy Attorney General<br>25 Market Street, 7th Floor<br>P.O. Box 093<br>Trenton, New Jersey 08625 | • Unliquidated Claims |
| The State of North Carolina | The State of North Carolina<br>Attn: Joshua H. Stein, Attorney General<br>114 West Edenton Street<br>Raleigh, NC 27603 | • Unliquidated Claims |
| Commonwealth of the Northern Mariana Islands | Commonwealth of the Northern Mariana Islands<br>Attn: Edward Manibusan<br>Attorney General<br>Office of the Attorney General<br>2nd Floor Hon. Juan A. Sablan Memorial Building<br>Caller Box 10007, Capital Hill<br>Saipan, MP 96950 | • Unliquidated Claims |

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| The State of Oregon | The State of Oregon<br>Attn: Ellen Rosenblum, Attorney General<br>1162 Court Street, NE<br>Salem, OR 97301 | - Unliquidated Claims for environmental contamination, fraudulent transfers, unjust enrichment, public nuisance |
| The State of Rhode Island | The State of Rhode Island<br>Peter F. Neronha, Attorney General<br>150 South Main Street<br>Providence, RI 02903 | - Unliquidated Claims |
| The State of Tennessee | The State of Tennessee<br>Attn: Jonathan Skrmetti, Attorney General<br>John Sevier Building<br>500 Dr. Martin Luther King, Jr. Blvd.<br>Nashville, TN 37243 | - Unliquidated Claims |
| The State of Texas | The State of Texas<br>Attn: Rachel Obaldo, Chief of Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711<br>Email: rachel.obaldo@oag.texas.gov | - Unliquidated Claims |
| Suffolk County Water Authority | Suffolk County Water Authority<br>Attn: Timothy J. Hopkins, Chief Legal Officer<br>4060 Sunrise Highway<br>Oakdale, NY 11769 | - Unliquidated Claims |
| State of Washington | The State of Washington<br>Robert W. Ferguson, Attorney General<br>Attn: Environment Protection Division<br>William Sherman, Assistant Attorney General<br>800 Fifth Ave, Suite 2000<br>Seattle WA, 98104-3188 | - Unliquidated Claims |
| State of Wisconsin | The State of Wisconsin<br>Joshua L. Kaul, Attorney General<br>114 East State Capitol<br>Madison, WI 53702 | - Unliquidated Claims |
| Commonwealth of Virginia | The Commonwealth of Virginia<br>Office of the Attorney General<br>Attn: Ross Phillips, Senior Assistant Attorney General/Chief<br>202 North 9th Street<br>Richmond, VA 23219 | - Unliquidated Claims |

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Commonwealth of Pennsylvania | Commonwealth of Pennsylvania<br>Office of Attorney General<br>Attn: Melissa L. Van Eck, Chief Deputy Attorney General<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120<br><br>Office of Attorney General<br>Neil Mara, Chief Deputy Attorney General<br>1000 Madison Avenue<br>Norristown, PA 19403 | • Unliquidated Claims |
| State of Delaware | The State of Delaware<br>Kathleen Jennings, Attorney General<br>Attn: Fraud and Consumer Protection Division<br>Marion Quirk, Director of Consumer Protection<br>820 N. French Street<br>Wilmington, DE 19801 | • Unliquidated Claims |
| The State of New York | The State of New York<br>Letitia James, Attorney General<br>Attn: M. Umair Khan, Senior Advisor & Special Counsel<br>28 Liberty St.<br>New York, NY 10005 | • Unliquidated Claims |
| The State of Maine | State of Maine<br>Aaron Frey, Attorney General<br>Kaitlyn Husar, Assistant Attorney General<br>Robert Martin, Assistant Attorney General<br>6 State House Station<br>Augusta, ME 04333 | • Unliquidated Claims |
| State of Vermont | State of Vermont<br>Charity R. Clark, Attorney General<br>Attn: Laura B. Murphy, Assistant Attorney General<br>109 State St.<br>Montpelier, VT 05609 | • Unliquidated Claims |
| State of Hawaii | State of Hawaii<br>Attn: Wade H. Hargrove III, Deputy Attorney General — Health Division<br>Department of the Attorney General<br>465 South King Street, Room 200<br>Honolulu, Hawaii 96813 | • Unliquidated Claims |

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| Commonwealth Utilities Corporation | Commonwealth Utilities Corporation<br>Bettina G. Terlaje, Acting Executive Director<br>3rd Floor, Joeten Dandan Commercial Building<br>P.O. Box 501220 CK<br>Saipan, MP 96950-1220 | • Unliquidated Claims |
| Guam Waterworks Authority | Guam Waterworks Authority<br>Attn: Miguel C. Bordallo, General Manager<br>P.O. Box 3010<br>Hagatna, Guam 96932 | • Unliquidated Claims |
| State of Connecticut | The State of Connecticut<br>William Tong, Attorney General<br>Attn: Scott N. Koschwitz,<br>Assistant Attorney General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106 | • Unliquidated Claims |
| District of Columbia | District of Columbia<br>Attn: Wesley Rosenfeld<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th St. NW<br>Washington D.C. 20001 | • Unliquidated Claims |
| Government of Guam | Government of Guam<br>Attn: Douglas Moylan, Attorney General of Guam<br>Office of the Attorney General of Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 | • Unliquidated Claims |
| The Commonwealth of Puerto Rico<br><br>The Puerto Rico Aqueducts and Sewer Authority<br><br>The Puerto Rico Ports Authority<br><br>The Puerto Rico Electric and Power Authority | The Commonwealth of Puerto Rico<br>The Puerto Rico Aqueducts and Sewer Authority<br>The Puerto Rico Ports Authority<br>The Puerto Rico Electric and Power Authority<br>c/o Guarionex Díaz Martínez<br>Assistant Secretary<br>Department of Justice<br>PO Box 9020192<br>San Juan, PR 00902-0192 | • Unliquidated Claims |

| Name | Address | Nature and Amount of Disclosable Economic Interests |
|---|---|---|
| State of South Carolina | W. Jeffrey Young<br>Chief Deputy Attorney General<br>Office of the Attorney General of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | - Unliquidated Claims |

4889-0665-5895v.3