# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |
| | **Re: D.I. 1110** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the above-captioned Debtor hereby withdraws the *Tenth Monthly Fee Statement of Schulte Roth & Zabel LLP as Counsel for the Special Committee of the Board of Directors of the Debtor and Debtor-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2024 Through and Including February 29, 2024* located on the Court's docket at D.I. 1110 without prejudice.

[*Signature page follows.*]

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

| | |
|---|---|
| Dated: April 24, 2024<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Scott D. Jones*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Scott D. Jones (No. 6672)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      dbutz@morrisnichols.com<br>      tmann@morrisnichols.com<br>      sjones@morrisnichols.com<br>      csawyer@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      gluecksteinb@sullcrom.com<br>      decampj@sullcrom.com<br>      kranzleya@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |