# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KIDDE-FENWAL, INC., | Case No. 23-10638 (LSS) |
| Debtor. | **Hearing May 7, 2024 at 2:00 PM ET** |

## JOINDER IN CHUBB INSURERS' RULE 2004 MOTION

Endurance American Specialty Insurance Company, defendant in adversary proceeding number 23-50758, hereby joins the Chubb Insurers' Rule 2004 Motion, docket item 1116, and requests that the Court order the relief sought in the motion pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.[1]

*Of counsel*:
Paul Koepff
Kevin Haas
Ryan Westerfield
Clyde & Co LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
paul.koepff@clydeco.us

Fred L. Alvarez
Walker Wilcox Matousek LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
(312) 244-6700
falvarez@walkerwilcox.com

Smith, Katzenstein & Jenkins LLP
  /s/   Robert K. Beste
Robert K. Beste (3931)
Smith, Katzenstein & Jenkins LLP
1000 North West Street, Suite 1501
Wilmington, Delaware 19899
(302) 652-8400
rkb@skjlaw.com

April 30, 2024

*Counsel for Endurance American Specialty Insurance Company*

---

[1] By joining this Motion, Endurance American Specialty Insurance Company does not concede that the Adversary Proceeding in which it is a defendant is a core proceeding under 28 U.S.C. § 157.

Tony L. Draper
Walker Wilcox Matousek LLP
1001 McKinney Street, Suite 2000
Houston, Texas 77002
(713) 343-6556
tdraper@walkerwilcox.com