## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KIDDE-FENWAL, INC.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On April 30, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Eleventh Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtor and Debtor-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2024 Through and Including March 31, 2024** (Docket No. 1127)

Dated: May 1, 2024

*Chris Rimpel*
Christopher A. Rimpel

State of Colorado   )
                    )  SS.
County of Denver    )

Subscribed and sworn to (or affirmed) before me on this 1st day of May 2024, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*
(Notary official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

[INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **<u>Exhibit A</u>**

Document Ref: ZJJGV-HBEMS-ZS9RQ-3FDZ8



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr & Sean T. Wilson | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, & Susan Sieger-Grimm | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Morris Nichols Arsht & Tunnell LLP | Attn: Derek C Abbott & Andrew R Remming | | dabbott@morrisnichols.com<br>aremming@morrisnichols.com |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Sullivan & Cromwell, LLP | Attn: Alexa J Kranzley | | kranzleya@sullcrom.com |