**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |
| | **Obj. Deadline: June 20, 2024 at 4:00 p.m. ET** |

**TWELFTH MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM APRIL 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

| Name of Applicant | Sullivan & Cromwell LLP |
|---|---|
| Authorized to Provide Professional Services to: | the Debtor and Debtor-in-Possession |
| Date of Retention: | August 23, 2023 *nunc pro tunc* to the Petition Date |
| Period for which compensation and reimbursement is sought: | April 1, 2024 through April 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,006,195.60 |
| 80% of Compensation sought as actual, reasonable and necessary: | $804,956.48 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $3,598.20 |

This is a(n) **X** monthly _____ interim _____ final application.  No prior application has been filed with respect to this Fee Period.

---

[1]    The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

## SUMMARY OF BILLING BY PROFESSIONAL
## <u>APRIL 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024</u>

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Ansari, Mehdi | Partner | 2009 | 2008 | $2,375.00 | 0.80 | $1,900.00 |
| Bander, Jeannette E. | Partner | 2012 | 2011 | $2,295.00 | 1.70 | $3,901.50 |
| DeCamp, Justin J. | Partner | 2006 | 2005 | $2,375.00 | 64.00 | $152,000.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $1,188.00** | 1.50 | $1,782.00 |
| Dietderich, Andrew G. | Partner | 1997 | 1995 | $2,375.00 | 35.90 | $85,262.50 |
| Giuffra Jr., Robert J. | Partner | 1989 | 1987 | $2,375.00 | 2.60 | $6,175.00 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $1,188.00** | 1.20 | $1,425.60 |
| Glueckstein, Brian D. | Partner | 2004 | 2003 | $2,375.00 | 40.50 | $96,187.50 |
| Kranzley, Alexa J. | Partner | 2009 | 2008 | $2,160.00 | 4.30 | $9,288.00 |
| Pagnani, Keith A. | Partner | 1990 | 1989 | $2,375.00 | 5.50 | $13,062.50 |
| Wu, Mimi | Partner | 2016 | 2015 | $1,695.00 | 3.10 | $5,254.50 |
| **Partner Total** | | | | | **161.10** | **$376,239.10** |
| Brennan, Matthew J. | Special Counsel | 1986 | 1986 | $1,895.00 | 0.80 | $1,516.00 |
| Queen, Eric H. | Special Counsel | 1977 | 1976 | $1,860.00 | 2.60 | $4,836.00 |
| Smith, Bradley P. | Special Counsel | 1998 | 1997 | $1,895.00 | 13.60 | $25,772.00 |
| Toprani, Akash M. | Special Counsel | 2013 | 2012 | $1,675.00 | 32.70 | $54,772.50 |
| **Special Counsel Total** | | | | | **49.70** | **$86,896.50** |
| McClellan, Clea M. | Practice Area Associate | 2004 | 2000 | $860.00 | 6.90 | $5,934.00 |
| Charnell, Peter C. | Associate | 2021 | 2021 | $1,295.00 | 11.10 | $14,374.50 |
| Fronk, Michael A. | Associate | 2019 | 2018 | $745.00** | 2.20 | $1,639.00 |
| Fronk, Michael A. | Associate | 2019 | 2018 | $1,490.00 | 19.10 | $28,459.00 |
| Greene, Miles H. | Associate | 2021 | 2020 | $1,395.00 | 80.10 | $111,739.50 |
| Han, Yaqi | Associate | 2020 | 2019 | $1,450.00 | 18.40 | $26,680.00 |
| Hirt, Michael E. | Associate | 2024 | 2023 | $850.00 | 3.20 | $2,720.00 |
| Huffman, Zachary D. | Associate | 2022 | 2021 | $1,295.00 | 33.20 | $42,994.00 |
| Kapoor, Julie G. | Associate | 2018 | 2017 | $1,530.00 | 55.30 | $84,609.00 |
| Marchello, Matthew J. | Associate | 2021 | 2021 | $1,295.00 | 42.40 | $54,908.00 |
| Mathew, Alton S. | Associate | 2024 | 2023 | $850.00 | 19.00 | $16,150.00 |
| Merriam, William J. | Associate | 2024 | 2023 | $850.00 | 9.10 | $7,735.00 |
| Neuman Schiff, Elianne | Associate | 2021 | 2020 | $1,395.00 | 1.80 | $2,511.00 |
| Ninivaggi, Jane V. | Associate | in process | 2023 | $850.00 | 4.00 | $3,400.00 |
| O'Hara, Daniel P. | Associate | 2021 | 2020 | $1,395.00 | 0.50 | $697.50 |
| Paranyuk, Julia E. | Associate | 2023 | 2021 | $1,295.00 | 0.10 | $129.50 |
| Rabinowitz, Rebecca M. | Associate | 2021 | 2020 | $1,395.00 | 2.80 | $3,906.00 |
| Reiner, Ariel N. | Associate | 2023 | 2022 | $995.00 | 1.80 | $1,791.00 |
| Smiley, Morgan K. | Associate | 2023 | 2022 | $995.00 | 20.80 | $20,696.00 |
| Valentin, Krystal D. | Associate | 2021 | 2019 | $1,450.00 | 24.60 | $35,670.00 |

| Timekeeper Name | Position | Year of Admission | Year of Law School Graduation | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Yu, Meng | Associate | 2021 | 2020 | $1,395.00 | 39.00 | $54,405.00 |
| **Associate Total** | | | | | **395.40** | **$521,148.00** |
| **Lawyers Total** | | | | | **606.20** | **$984,283.60** |
| Baldini, Michael X. | Paralegal | | | $0.00* | 2.70 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $0.00* | 8.80 | $0.00 |
| Bjarnason, Maxim H. | Paralegal | | | $450.00 | 1.10 | $495.00 |
| Brice, Mac L. | Paralegal | | | $0.00* | 5.50 | $0.00 |
| Brice, Mac L. | Paralegal | | | $450.00 | 12.00 | $5,400.00 |
| Chen, Sophia | Paralegal | | | $0.00* | 7.70 | $0.00 |
| Chen, Sophia | Paralegal | | | $650.00 | 13.00 | $8,450.00 |
| Eikins, Esther O. | Paralegal | | | $450.00 | 1.40 | $630.00 |
| Ontiveros, Virginia E. | Paralegal | | | $565.00 | 1.70 | $960.50 |
| Qineti, Karmen | Paralegal | | | $650.00 | 6.30 | $4,095.00 |
| Schlossberg, Harrison | Paralegal | | | $0.00* | 13.50 | $0.00 |
| Schlossberg, Harrison | Paralegal | | | $565.00 | 0.60 | $339.00 |
| Torelli, Marissa G. | Paralegal | | | $565.00 | 0.50 | $282.50 |
| Williams, Thursday K. | Paralegal | | | $450.00 | 1.70 | $765.00 |
| Lampariello, Alla P. | Electronic Discovery | | | $550.00 | 0.90 | $495.00 |
| **Non Legal Personnel Total** | | | | | **77.40** | **$21,912.00** |
| **GRAND TOTAL** | | | | | **683.60** | **$1,006,195.60** |

\* Zero rate appears wherever no fee was charged for work.

\*\*50% rate appears where time is charged for non-working travel.

**Blended Hourly Rate:    $1,471.91**

## STATEMENT OF FEES BY PROJECT CATEGORY[2]
## APRIL 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024

| Project Name | Hours | Fee Amount |
|---|---|---|
| ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| ASSET DISPOSITION | 123.00 | $161,211.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| BUSINESS OPERATIONS | - | $0.00 |
| CASE ADMINISTRATION | 2.30 | $3,382.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 19.50 | $30,404.50 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 12.60 | $23,612.50 |
| EMPLOYEE BENEFITS AND PENSIONS | 0.90 | $1,965.50 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 51.70 | $54,541.50 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 6.60 | $10,794.00 |
| FINANCING AND CASH COLLATERAL | - | $0.00 |
| OTHER LITIGATION | 38.80 | $55,098.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 0.30 | $459.00 |
| NON-WORKING TRAVEL | 4.90 | $4,846.60 |
| PLAN AND DISCLOSURE STATEMENT | 35.70 | $53,977.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| TAX | - | $0.00 |
| VALUATION | - | $0.00 |
| DISCOVERY | 7.60 | $10,859.50 |
| HEARINGS | 7.20 | $15,024.00 |
| FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| CLAIMS INVESTIGATION | 0.40 | $857.50 |
| LIEN INVESTIGATIONS | - | $0.00 |
| SCHEDULES, SOFAS AND REPORTING | 0.40 | $612.00 |
| OTHER MOTIONS/APPLICATIONS | 33.40 | $50,295.00 |
| TIME ENTRY REVIEW | 38.20 | $0.00 |
| BUDGETING | 4.60 | $3,609.00 |
| MEDIATION | 252.60 | $444,096.50 |
| INSURANCE ADVERSARY PROCEEDING | 42.90 | $80,549.00 |
| **TOTAL** | **683.60** | **$1,006,195.60** |

---

[2]    The subject matter of certain time entries may be appropriate for more than one project category.  In such instances, time entries generally have been included in the most appropriate category.  Time entries do not appear in more than one category.

### SUMMARY OF ACTUAL AND NECESSARY EXPENSES

| Disbursement Summary | |
|---|---|
| **Expense Category** | **Amount** |
| Local Transportation | $597.74 |
| Travel and Expenses | $1,414.97 |
| Conference Room Dining | $1,365.49 |
| Meals - Overtime | $220.00 |
| **TOTAL** | **$3,598.20** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| KIDDE-FENWAL, INC.,[1] | Chapter 11 |
| Debtor. | Case No. 23-10638 (LSS) |

**TWELFTH MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM APRIL 1, 2024 THROUGH AND INCLUDING APRIL 30, 2024**

Sullivan & Cromwell LLP ("S&C"), counsel to Kidde-Fenwal, Inc. (the

"Debtor"), hereby submits this twelfth monthly fee statement (this "Monthly Fee Statement") for

compensation for professional services rendered and expenses incurred for the period from April

1, 2024 through and including April 30, 2024 (the "Fee Period").  In support of the Monthly Fee

Statement, S&C respectfully states as follows:

**Background**

1.      The Debtor is a Delaware corporation with its headquarters in Ashland,

Massachusetts.  The Debtor manufactures fire protection and suppression systems, including fire

detectors, alarm notification appliances, fire-suppression control units and fire suppression-agent

delivery systems.  The Debtor also manufactures electronic gas burner controls, mechanical

temperature controls and fire and overheat detectors.

2.      On May 14, 2023 (the "Petition Date"), the Debtor filed with the United

States Bankruptcy Court for the District of Delaware (the "Court") a voluntary petition for relief

---

[1]     The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282.  The Debtor's corporate
        headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended or modified, the "Bankruptcy Code").  The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On May 31, 2023, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code in the Debtor's chapter 11 case (the "Chapter 11 Case") [D.I. 83].

3.     On June 23, 2023, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 205] (the "Interim Compensation Order").

4.     On July 27, 2023, the Court entered the *Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date* [D.I. 322] (the "Retention Order").  The Retention Order authorized the retention and employment of S&C as the Debtor's counsel *nunc pro tunc* to the Petition Date, conditioned upon the Debtor's receipt of the Reimbursement Payment as defined and as set forth in the Agreement (as defined below).

5.     On August 18, 2023, the Court entered the *Order Approving Agreement Regarding Debtor's Application for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date* [D.I. 357], which attached as Exhibit 1 an agreement (the "Agreement") regarding the Reimbursement Payment.  The Debtor received the Reimbursement Payment, and the Retention Order became effective, on August 23, 2023.

6.     On September 28, the Court entered the *Order Appointing Fee Examiner*

*and Establishing Related Procedures For The Review of Applications of Retained Professionals*
[D.I. 501].

**Relief Requested**

7.      By this Monthly Fee Statement and in accordance with the Interim
Compensation Order, S&C makes this application for (i) allowance of compensation as an
administrative expense of the Debtor's estate in the amount of $1,006,195.60 for reasonable and
necessary professional services rendered, (ii) payment of compensation in the amount of 80%
thereof (in the amount of $804,956.48) and (iii) payment of $3,598.20 for actual and necessary
expenses incurred.

    **a.  Compensation Requested**

8.      The services performed by S&C during the Fee Period included, among
others, preparation for and attendance at mediation, preliminary research, discussions and
drafting regarding a chapter 11 plan, work in connection with the Debtor's sale process, and
ongoing monitoring of AFFF litigation against the Debtor.  Attached hereto as <u>Exhibit A</u> is a
detailed itemization, by project category, of all services performed by S&C with respect to this
Chapter 11 Case during the Fee Period.  This detailed itemization complies with rule 2016-2 of
the Local Rules of Bankruptcy Practice and Procedure the United States Bankruptcy Court for
the District of Delaware (the "<u>Local Rules</u>") in that each time entry contains a separate time
allotment, a description of the type of activity and the subject matter of the activity, all time is
billed in increments of one-tenth (1/10) of an hour, time entries are presented chronologically in
categories, and all meetings or hearings are individually identified.

9.      The timekeepers who rendered services related to each category are
identified in <u>Exhibit A</u>, along with the number of hours for each individual and the total
compensation sought by each category.  All services for which S&C requests compensation were

-3-

performed for, or on behalf of, the Debtor.

**b. Expense Reimbursement**

10.     S&C incurred out-of-pocket expenses during the Fee Period in the amount of $3,598.20.  Attached hereto as <u>Exhibit B</u> is a description of the expenses actually incurred by S&C in the performance of services rendered as counsel to the Debtor.  The expenses are broken down into categories of charges, which may include, among other things, the following charges: photocopying, printing, outgoing facsimiles, document retrieval, postage, third-party conference calls, messenger service, transcripts, computerized legal research, filing fees, working meals, secretarial overtime, and other expenses.

11.     In accordance with section 330 of the Bankruptcy Code, S&C seeks reimbursement only for the actual cost of such expenses to S&C.  S&C submits that all such expenses incurred were customary, necessary and related to the Chapter 11 Case and, by this Monthly Fee Statement, requests reimbursement of the same.

<u>**Valuation of Services**</u>

12.     Professionals of S&C have expended a total of 683.60 hours in connection with this matter during the Fee Period.

13.     The amount of time spent by each of the professionals providing services to the Debtor for the Fee Period is set forth in <u>Exhibit A</u>.  The rates are S&C's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by S&C for the Fee Period as counsel for the Debtor in this Chapter 11 Case is $1,006,195.60.

14.     S&C believes that the time entries included in <u>Exhibit A</u> attached hereto and the expense breakdown set forth in <u>Exhibit B</u> attached hereto are in compliance with the requirements of Local Rule 2016-2.

4869-8835-1679 v.2

15.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given the complexities of this Chapter 11 Case, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under this title.

## Certificate of Compliance and Waiver

16.     The undersigned representative of S&C certifies that he has reviewed the requirements of Local Rules 2016-2 and that the Monthly Fee Statement substantially complies with such rule.  To the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, S&C believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice and No Prior Request

17.     Notice of this Monthly Fee Statement has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; (b) counsel to the Official Committee of Unsecured Creditors; (c) the Fee Examiner; and (d) all parties required to be given notice pursuant to the Interim Compensation Order.  S&C submits that no other or further notice is necessary.

18.     No prior request for the relief sought in this Monthly Fee Statement has been made to this or any other Court.

WHEREFORE, S&C respectfully requests that the Bankruptcy Court (i) approve the Monthly Fee Statement and (ii) grant such further relief as is just and proper.

4869-8835-1679 v.2

Dated: May 31, 2024
       New York, NY

/s/ Andrew G. Dietderich
_____
Andrew G. Dietderich
Brian D. Glueckstein
Justin J. DeCamp
Alexa J. Kranzley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
Email:        dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              decampj@sullcrom.com
              kranzleya@sullcrom.com

*Counsel to the Debtor and Debtor-in-Possession*

-6-