**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KIDDE-FENWAL, INC.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

**NOTICE OF AMENDMENTS TO SCHEDULES A/B OF THE
SCHEDULES OF ASSETS AND LIABILITIES**

    **PLEASE TAKE NOTICE** that, on May 14, 2023, Kidde-Fenwal, Inc. (the "Debtor") filed with the United States Bankruptcy Court for the District of Delaware a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101 *et seq*.

    **PLEASE TAKE FURTHER NOTICE** that, on July 11, 2023, the Debtor filed its *Schedules of Assets and Liabilities* [D.I. 265] (the "Schedules").

    **PLEASE TAKE FURTHER NOTICE** that, the Debtor hereby submit this *Notice of Amendments to Schedules A/B of the Schedules of Assets and Liabilities* (this "Notice").

    **PLEASE TAKE FURTHER NOTICE** that, this Notice hereby amends Schedules A/B, Part 10, to remove seven trademarks (60.55, 60.57, 60.58, 60.59, 60.60, 60.78 and 60.79) on the Schedules. The relevant pages are attached hereto as **Exhibit 1** (the "Schedule Amendments"). Except for the Schedule Amendments, no changes have been made to the Schedules since they were originally filed. The Schedule Amendments are hereby incorporated into, and comprise an integral part of, the Schedules.

    **PLEASE TAKE FURTHER NOTICE** that, the Schedule Amendments are subject in all respects to the *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* that were filed contemporaneously with the Schedules.

    **PLEASE TAKE FURTHER NOTICE** that, the Debtor reserves its rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, classification, or otherwise. The Debtor reserves its right to further amend or supplement the Schedules. In addition, nothing contained in this Notice shall preclude the Debtor from objecting to any claim, whether scheduled or filed, on any and all grounds.

---

[1]  The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

| | |
|---|---|
| Dated: June 28, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Scott D. Jones*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Scott D. Jones (No. 6672)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail:  dabbott@morrisnichols.com<br>            aremming@morrisnichols.com<br>            dbutz@morrisnichols.com<br>            tmann@morrisnichols.com<br>            sjones@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>            gluecksteinb@sullcrom.com<br>            decampj@sullcrom.com<br>            kranzleya@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |

# Exhibit 1

## Schedule Amendments

Kidde-Fenwal, Inc.	Case Number:	23-10638-LSS

## Schedule A/B: Assets — Real and Personal Property

### Part 10: Intangibles and intellectual property - detail

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 COPYRIGHT: FM-200 ENGINEERED CENTRAL STORAGE (ECS) DESIGN PROGRAM: VERSION 0.0.; REGISTRATION NUMBER: TX0004130060; REGISTRATION DATE: 10/10/1995; PUBLICATION DATE: 9/8/1993 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.2 PATENT: TITLE: DISPENSING VALVE AND METHOD FOR DISPENSING A FLUID UNDER PRESSURE, PATENT NUM.: 561711, APP NUM.: 13/119,095, DATE: 10/22/2013, JURISDICTION: UNITED STATES OF AMERICA | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.3 PATENT: TITLE: DISPENSING VALVE AND METHOD FOR DISPENSING A FLUID UNDER PRESSURE, PATENT NUM.: US8561711, APP NUM.: US13/119095, DATE: 2013-10-22, JURISDICTION: US | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.4 PATENT: TITLE: FIRE EXTINGUISHING COMPOSITION, PATENT NUM.: EP2296763, APP NUM.: DE 60 2008 046 399.0, DATE: 2016-09-21, JURISDICTION: DE | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.5 PATENT: TITLE: FIRE EXTINGUISHING COMPOSITION, PATENT NUM.: EP2296763, APP NUM.: EP08756524.8, DATE: 2016-09-21, JURISDICTION: GB | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.6 PATENT: TITLE: FIRE EXTINGUISHING COMPOSITION, PATENT NUM.: EP2296763, APP NUM.: EP08756524A, DATE: 2016-09-21, JURISDICTION: EP | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.7 PATENT: TITLE: FIRE EXTINGUISHING COMPOSITION, PATENT NUM.: US8366955, APP NUM.: US12/995316, DATE: 2013-02-05, JURISDICTION: US | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.8 PATENT: TITLE: FIRE EXTINGUISHING COMPOSITION, PATENT NUM.: ZA201009275, APP NUM.: ZA201009275A, DATE: 2012-03-28, JURISDICTION: ZA | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.9 PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: AU2008355940, APP NUM.: AU2008355940A, DATE: 2014-01-30, JURISDICTION: AU | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.10 PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: EP2304331, APP NUM.: DE 60 2008 053 599.1, DATE: 2018-01-03, JURISDICTION: DE | UNDETERMINED | UNKNOWN | UNDETERMINED |

**Kidde-Fenwal, Inc.**                                                                          **Case Number:      23-10638-LSS**

## Schedule A/B: Assets — Real and Personal Property

### Part 10:   Intangibles and intellectual property - detail

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.11 | PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: EP2304331, APP NUM.: EP08769369.3, DATE: 2018-01-03, JURISDICTION: FR | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.12 | PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: EP2304331, APP NUM.: EP08769369.3, DATE: 2018-01-03, JURISDICTION: GB | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.13 | PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: EP2304331, APP NUM.: EP08769369A, DATE: 2018-01-03, JURISDICTION: EP | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.14 | PATENT: TITLE: IGNITION CONTROL WITH SAFEGUARD FUNCTION, PATENT NUM.: EP2304331, APP NUM.: IT 502018000003525, DATE: 2018-01-03, JURISDICTION: IT | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.15 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: 60344551.9, APP NUM.: 111711594, DATE: 7/17/2013, JURISDICTION: GERMANY (FEDERAL REPUBLIC OF) | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.16 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP1542773, APP NUM.: 603 39 350.0, DATE: 2011-12-07, JURISDICTION: DE | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.17 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP1542773, APP NUM.: EP03797930.9, DATE: 2011-12-07, JURISDICTION: GB | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.18 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP1542773, APP NUM.: EP03797930A, DATE: 2011-12-07, JURISDICTION: EP | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.19 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP2368603, APP NUM.: DE 603 44 551.9, DATE: 2013-07-17, JURISDICTION: DE | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.20 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP2368603, APP NUM.: EP11171159.4, DATE: 2013-07-17, JURISDICTION: GB | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.21 | PATENT: TITLE: METHOD AND APPARATUS FOR DISTRIBUTING FIRE SUPPRESSANT, PATENT NUM.: EP2368603, APP NUM.: EP11171159A, DATE: 2013-07-17, JURISDICTION: EP | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.22 | PATENT: TITLE: METHOD OF DELIVERING A FIRE EXTINGUISHING AGENT, PATENT NUM.: EP2978505, APP NUM.: DE 60 2014 057 442.4, DATE: 2019-11-27, JURISDICTION: DE | UNDETERMINED | UNKNOWN | UNDETERMINED |

**Kidde-Fenwal, Inc.**                                                                                          Case Number:        23-10638-LSS

## Schedule A/B: Assets — Real and Personal Property

### Part 10:     Intangibles and intellectual property - detail

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.23 | PATENT: TITLE: METHOD OF DELIVERING A FIRE EXTINGUISHING AGENT, PATENT NUM.: EP2978505, APP NUM.: EP14716213.5, DATE: 2019-11-27, JURISDICTION: FR | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.24 | PATENT: TITLE: METHOD OF DELIVERING A FIRE EXTINGUISHING AGENT, PATENT NUM.: EP2978505, APP NUM.: EP14716213.5, DATE: 2019-11-27, JURISDICTION: GB | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.25 | PATENT: TITLE: METHOD OF DELIVERING A FIRE EXTINGUISHING AGENT, PATENT NUM.: EP2978505, APP NUM.: EP14716213A, DATE: 2019-11-27, JURISDICTION: EP | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.26 | PATENT: TITLE: METHOD OF DELIVERING A FIRE EXTINGUISHING AGENT, PATENT NUM.: US11058907, APP NUM.: US14/779388, DATE: 2021-07-13, JURISDICTION: US | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.27 | TRADEMARK: AER-O-FOAM; CLASS 1; REGISTRATION OFFICE: UNITED KINGDOM; REGISTRATION NUMBER: 733372; REGISTRATION DATE: 8/24/1954 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.28 | TRADEMARK: AER-O-FOAM; CLASS 9; REGISTRATION OFFICE: UNITED KINGDOM; REGISTRATION NUMBER: 733373; REGISTRATION DATE: 8/24/1954 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.29 | TRADEMARK: ANALASER; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER:1764213; REGISTRATION DATE: 4/13/1993 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.30 | TRADEMARK: AQUAGREEN; CLASS 1; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA844349; REGISTRATION DATE: 2/22/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.31 | TRADEMARK: CARDOX; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA219780; REGISTRATION DATE: 4/1/1977 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.32 | TRADEMARK: CARDOX; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 385676; REGISTRATION DATE: 3/11/1941 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.33 | TRADEMARK: CARDOX; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 4771958; REGISTRATION DATE: 7/14/2015 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.34 | TRADEMARK: CARDOX; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 627768; REGISTRATION DATE: 5/29/1956 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.35 | TRADEMARK: CARDOX; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 743718; REGISTRATION DATE: 1/15/1963 | UNDETERMINED | UNKNOWN | UNDETERMINED |

| Kidde-Fenwal, Inc. | | Case Number: | 23-10638-LSS |

## Schedule A/B: Assets — Real and Personal Property

### Part 10: Intangibles and intellectual property - detail

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.36 | TRADEMARK: CHEMETRON; CLASS 1, 4, 5, 6, 7, 8, 9, 11, 12, 17, 21, 34; REGISTRATION OFFICE: CHILE; REGISTRATION NUMBER: 1231311; REGISTRATION DATE: 10/24/2016 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.37 | TRADEMARK: CHEMETRON; CLASS 11; REGISTRATION OFFICE: BRAZIL; REGISTRATION NUMBER: 815415729; REGISTRATION DATE: 1/30/1996 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.38 | TRADEMARK: CHEMETRON; CLASS 9, 10; REGISTRATION OFFICE: UNITED KINGDOM; REGISTRATION NUMBER: UK00000861117; REGISTRATION DATE: 3/3/1964 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.39 | TRADEMARK: CHEMETRON; CLASS 9, 17; REGISTRATION OFFICE: SOUTH KOREA; REGISTRATION NUMBER: 4002836320000; REGISTRATION DATE: 11/30/2004 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.40 | TRADEMARK: CHEMETRON; CLASS 9, 17; REGISTRATION OFFICE: SOUTH KOREA; REGISTRATION NUMBER: 4002836320000; REGISTRATION DATE: 5/7/2004 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.41 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: CHINA; REGISTRATION NUMBER: 15308222; REGISTRATION DATE: 10/21/2015 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.42 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: JAPAN; REGISTRATION NUMBER: 1852951; REGISTRATION DATE: 4/23/1986 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.43 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: MEXICO; REGISTRATION NUMBER: 1370364; REGISTRATION DATE: 5/24/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.44 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: SAUDI ARABIA; REGISTRATION NUMBER: 143310160 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.45 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: TAIWAN; REGISTRATION NUMBER: 01580926; REGISTRATION DATE: 6/1/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.46 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: UNITED ARAB EMIRATES TMD; REGISTRATION NUMBER: 177039 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.47 | TRADEMARK: CHEMETRON; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 2438300; REGISTRATION DATE: 3/27/2001 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.48 | TRADEMARK: CHEMETRONICS & DESIGN; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA695467; REGISTRATION DATE: 9/4/2007 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.49 | TRADEMARK: CHEMETRONICS; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA695466; REGISTRATION DATE: 9/4/2007 | UNDETERMINED | UNKNOWN | UNDETERMINED |

**Kidde-Fenwal, Inc.**                                                                   Case Number:       23-10638-LSS

## Schedule A/B: Assets — Real and Personal Property

### Part 10:  Intangibles and intellectual property - detail

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.50 | TRADEMARK: DETECT-A-FIRE; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA131736; REGISTRATION DATE: 7/12/1963 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.51 | TRADEMARK: DETECT-A-FIRE; CLASS 9; REGISTRATION OFFICE: ITALY; REGISTRATION NUMBER: 362022000053462; REGISTRATION DATE: 11/8/2022 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.52 | TRADEMARK: DETECT-A-FIRE; CLASS 9; REGISTRATION OFFICE: SWITZERLAND; REGISTRATION NUMBER: P-402478; REGISTRATION DATE: 6/17/1993 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.53 | TRADEMARK: DETECT-A-FIRE; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 595499; REGISTRATION DATE: 9/21/1954 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.54 | TRADEMARK: DETECT-A-FLAME; CLASS 9: REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 4366152; REGISTRATION DATE: 7/9/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| ~~60.55~~ | ~~TRADEMARK: FENWAL, CLASS 9; REGISTRATION OFFICE: FRANCE; REGISTRATION NUMBER: 94526603; REGISTRATION DATE: 12/2/1994~~ **DELETED** | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |
| 60.56 | TRADEMARK: FYRECHEM; CLASS 37; REGISTRATION OFFICE: MEXICO; REGISTRATION NUMBER: 1166896; REGISTRATION DATE: 6/30/2010 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| ~~60.57~~ | ~~TRADEMARK: HI-EX; CLASS 1, 9; REGISTRATION OFFICE: FRANCE; REGISTRATION NUMBER: 3338413; REGISTRATION DATE: 2/2/2005~~ **DELETED** | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |
| ~~60.58~~ | ~~TRADEMARK: HI-EX; CLASS 1,9; REGISTRATION OFFICE: GERMANY; REGISTRATION NUMBER: 305056808; REGISTRATION DATE: 3/8/2006~~ **DELETED** | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |
| ~~60.59~~ | ~~TRADEMARK: HIGH EX; CLASS 1, 9; REGISTRATION OFFICE: GERMANY; REGISTRATION NUMBER: 945807, REGISTRATION DATE: 8/14/1976~~ **DELETED** | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |
| ~~60.60~~ | ~~TRADEMARK: HIGH EX; CLASS 1,9; REGISTRATION OFFICE: FRANCE; REGISTRATION NUMBER: 1295863; REGISTRATION DATE: 1/15/1985~~ **DELETED** | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |
| 60.61 | TRADEMARK: HSSD; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 1834485; REGISTRATION DATE: 5/3/1994 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.62 | TRADEMARK: IFSA; CLASS 1; REGISTRATION OFFICE: MEXICO; REGISTRATION NUMBER: 664498; REGISTRATION DATE: 7/25/2000 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.63 | TRADEMARK: KAI MEI CHUANG (CHINESE CHARACTERS); CLASS 9; REGISTRATION OFFICE: CHINA; REGISTRATION NUMBER: 16550418; REGISTRATION DATE: 5/14/2016 | UNDETERMINED | UNKNOWN | UNDETERMINED |

| Kidde-Fenwal, Inc. | Case Number: | 23-10638-LSS |

## Schedule A/B: Assets — Real and Personal Property

### Part 10: Intangibles and intellectual property - detail

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.64 | TRADEMARK: KARBALOY; CLASS 1; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA104074; REGISTRATION DATE: 8/10/1956 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.65 | TRADEMARK: KARBALOY; CLASS 1; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 549026; REGISTRATION DATE: 8/23/1949 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.66 | TRADEMARK: KIDDE K; CLASSES 5, 6, 7, 9, 10, 11; REGISTRATION OFFICE: TURKEY; REGISTRATION NUMBER: 81 071791; REGISTRATION DATE: 8/1/1991 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.67 | TRADEMARK: KIDDE; CLASS 1, 9; REGISTRATION OFFICE: URUGUAY; REGISTRATION NUMBER: 495989; REGISTRATION DATE: 6/1/2018 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.68 | TRADEMARK: KIDDE; CLASS 1; REGISTRATION OFFICE: CHILE; REGISTRATION NUMBER: 783104; REGISTRATION DATE: 7/29/2007 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.69 | TRADEMARK: KIDDE; CLASS 1; REGISTRATION OFFICE: JAPAN; REGISTRATION NUMBER: 4345185; REGISTRATION DATE: 12/17/1999 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.70 | TRADEMARK: KIDDE; CLASS 1; REGISTRATION OFFICE: PARAGUAY; REGISTRATION NUMBER: 456161; REGISTRATION DATE: 3/21/2018 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.71 | TRADEMARK: KIDDE; CLASS 6; REGISTRATION OFFICE: JAPAN; REGISTRATION NUMBER: 1086501; REGISTRATION DATE: 9/05/1974 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.72 | TRADEMARK: KIDDE; CLASS 9; REGISTRATION OFFICE: CHILE; REGISTRATION NUMBER: 804414; REGISTRATION DATE: 7/29/2007 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.73 | TRADEMARK: KIDDE; CLASS 9; REGISTRATION OFFICE: JAPAN; REGISTRATION NUMBER: 0870499; REGISTRATION DATE: 8/25/1970 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.74 | TRADEMARK: KIDDE; CLASS 9; REGISTRATION OFFICE: JAPAN; REGISTRATION NUMBER: 4292639; REGISTRATION DATE: 7/09/1999 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.75 | TRADEMARK: KIDDE; CLASS 9; REGISTRATION OFFICE: PARAGUAY; REGISTRATION NUMBER: 456159; REGISTRATION DATE: 3/21/2018 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.76 | TRADEMARK: KIDDE; CLASSES 9, 12; REGISTRATION OFFICE: TURKEY; REGISTRATION NUMBER: 98 014781; REGISTRATION DATE: 9/20/2000 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.77 | TRADEMARK: KIDDE; CLASSES 9, 12; REGISTRATION OFFICE: TURKEY TURKPATENT; REGISTRATION NUMBER: 98/014781; REGISTRATION DATE: 9/20/2000 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| ~~60.78~~ | ~~TRADEMARK: KNOCKDOWN; CLASS 1; REGISTRATION OFFICE: EUROPEAN UNION (EU); REGISTRATION NUMBER: 2930967; REGISTRATION DATE: 1/8/2004~~ DELETED | ~~UNDETERMINED~~ | ~~UNKNOWN~~ | ~~UNDETERMINED~~ |

| Kidde-Fenwal, Inc. | | | Case Number: | 23-10638-LSS |

## Schedule A/B: Assets — Real and Personal Property

**Part 10:** Intangibles and intellectual property - detail

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.79 | TRADEMARK: NATIONAL; CLASS 9, 28; REGISTRATION OFFICE: MEXICO; REGISTRATION NUMBER: 229920; REGISTRATION DATE: 9/11/1979 — DELETED | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.80 | TRADEMARK: PIM; CLASS 9; REGISTRATION OFFICE: AUSTRALIA; REGISTRATION NUMBER: 1492510; REGISTRATION DATE: 5/23/2012 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.81 | TRADEMARK: PIM; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA857939; REGISTRATION DATE: 8/16/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.82 | TRADEMARK: PIM; CLASS 9; REGISTRATION OFFICE: NEW ZEALAND; REGISTRATION NUMBER: 959032; REGISTRATION DATE: 10/1/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.83 | TRADEMARK: PIM; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 4351001; REGISTRATION DATE: 6/11/2013 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.84 | TRADEMARK: PYRO-CHEM; CLASS 1; REGISTRATION OFFICE: EUROPEAN UNION; REGISTRATION NUMBER: 1732809; REGISTRATION DATE: 10/16/2001 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.85 | TRADEMARK: PYRO-CHEM; CLASS 1; REGISTRATION OFFICE: MEXICO; REGISTRATION NUMBER: 871491; REGISTRATION DATE: 2/28/05 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.86 | TRADEMARK: PYRO-CHEM; CLASS 1; REGISTRATION OFFICE: UNITED KINGDOM; REGISTRATION NUMBER: UK00901732809; REGISTRATION DATE: 10/16/2001 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.87 | TRADEMARK: SMARTONE; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 2295041; REGISTRATION DATE: 11/30/1999 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.88 | TRADEMARK: THERMOSWITCH; CLASS 7; REGISTRATION OFFICE: ARGENTINA; REGISTRATION NUMBER: 2758289; REGISTRATION DATE: 10/2/2015 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.89 | TRADEMARK: THERMOSWITCH; CLASS 9; REGISTRATION OFFICE: ARGENTINA; REGISTRATION NUMBER: 2758537; REGISTRATION DATE: 10/2/2015 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.90 | TRADEMARK: THERMOSWITCH; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA131735; REGISTRATION DATE: 7/12/1963 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.91 | TRADEMARK: THERMOSWITCH; CLASS 9; REGISTRATION OFFICE: ITALY; REGISTRATION NUMBER: 362022000053441; REGISTRATION DATE: 11/8/2022 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.92 | TRADEMARK: THERMOSWITCH; CLASS 9; REGISTRATION OFFICE: SWITZERLAND IPI; REGISTRATION NUMBER: P-402477; REGISTRATION DATE: 6/17/1993 | UNDETERMINED | UNKNOWN | UNDETERMINED |

**Kidde-Fenwal, Inc.**             Case Number:     23-10638-LSS

## Schedule A/B: Assets — Real and Personal Property

**Part 10:**     Intangibles and intellectual property - detail

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60.93 | TRADEMARK: THERMOSWITCH; CLASS 9; REGISTRATION OFFICE: UNITED STATES; REGISTRATION NUMBER: 549026; REGISTRATION DATE: 10/2/1951 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 60.94 | TRADEMARK: ULTIMA; CLASS 9; REGISTRATION OFFICE: CANADA; REGISTRATION NUMBER: TMA752742; REGISTRATION DATE: 11/10/2009 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| **61.** | **Internet domain names and websites** | | | |
| 61.1 | WWW.KIDDE-FENWAL.COM | UNDETERMINED | UNKNOWN | UNDETERMINED |
| **62.** | **Licenses, franchises, and royalties** | | | |
| 62.1 | LICENSE: ATF IMPORT AND USE OF EXPLOSIVES ISSUED 3/5/2018; ID 6-MA-01702705D-00397 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 62.2 | LICENSE: MULLER GAS EQUIPMENT A/S EXCLUSIVE LICENSE AGREEMENTS (10 YEAR AGREEMENTS EXPIRING JUNE 30, 2027) | $121,401 | UNKNOWN | UNDETERMINED |
| 62.3 | PERMIT: MASSACHUSETTS DEPARTMENT OF FIRE SERVICES TO KIDDE-FENWAL VERIFYING NITROGEN TANK HAS BEEN INSPECTED AND APPROVED FOR USE ISSUED 7/1/2021; ID TM 11000-A007 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 62.4 | PERMIT: ENVIRONMENTAL PROTECTION AGENCY NO EXPOSURE CERTIFICATION FOR STORMWATER IN ASHLAND, MA FACILITY DATED 4/11/2022; ID MANOE4003 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 62.5 | PERMIT: MADEP AND BUREAU OF AIR AND WASTE AIR QUALITY PLAN APPROVAL FOR CONSTRUCTION AND OPERATION OF FIRE EXTINGUISHING TEST EQUIPMENT AT ASHLAND FACILITY; AUTHORIZATION NO. AQ01P-0000143; APPLICATION NO. 21-AQ01P-0029-APP; APPROVAL NO. NE-21-018 | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 62.6 | REGISTRATION: HAZARDOUS MATERIALS CERTIFICATE OF REGISTRATION WITH DEPARTMENT OF TRANSPORTATION ISSUED 6/30/2019; ID 062308 014 020Q5. (CARRIER CONTRACT) | UNDETERMINED | UNKNOWN | UNDETERMINED |
| 62.7 | REGISTRATION: NUCLEAR REGULATORY COMMISSION RADIOACTIVE DEVICE REGISTRATION ISSUED 6/1/16; ID NR-0668-D-101-E | UNDETERMINED | UNKNOWN | UNDETERMINED |
| **63.** | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | CUSTOMER LIST - CONFIDENTIAL | UNDETERMINED | UNKNOWN | UNDETERMINED |
| **64.** | **Other intangibles, or intellectual property** | | | |
| 64.1 | | | | |

Kidde-Fenwal, Inc.                                                                                           Case Number:        23-10638-LSS

# Schedule A/B: Assets — Real and Personal Property

## Part 10:    Intangibles and intellectual property - detail

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

65. **Goodwill**

    65.1

66. **Total of Part 10**                                                                                                              **UNDETERMINED**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name: In re Kidde-Fenwal, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 23-10638 (LSS)

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* A/B
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/28/2024
MM / DD / YYYY

X /s/ Carrianne J.M. Basler
Signature of individual signing on behalf of debtor

Carrianne Basler
Printed name

Vice President and Deputy Chief Transformation Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors