

8899 E 56th Street
Indianapolis, IN 46249
**U.S. Customs and Border Protection**

Kidde-Fenwal, Inc.
Claims Processing c/o Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602

08/12/2024

Re:   Kidde-Fenwal, Inc.
       Case Number: 23-10638

Dear Sir/Madam:

Enclosed are our Notice of Withdrawal of Claim for the above referenced bankruptcy cases. Please file the notices.

If you have any questions regarding these cases, please make immediate contact by sending an e-mail to Bankruptcyteam@cbp.dhs.gov.

Sincerely,

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

*Enclosures*

STRETTO
AUG 1 6 2024
RECEIVED



1225908162480000000074

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case No. |
| Kidde-Fenwal, Inc. | ) |
| | ) |
| | ) |
| | ) |
| Debtor | ) 23-10638 |

NOTICE OF WITHDRAWAL OF CLAIM

U.S. Customs and Border Protection (CBP) timely filed its proof of claim with respect to Case No. 23-10638. The claim was listed on claims register as Claim No. 95. U.S. Customs and Border Protection hereby withdraws in its entirety its claim (#95) previously filed in this case.

DATE: 08/09/2024

Erin Gudaitis
Supervisory Financial Program Specialist
Financial Risk & Analysis Section
Financial Operations, Office of Finance
U.S. Customs and Border Protection

PRESS FIRMLY TO SEAL                   PRESS FIRMLY TO SEAL

ZIP 46249
02 4W    $ 009.85
0000389481 AUG 12 2024



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

U.S. Customs and Border Protection
Revenue Division, Bankruptcy Team
Attn:  Mail Stop 203-J
8899 E. 56th Street
Indianapolis, IN 46249-3300

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and
- Limited international insurance.**
- When used internationally, a customs declaration

*Insurance does not cover certain items. For details regarding cla
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availab



UNITED STATES POSTAL SERVICE®   pitney bowes

USPS TRACKING #

9488 8090 0027 6345 3554 19



TO:

Kidde-Fenwal, Inc. Claims Processing
c/o Stretto, Inc.
410 Exchange, Suite 100
Irvine, CA 92602

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

