## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On August 23, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Summary of Thirteenth Monthly Fee Statement of Schulte Roth & Zabel LLP as Counsel to the Special Committee of the Board of Directors of the Debtor and Debtor-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2024 Through and Including May 31, 2024** (Docket No. 1423)

Dated: August 26, 2024

_Chris Rimpel_
_____
Christopher A. Rimpel

State of Colorado    )
                            )  SS.
County of Denver   )

Subscribed and sworn to (or affirmed) before me on this 26th day of August 2024, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Danielle Harnden_
_____
(Notary official signature)

| |
|---|
| DANIELLE HARNDEN |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20224036481 |
| MY COMMISSION EXPIRES 2026-10-04 |

[INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **<u>Exhibit A</u>**

Document Ref: RP4PD-HQ7KX-UEJSA-8RGQH



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr & Sean T. Wilson | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, & Susan Sieger-Grimm | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Morris Nichols Arsht & Tunnell LLP | Attn: Derek C Abbott & Andrew R Remming | | dabbott@morrisnichols.com<br>aremming@morrisnichols.com |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Sullivan & Cromwell, LLP | Attn: Alexa J Kranzley | | kranzleya@sullcrom.com |
| | | | |