# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |
| KFI WIND-DOWN CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>ACE AMERICAN INSURANCE COMPANY, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 23-50758 (LSS)<br>(Consolidated Adversary Proceeding) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON SEPTEMBER 11, 2024, AT 10:00 A.M. (E.T.)

**eCourt Appearances**

**This hearing will be conducted in-person, any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than September 10, 2024, at 4:00 p.m. (ET)**

**To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov).**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

**MATTER UNDER CERTIFICATION**

1. Debtor's Motion for Entry of an Order, Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006 and 9027, Further Extending the Period Within Which the Debtor May File Notices to Remove Actions and Granting Related Relief (D.I. 1387, filed 8/7/24).

   Objection Deadline:  August 21, 2024, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Debtor's Motion for Entry of an Order, Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006 and 9027, Further Extending the Period Within Which the Debtor May File Notices to Remove Actions and Granting Related Relief (D.I. 1452, filed 9/5/24); and

   Status:  A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

**INTERIM FEE HEARING**

2. Fee Applications.

   Related Documents:

   A. See attached Exhibit A; and

   B. Certification of Counsel Regarding Fourth Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 1461, filed 9/8/24).

   Status:  An order has been entered under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

**ADVERSARY PROCEEDING – ADJOURNED MATTER**

3. Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 457, filed 9/4/24)

   Objection Deadline:  September 10, 2024, at 4:00 p.m. (ET); extended to September 24, 2024, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents:

A. [SEALED] Memorandum in Support of Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 458, filed 9/4/24).

B. [SEALED] Declaration of Kevin R. Glandon in Support of KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 459, filed 9/4/24).

C. The Official Committee of Unsecured Creditors (1) Joinder to Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents Responsive to Plaintiff's Second Set of Requests for Production and (2) Motion to Compel Chubb to Produce Documents Responsive to the Committee of Unsecured Creditors First Set of Requests for Production (A.D.I. 460, filed 9/4/24).

D. Amended Notice of Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 462, filed 9/6/24).

E. (REDACTED) Memorandum in Support of Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 463, filed 9/6/24).

F. (REDACTED) Declaration of Kevin R. Glandon in Support of KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 464, filed 9/6/24).

G. Amended Notice of the Official Committee of Unsecured Creditors' (1) Joinder to Plaintiff KFI's Motion to Compel and (2) Motion to Compel Chubb to Produce Documents (A.D.I. 465, filed 9/6/24).

Status:  By agreement of the parties, this matter has been adjourned to the hearing scheduled for October 9, 2024, at 10:00 a.m. (ET).  The Debtor may file a reply to any objection on or before October 1, 2024, at 11:50 p.m. (ET).

4. Motion for Entry of an Order Authorizing the Debtor to File Under Seal and Exhibit and Certain Portions of the Memorandum in Support of Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 467, filed 9/6/24).

Objection Deadline: At the hearing scheduled for October 9, 2023, at 10:00 a.m. (ET).

Responses Received: None at this time.

Related Documents:

A. [SEALED] Memorandum in Support of Plaintiff KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 458, filed 9/4/24); and

B. [SEALED] Declaration of Kevin R. Glandon in Support of KFI Wind-Down Corp.'s Motion to Compel Chubb to Produce Documents (A.D.I. 459, filed 9/4/24).

Status: Pursuant to Local Rule 9018-1(d)(viii), this matter has been adjourned to the hearing scheduled for October 9, 2024, at 10:00 a.m. (ET), so that it can be heard in connection with agenda item 3.

Dated: September 9, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Scott D. Jones (No. 6672)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
   aremming@morrisnichols.com
   dbutz@morrisnichols.com
   tmann@morrisnichols.com
   sjones@morrisnichols.com
   csawyer@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
   gluecksteinb@sullcrom.com
   decampj@sullcrom.com
   kranzleya@sullcrom.com

*Counsel for the Debtor and Debtor-in-Possession*