## Exhibit B

### Interim Application Summary

### (Cover Sheet of Fee Application (UST Guidelines Ex. E))

| Name of Applicant | Sullivan & Cromwell LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | August 23, 2023 *nunc pro tunc* to the Petition Date |
| Petition Date | May 14, 2023 |
| Period for which compensation and reimbursement is sought: | May 1, 2024 through July 31, 2024 |
| Amount of interim fees to be approved as, reasonable and necessary: | $2,777,914.10 |
| Amount of interim expenses sought as actual, reasonable and necessary: | $3,686.22 |
| Total allowed compensation paid to date: | $20,112,173.28 |
| Total allowed expenses paid to date: | $75,211.35 |
| Total compensation approved by interim order to date | $18,562,176.80 |
| Total expenses approved by interim order to date | $72,662.94 |
| Blended rate in this Application for all partners | $2,337.00 |
| Blended rate in this Application for all attorneys | $1,537.00 |
| Blended rate in this Application for all timekeepers | $1,409.00 |
| Compensation sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $1,549,996.48 |
| Expenses sought in the Interim Application already paid pursuant to a monthly compensation certificate but not yet allowed | $2,548.41 |
| Number of professionals included in this Application | 48 |

4878-0148-5538 v.2

-2-

| Number of professionals not included in staffing plan | 0 |
| --- | --- |
| If applicable, difference between fees budgeted and compensation sought for this period | $2,503,460.90 under budget |
| Number of professionals billing fewer than 15 hours to this Application during this period | 15 |
| Any rates higher than those approved or disclosed at retention? | No. |

This is a(n)  ____ monthly   __x__ interim   _____ final application