## Exhibit C

## Budget and Staffing Plan

4878-0148-5538 v.2

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| ASSET ANALYSIS AND RECOVERY | 15.00 | $18,975.00 | - | $0.00 |
| ASSET DISPOSITION | 550.00 | $695,750.00 | 847.90 | $1,042,593.50 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 20.00 | $25,300.00 | - | $0.00 |
| AVOIDANCE ACTION ANALYSIS | 15.00 | $18,975.00 | - | $0.00 |
| BUSINESS OPERATIONS | 60.00 | $75,900.00 | 31.80 | $37,405.00 |
| CASE ADMINISTRATION | 30.00 | $37,950.00 | 7.90 | $10,679.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 120.00 | $151,800.00 | 23.70 | $30,314.00 |
| CORPORATE GOVERNANCE AND BOARD MATTERS | 120.00 | $151,800.00 | 69.20 | $110,042.00 |
| EMPLOYEE BENEFITS AND PENSIONS | 30.00 | $37,950.00 | - | $0.00 |
| EMPLOYMENT AND FEE APPLICATIONS (S&C) | 170.00 | $215,050.00 | 127.20 | $117,456.00 |
| EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 60.00 | $75,900.00 | 33.00 | $40,926.50 |
| FINANCING AND CASH COLLATERAL | 15.00 | $18,975.00 | - | $0.00 |
| OTHER LITIGATION | 450.00 | $569,250.00 | 80.60 | $109,402.00 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 40.00 | $50,600.00 | 2.10 | $3,919.00 |
| NON-WORKING TRAVEL | 40.00 | $50,600.00 | 0.70 | $831.60 |
| PLAN AND DISCLOSURE STATEMENT | 650.00 | $822,250.00 | 99.60 | $169,532.50 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 15.00 | $18,975.00 | - | $0.00 |
| TAX | 15.00 | $18,975.00 | - | $0.00 |
| VALUATION | 15.00 | $18,975.00 | - | $0.00 |
| DISCOVERY | 225.00 | $284,625.00 | - | $0.00 |
| HEARINGS | 40.00 | $50,600.00 | 8.10 | $17,071.00 |
| FIRST AND SECOND DAY MOTIONS | - | $0.00 | 0.50 | $1,187.50 |
| CLAIMS INVESTIGATION | 25.00 | $31,625.00 | - | $0.00 |
| LIEN INVESTIGATIONS | 20.00 | $25,300.00 | - | $0.00 |
| SCHEDULES, SOFAS AND REPORTING | 85.00 | $107,525.00 | 15.80 | $17,574.50 |

---

[1] Estimated hours represent high-end of S&C's estimates of fees during the interim fee period.

[2] Estimated fees represent high-end of S&C's estimates of fees during the interim fee period.

| PROJECT CATEGORY | ESTIMATED HOURS[1] | ESTIMATED FEES[2] | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| OTHER MOTIONS/APPLICATIONS | 145.00 | $183,425.00 | 10.90 | $18,202.00 |
| TIME ENTRY REVIEW | 180.00 | $227,700.00 | 71.50 | $0.00 |
| BUDGETING | 25.00 | $31,625.00 | 2.40 | $2,721.00 |
| MEDIATION | 600.00 | $759,000.00 | 437.60 | $881,438.50 |
| INSURANCE ADVERSARY PROCEEDING | 400.00 | $506,000.00 | 101.50 | $166,618.00 |
| **TOTAL** | **4,175.00** | **$5,281,375.00** | **1,972.00** | **$2,777,914.10** |

# STAFFING PLAN FOR SULLIVAN & CROMWELL LLP, COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR THE PERIOD MAY 1, 2024 THROUGH JULY 31, 2024

| PROJECT CATEGORY | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE APPLICATION PERIOD [1] | ESTIMATED AVERAGE HOURLY RATES |
|---|---|---|
| Partners | 12 | $1,695.00-$2,375.00 |
| Special Counsel, Of Counsel, Associates | 35 | $850.00-$2,275.00 |
| Non-Legal Personnel [2] | 12 | $195.00-$650.00 |

(1) Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).
(2) Includes clerks, legal analysts and eDiscovery professionals.

4878-0148-5538 v.2