# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

KFI WIND-DOWN CORP.,[1]

    Debtor.

Chapter 11

Case No. 23-10638 (LSS)

## NOTICE OF ENTRY INTO PLAN SUPPORT AGREEMENT

**PLEASE TAKE NOTICE** that on November 21, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 660] (the "Mediation Order") authorizing the Mediation Parties (as such term is defined in the Mediation Order) to mediate the Mediation Issues (as such term is defined in the Mediation Order);

**PLEASE TAKE FURTHER NOTICE** that the Mediation has concluded successfully and, on October 18, 2024, the above-captioned debtor and debtor-in-possession (the "Debtor"), Carrier, the Committee, and the MDL PEC Co-Leads entered into the *Settlement Support Agreement with Respect to Estate Claims Settlement, Chapter 11 Plan of Liquidation, and Class Settlements of Certain AFFF MDL Claims*, attached hereto as **Exhibit A** (the "Plan Support Agreement").[2]  The Debtor is working with the parties to the Plan Support Agreement and other stakeholders and intends to file a chapter 11 plan consistent with the Plan Support Agreement on or prior to November 15, 2024.

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan Support Agreement.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan Support Agreement and other pleadings filed in the Chapter 11 Case may be obtained from the Court's website, https://ecf.deb.uscourt.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtor's claims and noticing agent at https://www.cases.stretto.com/KFI.

| | |
|---|---|
| Dated: October 18, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>    gluecksteinb@sullcrom.com<br>    decampj@sullcrom.com<br>    bellerb@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |