## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On November 14, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (E.T.)**
  (Docket No. 1619)

Dated: November 15, 2024

*Chris Rimpel*
Christopher A. Rimpel

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn to (or affirmed) before me on this 15th day of November 2024, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*
(Notary official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

[INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **<u>Exhibit A</u>**

Document Ref: TI3LH-EJKX7-HOWVG-ZNFDZ



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | 515 Post Oak Blvd, Suite 900 | | Houston | TX | 77027 |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson & Whitney M. Smith | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| American Guarantee and Liability Ins Co & Zurich American Ins Co | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | 1701 Pennsylvania Ave., N.W. | Suite 200 | Washington | DC | 20006 |
| American Guarantee and Liability Ins Co & Zurich American Ins Co | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | 580 California Street | Suite 1200 | San Francisco | CA | 94104 |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | 600 North King Street | Suite 300 | Wilmington | DE | 19801-3700 |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Cohan and Alexander Kipperman | One Logan Square | 130 North 18th Street, Suite 1600 | | Philadelphia | PA | 19103 |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | 650 Curry Road O | | | Clovis | NM | 88101 |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W. Madison Street | Suite 1400 | Chicago | IL | 60602 |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue, Suite 100 | | | Del Mar | CA | 92014 |
| Baron & Budd, P.C. | Attn: John P. Fiske and Celeste Evangelisti | 11440 West Bernardo Court, Suite 265 | | | San Diego | CA | 92127 |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle B. Pickrel & C. Sanchez | 3102 Oak Lawn Avenue, Suite 1100 | | | Dallas | TX | 75129-4281 |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | 10016 Flower St | | | Bellflower | CA | 90706 |
| California Water Service Company | Attn: Shawn Bunting | 1720 North First Street | | | San Jose | CA | 95112 |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | One Rodney Square | 920 N. King St. | Wilmington | DE | 19801 |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner & Nicholas Baker | 425 Lexington Ave. | | New York | NY | 10017 |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801-3034 |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | 1401 JFK Boulevard 5th Floor Municipal Services Building | | Philadelphia | PA | 19102-1595 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | 2211 Michelson Drive, 7th Floor | | Irvine | CA | 92612 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas & Sigmund Wissner-Gross | 7 Times Square | | New York | NY | 10036 |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | 601 Thirteenth Street NW, Ste. 600 | | Washington | DC | 20005 |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corp | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | 2323 Bryan Street, Ste. 2200 | | Dallas | TX | 75201 |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W. Madison Street | Suite 1400 | Chicago | IL | 60602 |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney General | 15th Floor Strawberry Square | | Harrisburg | PA | 17120 |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | 1285 Sixth Avenue | | New York | NY | 10019 |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron & Sharon M. Zieg | Rodney Square 1000 North King Street | | Wilmington | DE | 19801 |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | | Norristown | PA | 19401 |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | 700 Broadway | | New York | NY | 10003 |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London & R. Newman | 59 Maiden Lane, 6th Floor | | | New York | NY | 10038 |
| Elias Narez | | Address Redacted | | | | | |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | 2160 Highland Avenue South | | | Birmingham | AL | 35205 |
| Fee Examiner | Attn: Diana G. Adams | 602 Main Street | PO Box L | | Hobart | NY | 13788 |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | 270 West Main Street | | | Sayville | NY | 11782 |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. DeMeo | 1983 Centre Pointe Blvd #200 | | Tallahassee | FL | 32308 |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | 300 Delaware Avenue Suite 800 | | Wilmington | DE | 19801 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | 2 Bridge Ave | Ste 623 | | Red Bank | NJ | 07701-4606 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Document Ref: TI3LX-EJKX7-HOWVG-ZNFDZ



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Kidde-Fenwal, Inc. | c/o Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew R. Remming & Daniel B. Butz | 1201 North Market Street, 16th Floor | PO Box 1347 | Wilmington | DE | 19899-1347 |
| Kidde-Fenwal, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein & J. DeCamp | 125 Broad Street | | New York | NY | 10004 |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | 1373 Broad St | Ste 300 | | Clifton | NJ | 07013-4200 |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | 1311 Delaware Avenue | | Wilmington | DE | 19806 |
| Luis Fernando Garcia | | Address Redacted | | | | | |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | 605 5th Ave S, Ste 900 | | Seattle | WA | 98104 |
| Martin County, Florida | c/o Gulday Law, P.A. | Attn: Ralph A. DeMeo | 1983 Centre Pointe Blvd #200 | | Tallahassee | FL | 32308 |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | 300 Delaware Avenue Suite 800 | | Wilmington | DE | 19801 |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | 1302 Avenida Ponce de Leon | | Santurce | Puerto Rico | 00907 |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | 28 Bridgeside Blvd. | | | Mount Pleasant | SC | 29464 |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau & C. Thomas | 701 Poydras Street, Suite 4250 | | | New Orleans | LA | 70139 |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, P. Lanciotti & N. Mindicino | 360 Lexington Avenue, 11th Floor | | | New York | NY | 10017 |
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | Bankruptcy & Collections Division | PO Box 12548 Capitol Station | Austin | TX | 78711-2548 |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | 844 King St, Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 |
| Pacific Erin Opco, LLC, | c/o PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 |
| Pacific Erin Opco, LLC, | c/o RAINES FELDMAN LITTRELL LLP | Attn: Hamid R. Rafatjoo  & David S. Forsh | 1350 Avenue of the Americas, 22nd Floor | | New York | NY | 10019-4801 |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | 59 Maiden Lane, 6th Floor | | New York | NY | 10038 |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | 421 W Riverside Ave | Ste 520 | | Spokane | WA | 99201-0402 |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 75 Montgomery St. Suite 203 | | | Jersey City | NJ | 07302 |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | 445 12th Street, SW | | Washington | DC | 20024 |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | 300 S. Spring Street | Suite 1702 | Los Angeles | CA | 90013 |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | 905 Lownde Avenue | | | Pensacola | FL | 32507 |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N. Market Street, Suite 420 | | Wilmington | DE | 19801 |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | 41 South High Street, Suite 1800 | | Columbus | OH | 43215-6106 |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | One Indiana Square, Suite 3500 | | Indianapolis | IN | 46204-2023 |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine & B. Caracuzzo | 1900 Powell Street, Suite 450 | | | Emeryville | CA | 94608 |
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, E. Harron & S. Zieg | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Rd, Suite 419 | | Melville | NY | 11747 |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | 51 West 52nd Street | | New York | NY | 10019 |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | 1201 North Market Street | Suite 1500 | Wilmington | DE | 19801 |
| S.O. Sales | Attn: Jeffrey Ondovic | 775 Hartford Turnpike | | | Shrewsbury | MA | 01545 |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road, Suite 419 | | | Melville | NY | 11747 |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | 3501 North Main Street | | | Columbia | SC | 29203 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. Amend | 919 Third Avenue | | New York | NY | 10022 |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | 555 13TH ST NW | # 6W | WASHINGTON | DC | 20004-1109 |
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister & A Simonds | 1801 Century Park East, 26th Floor | | Los Angeles | CA | 90067 |
| Special Ins. Counsel to Ofc Committee Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq. & Alison D. Gaske | 700 Pennsylvania Avenue, SE Suite 400 | | Washington | DC | 20003 |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | 365 Canal St., Suite 2850 | | | New Orleans | LA | 70130 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: MATTHEW I. LEVINE & CHRISTOPHER PATRICK KELLY | 165 Capitol Ave | | Hartford | CT | 06106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | 28 Liberty St | | New York | NY | 10005 |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | 17 East Main St | | Pensacola | FL | 32502 |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | 105 W Madison Street | Suite 1400 | Chicago | IL | 60602 |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | 501 Silverside Rd | Suite 65 | Wilmington | DE | 19809 |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | Brickell World Plaza | 600 Brickell Avenue | 38th Fl | Miami | FL | 33131 |
| The State of New York | Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Mooney | Civil Recoveries Bureau, Bankruptcy Litigation Unit | The Capitol | Albany | NY | 12224-0341 |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | Bankruptcy & Collections Division | PO Box 12548, Capitol Station | Austin | TX | 78711-2548 |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | PO Box 20207 | | Nashville | TN | 37202 |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | 1313 N. Market Street, 6th Floor | | Wilmington | DE | 19801 |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street, Suite 700 | | | Washington | DC | 20005 |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | 700 Broadway | | | New York | NY | 10003 |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | 600 North King Street | Suite 300 | Wilmington | DE | 19801-3700 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 3 of 3

Document Ref: TI3LH-EJKX7-HOWVG-ZNFDZ

Page 5 of 10

# **<u>Exhibit B</u>**

Document Ref: TI3LH-EJKX7-HOWVG-ZNFDZ



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com mark@saccullolegal.com meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com jcarr@kelleydrye.com wsmith@kelleydrye.com rgage@kelleydrye.com syachik@kelleydrye.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | jhess@plevinturner.com mturner@plevinturner.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | mplevin@plevinturner.com |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com jcohan@anapolweiss.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com shapiro@rlf.com kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com nbaker@stblaw.com squsba@stblaw.com aturner@stblaw.com |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | daluzt@ballardspahr.com vesperm@ballardspahr.com |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | megan.harper@phila.gov |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com jjonas@brownrudnick.com swissner-gross@brownrudnick.com dmoxley@brownrudnick.com kaulet@brownrudnick.com gcicero@brownrudnick.com ssieger-grimm@brownrudnick.com ccastaldi@brownrudnick.com egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com dapice@sbep-law.com taylor@sbep-law.com |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | pbasta@paulweiss.com<br>kziman@paulweiss.com<br>rbritton@paulweiss.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | lbusch@weitzlux.com<br>nchristensen@weitzlux.com<br>jdelaney@weitzlux.com |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. DeMeo | ralph@guildaylaw.com |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@keefe-lawfirm.com<br>jkeefe@keefe-lawfirm.com |
| Kidde-Fenwal, Inc. | c/o Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott, Andrew R. Remming, Daniel B. Butz, Tamara K. Mann and Scott D. Jones | dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>sjones@morrisnichols.com |
| Kidde-Fenwal, Inc. | c/o Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, Justin J. DeCamp, Alexa J. Kranzley & Julie G. Kapoor | dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>decampj@sullcrom.com<br>kranzleya@sullcrom.com<br>kapoorj@sullcrom.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com |
| Martin County, Florida | c/o Guilday Law, P.A. | Attn: Ralph A. DeMeo | ralph@guildaylaw.com |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | PNapoli@NSPRLaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | | fthompson@motleyrice.com<br>jrice@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>CThomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 4



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Pacific Erin Opco, LLC, | c/o PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | ljones@pszjlaw.com |
| Pacific Erin Opco, LLC, | c/o RAINES FELDMAN LITTRELL LLP | Attn: Hamid R. Rafatjoo  & David S. Forsh | hrafatjoo@raineslaw.com<br>dforsh@raineslaw.com |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | graves.gabrielle@pbgc.gov<br>efile@pbgc.gov |
| People of the State of California | c/o Attorney General of California | Attn: Rob Bonta, Edward H. Ochoa, Jeremy Brown, & Nicholas G. Campins | nicholas.campins@doj.ca.gov |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | Mitchell.Rishe@doj.ca.gov |
| People of the State of California | c/o Deputy Attorney General | Attn: Brendan Hughes | brendan.hughes@doj.ca.gov |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | dbutler@taftlaw.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | moneil@taftlaw.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, Edwin J. Harron, Sharon M. Zieg, Erin D. Edwards, Sean T. Greecher, S. Alexander Faris, & Carol E. Cox | jpatton@ycst.com<br>eharron@ycst.com<br>rbrady@ycst.com<br>szieg@ycst.com<br>eedwards@ycst.com<br>sgreecher@ycst.com<br>afaris@ycst.com<br>ccox@ycst.com |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | eakleinhaus@wlrk.com<br>MSLevy@wlrk.com |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. Amend | adam.harris@srz.com<br>bill.gussman@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | mckenzie.haynes@srz.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 3 of 4

Document Ref: TI3LH-EJKX7-HOWVG-ZNFDZ

Page 9 of 10

 STRETTO

**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister, Ariella Thal Simonds, and Nir Maoz | tpatterson@ktbslaw.com<br>rpfister@ktbslaw.com<br>asimonds@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison D. Gaske, Esq., & Lelia Parker, Esq. | quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com<br>parkerl@gilbertlegal.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com<br>mcunningham@stagliuzza.com |
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: Matthew I. Levine & Christopher Patrick Kelly | Matthew.Levine@ct.gov<br>Christopher.Kelly@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com<br>mgoldstein@awkolaw.com |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com<br>james@ferrarolaw.com |
| The State of New York | Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Mooney | martin.mooney@ag.ny.gov<br>robert.rock@ag.ny.gov |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | AGbankdelaware@ag.tn.gov |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | jryan@potteranderson.com<br>srizvi@potteranderson.com |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | rriley@whitefordlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 4 of 4