**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>Hearing Date: May 7, 2025 at 10:00 a.m. ET<br>Obj. Deadline: April 23, 2025 at 4:00 p.m. ET |

**NOTICE OF ADJOURNED HEARING ON DEBTOR'S MOTION FOR
ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF THE DISCLOSURE
STATEMENT AND FORM AND MANNER OF NOTICE OF HEARING
THEREON; (II) ESTABLISHING SOLICITATION PROCEDURES;
(III) APPROVING THE FORM AND MANNER OF NOTICE TO
ATTORNEYS AND SOLICITATION DIRECTIVE; (IV) APPROVING
THE FORM OF BALLOTS; (V) APPROVING THE FORM, MANNER AND
SCOPE OF CONFIRMATION NOTICES; (VI) ESTABLISHING CERTAIN
DEADLINES IN CONNECTION WITH APPROVAL OF DISCLOSURE STATEMENT
AND CONFIRMATION OF PLAN; AND (VII) GRANTING RELATED RELIEF**

        **PLEASE TAKE NOTICE** that on November 25, 2024, KFI Wind-Down Corp. f/k/a Kidde-Fenwal, Inc. (the "Debtor") filed (a) the *Debtor's First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1649], (b) the *Disclosure Statement for the Debtor's First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*] [D.I. 1650] and (c) the *Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 1651] (the "Disclosure Statement Motion").[2]

        **PLEASE TAKE FURTHER NOTICE** that, on December 20, 2024, the Debtor filed (a) the *Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1753] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Plan"), (b) the *Disclosure Statement for the Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1754] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Disclosure Statement") and (c) the *Notice of Filing of Plan*

---

[1]    The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters are located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan, the Disclosure Statement, or the Disclosure Statement Motion, as applicable.

*Supplement for the Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1755] (as may be amended, modified or supplemented from time to time, the "Plan Supplement"). The Plan Supplement includes the following documents:

| | |
|---|---|
| **Exhibit A** | Primary AFFF Settlement Trust Agreement (including Trust Distribution Procedures) |
| **Exhibit B** | Sovereign State AFFF Settlement Trust Agreement (including Trust Distribution Procedures) |
| **Exhibit C** | GUC Liquidating Trust Agreement |
| **Exhibit D** | Estate Claims Settlement Agreement |
| **Exhibit E** | Insurance Cooperation Agreement |

**PLEASE TAKE FURTHER NOTICE** that the Debtor and other parties to these documents reserve all rights to amend, modify or supplement the Plan Supplement and any of the documents contained therein in accordance with the consent rights set forth in the Plan and the Plan Support Agreement.

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Disclosure Statement Hearing") on the Disclosure Statement Motion, including, among other things, approval of the Disclosure Statement as containing "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approval of the Solicitation Packages, forms of Ballots, Solicitation Procedures and notice and objection procedures for the confirmation of the Plan, has been adjourned and will now be held on **May 7, 2025 at 10:00 a.m. (prevailing Eastern Time)**. The Disclosure Statement Hearing will be held before the Honorable Laurie S. Silverstein, United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. The Disclosure Statement Hearing may be continued from time to time by the Bankruptcy Court or the Debtor, in consultation with the Settling Parties, without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on such parties as the Bankruptcy Court may order. Moreover, the Disclosure Statement and the proposed order approving the Disclosure Statement (the "Disclosure Statement Order") may be modified or amended, if necessary, subject to the Settling Parties' consent rights set forth in the Plan Support Agreement, and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and other applicable law, prior to, during or as a result of the Disclosure Statement Hearing, without further notice to parties-in-interest.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Disclosure Statement Motion, including the approval of the Disclosure Statement or the other relief sought by the Debtor, must: (a) be in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; (c) set forth the name of the objector and the nature and amount of Claims or Interests held or asserted by the objector against the Debtor; (d) state with particularity the basis and the specific grounds therefor; and (e) be filed with the Bankruptcy Court, together with proof of service thereof, and served upon and received by each of the following

parties (collectively, the "Notice Parties") no later than **April 23, 2025 at 4:00 p.m. (prevailing Eastern Time)**. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED AND MAY BE OVERRULED BY THE BANKRUPTCY COURT.**

### Notice Parties

(a) Counsel to the Debtor: (i) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich (dietdericha@sullcrom.com), Brian D. Glueckstein (gluecksteinb@sullcrom.com), Justin J. DeCamp (decampj@sullcrom.com) and Benjamin S. Beller (bellerb@sullcrom.com; and (ii) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box. 1347, Wilmington, DE 19899, Attn: Derek C. Abbott (dabbott@morrisnichols.com) and Andrew R. Remming (aremming@morrisnichols.com);

(b) Counsel to the Special Committee of the Board of Directors of the Debtor, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY, Attn: Adam Harris (Adam.Harris@srz.com) and Peter Amend (Peter.Amend@srz.com);

(c) Counsel to Carrier, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Sixth Avenue, New York, NY 10019, Attn: Paul M. Basta (pbasta@paulweiss.com), Kenneth S. Ziman (kziman@paulweiss.com) and Robert A. Britton (rbritton@paulweiss.com);

(d) Counsel to the Committee: (i) Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: David J. Molton (dmolton@brownrudnick.com); Cathrine M. Castaldi (ccastaldi@brownrudnick.com) and Eric R. Goodman (egoodman@brownrudnick.com); and (ii) Stutzman, Bromberg, Esserman & Plifka, 2323 Bryan Street, Suite 2200, Dallas, TX 75201, Attn: Sander L. Esserman (Esserman@sbep-law.com);

(e) The MDL PEC Co-Leads: (i) Baron & Budd, P.C., 3102 Oak Lawn Avenue #1100, Dallas, TX 75219, Attn: Scott Summy (SSummy@baronbudd.com); (ii) Douglas & London, P.C., 59 Maiden Ln., 6th Floor, New York, NY 10038, Attn: Michael London (mlondon@douglasandlondon.com); (iii) Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464, Attn: Joseph F. Rice (jrice@motleyrice.com); (iv) Napoli Shkolnik PLLC, 1302 Avenida Ponce de Leon,

        Santurce, Puerto Rico 00907, Attn: Paul Napoli (PNapoli@NSPRLaw.com); and (v) Taft Stettinius & Hollister LLP, 41 South High Street, Suite 1800, Columbus, OH 43215, Attn: David J. Butler (dbutler@taftlaw.com);

(f)    The Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Timothy J. Fox, Esq. (timothy.fox@usdoj.gov); and

(g)    To the extent not listed herein, those parties requesting notice pursuant to Bankruptcy Rule 2002.

        **PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Plan Supplement, the Disclosure Statement, the Disclosure Statement Motion and the Disclosure Statement Order, as well as other documents filed in this Chapter 11 Case, may be obtained (i) for a nominal fee from the Bankruptcy Court's electronic docket for the Debtor's Chapter 11 Case at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (ii) free of charge by accessing the Debtor's case website maintained by the Solicitation Agent, https://cases.stretto.com/kfi. In addition, the Debtor will, at its expense, provide paper copies of the Plan, the Plan Supplement, the Disclosure Statement, the Disclosure Statement Motion or the Disclosure Statement Order to any party submitting a request for such paper copies by (a) calling the Solicitation Agent at (866) 887-0488 (toll-free) or +1 (949) 889-0128 (international) or (b) e-mailing the Solicitation Agent at KFIInquiries@stretto.com. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, materials filed in this Chapter 11 Case, but may not advise you on matters relating to the Disclosure Statement or the Plan.

        **PLEASE TAKE FURTHER NOTICE** that any amended versions of the Plan, Plan Supplement, Disclosure Statement and proposed Disclosure Statement Order, and any future amendments of or supplements to the Plan, Disclosure Statement or solicitation-related materials will be posted on the Solicitation Agent's website at https://cases.stretto.com/kfi. The Debtor will, at its expense, provide paper copies of any such amendments and/or supplements to any party submitting a request for such paper copies by following the instructions outlined above.

        **PLEASE TAKE FURTHER NOTICE** THAT THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE BANKRUPTCY COURT.

        **PLEASE TAKE FURTHER NOTICE** THAT EXCEPT AS SET FORTH HEREIN OR IN THE DISCLOSURE STATEMENT ORDER, NO PERSON, INCLUDING THE SOLICITATION AGENT, HAS BEEN AUTHORIZED TO GIVE ANY INFORMATION OR ADVICE, INCLUDING LEGAL ADVICE, OR TO MAKE ANY REPRESENTATION, REGARDING THE DEBTOR OR THE PLAN.

| Dated: March 21, 2025<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>/s/ *Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>    gluecksteinb@sullcrom.com<br>    decampj@sullcrom.com<br>    bellerb@sullcrom.com<br>    kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |
|---|---|