IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Keny Contreras, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On or before April 7, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Adjourned Hearing on Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (E.T.)** (Docket No. 2008)

Dated: April 10, 2025

_____
Keny Contreras

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of April, 2025 by Keny Contreras, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Brent Acuncius | | Address Redacted | | | | |
| Charlene Degree | | Address Redacted | | | | |
| Cintas Fire Protection | | 4301 Cambridge Rd | # B | Fort Worth | TX | 76155-2627 |
| Erik C Mathewson | | Address Redacted | | | | |
| Gregory Scott Henderson | | Address Redacted | | | | |
| Harry F. Welmon | | Address Redacted | | | | |
| Hillsborough County Aviation Authority | Attn: Ralph A. Demeo | 1566 Village Square Blvd | Ste 1 | Tallahassee | FL | 32309-2765 |
| Metropolitan Fire Extinguisher Company, Inc. | | 7400 Lindsey Rd | | Little Rock | AR | 72206-3830 |
| Michael Barrows | | Address Redacted | | | | |
| Michael Thomasson | | Address Redacted | | | | |
| Richard Moore | | Address Redacted | | | | |
| Rodman Rodman & Sandman | | 11 Balsam Rd | | Reading | MA | 01867-3835 |
| Roswitha Erika Welmon | | Address Redacted | | | | |
| Roswitha Welmon | | Address Redacted | | | | |
| Steve Starck | | Address Redacted | | | | |
| Timothy Stewart | | Address Redacted | | | | |
| Tony K. Burgess | | Address Redacted | | | | |
| WNA Inc. | | 130 River Hollow Ct | | Duluth | GA | 30097-2414 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 1