# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

KFI WIND-DOWN CORP.,

          Debtor.

Chapter 11

Case No. 23-10638 (LSS)

## OMNIBUS HEARING ORDER

**IT IS HEREBY ORDERED** that the following omnibus hearing has been scheduled in the above-captioned case:

| DATE | TIME |
|---|---|
| June 5, 2025 | 10:00 a.m. (ET) |

**Dated: April 15th, 2025**
**Wilmington, Delaware**

*[Signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**