**EXHIBIT A**

Derek C. Abbott
Andrew R. Remming
Daniel B. Butz
Tamara K. Mann
Scott D. Jones
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801
dabbott@morrisnichols.com
aremming@morrisnichols.com
dbutz@morrisnichols.com
tmann@morrisnichols.com
sjones@morrisnichols.com

Andrew G. Dietderich
Brian D. Glueckstein
Justin J. DeCamp
Alexa J. Kranzley
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
decampj@sullcrom.com
kranzleya@sullcrom.com

Office of the United States
Trustee Attn: Timothy J. Fox
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
timothy.fox@usdoj.gov

Sandeep Qusba
Sunny Singh
Alan C. Turner
Nicholas Baker
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
squsba@stblaw.com
sunny.singh@stblaw.com
aturner@stblaw.com
nbaker@stblaw.com

Paul N. Heath
Zachary I. Shapiro
Cory D. Kandestin
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
heath@rlf.com
shapiro@rlf.com
kandestin@rlf.com

Adam Harris
William J. Gussman, Jr.
Peter J. Amend
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
adam.harris@srz.com
bill.gussman@srz.com
peter.amend@srz.com

McKenzie Haynes
Schulte Roth & Zabel LLP
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
mckenzie.haynes@srz.com

Melissa L. Van Eck
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
mvaneck@attorneygeneral.gov

Jennifer V. Doran
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
jdoran@hinckleyallen.com

Martin A. Mooney
Assistant Attorney General
Office of the New York State Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
martin.mooney@ag.ny.gov

Daniel K. Hogan
Garvan F. McDaniel
Daniel C. Kerrick
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19801
dkhogan@dkhogan.com
gfmcdaniel@dkhogan.com
dckerrick@dkhogan.com

David J. Molton
Jeffrey L. Jonas
Sigmund S. Wissner-Gross
D. Cameron Moxley
Kenneth Aulet
Gerard T. Cicero
Susan Sieger-Grimm
Brown Rudnick LLP
7 Times Square
New York, NY 10036
dmolton@brownrudnick.com
jjonas@brownrudnick.com
swissner-gross@brownrudnick.com
dmoxley@brownrudnick.com
kaulet@brownrudnick.com
gcicero@brownrudnick.com
ssieger-grimm@brownrudnick.com

John R. Knapp, Jr.
Miller Nash LLP
605 5th Avenue South, Suite 900
Seattle, WA 98104
john.knapp@millernash.com

James S. Carr
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
kdwbankruptcydepartment@kelleydrye.com

Sander L. Esserman
Peter C. D'Apice
Cliff I. Taylor
Stutzman, Bromberg, Esserman, & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
esserman@sbep-law.com
dapice@sbep-law.com
taylor@sbep-law.com

Catherine M. Castaldi
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
ccastaldi@brownrudnick.com

Richard W. Riley
Pashman Stein Walder Hayden P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
rriley@pashmanstein.com

Tobey M. Daluz
Margaret A. Vesper
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
vesperm@ballardspahr.com

Anthony M. Saccullo
Mark T. Hurford
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
ams@saccullolegal.com
mark@saccullolegal.com
meg@saccullolegal.com

Robert J. Rock
Assistant Attorney General
Office of the New York State Attorney General
The Capitol
Albany, NY 12224
robert.rock@ag.ny.gov

Michael P. O'Neil
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
moneil@taftlaw.com

Eric R. Goodman
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
egoodman@brownrudnick.com

Thomas E. Patterson
Ariella Thal Simonds
Nir Maoz
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
tpatterson@ktbslaw.com
asimonds@ktbslaw.com
nmaoz@ktbslaw.com

Jeremy W. Ryan
Sameen Rizvi
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
jryan@potteranderson.com
srizvi@potteranderson.com

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

David J. Butler
Taft Stettinius & Hollister LLP
41 South High Street, Suite 1800
Columbus, OH 43215-6106
dbutler@taftlaw.com

| | |
|---|---|
| Nicholas G. Campins<br>Deputy Attorney General<br>Office of the California State Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Nicholas.Campins@doj.ca.gov | Rachel R. Obaldo<br>Assistant Attorney General<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548, Capitol Station<br>Austin, TX 78711-2548<br>rachel.obaldo@oag.texas.gov |
| James E. Huggett<br>Margolis Edelstein<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>jhuggett@margolisedelstein.com | Ralph A. DeMeo<br>Guilday Law, P.A.<br>1983 Centre Pointe Blvd., #200<br>Tallahassee, FL 32308<br>ralph@guildaylaw.com |
| Brendan Hughes<br>Deputy Attorney General<br>Office of the California State Attorney General<br>600 West Broadway, 18th Floor<br>San Diego, CA 92101<br>Brendan.Hughes@doj.ca.gov | Kami E. Quinn<br>Emily P. Grim<br>Alison D. Gaske<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com |
| Megan N. Harper<br>Senior Attorney<br>City of Philadelphia Law Department<br>Municipal Services Building<br>1401 JFK Boulevard, 5th Floor<br>Philadelphia, PA 19102-1595<br>Megan.Harper@phila.gov | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov |
| Emil A. Kleinhaus<br>Mitchell S. Levy<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>eakleinhaus@wlrk.com<br>mslevy@wlrk.com | Kurt F. Gwynne<br>Jason D. Angelo<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>jangelo@reedsmith.com |

Gabrielle Graves
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, SW
Washington, D.C. 20024
graves.gabrielle@pbgc.gov
efile@pbgc.gov

David C. Christian II
David Christian Attorneys LLC
105 W. Madison Street, Suite 2300
Chicago, IL 60602
dchristian@dca.law

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801-3250
bmccullough@bodellbove.com

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

Kelly A. Green
Smith, Katzenstein & Jenkins LLP
1000 North West Street, Suite
1501 Wilmington, DE 19801
kag@skjlaw.com

Matthew I. Levine
Christopher Patrick Kelly
Office of the Attorney General of Connecticut
165 Capital Avenue
Hartford, CT 06106
matthew.levine@ct.gov
christopher.kelly@ct.gov

Maria Aprile Sawczuk
Goldstein & McClintock, LLP
501 Silverside Road, Suite 65
Wilmington, DE 19809
marias@goldmclaw.com

Aaron E. Moore
Marshall Dennehey, P.C.
1007 N. Orange Street, Suite 600
Wilmington, DE 19801
aemoore@mdwcg.com

Hamid R. Rafatjoo
David S. Forsh
Raines Feldman Littrell LLP
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019-4801
hrafatjoo@raineslaw.com
dforsh@raineslaw.com

Diana G. Adams
602 Main Street
P.O. Box L
Hobart, NY 13788
diana.goldberg.adams@gmail.com

Andrew J. Frackman
Tancred Schiavoni
Eli A. Grossman
O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
afrackman@omm.com
tschiavoni@omm.com
egrossman@omm.com

Mitchell Rishe
Deputy Attorney General
Office of the California State Attorney General
300 S. Spring Street, Suite 1702
Los Angeles, CA 90013
Mitchell.Rishe@doj.ca.gov

| | |
|---|---|
| Muhammad Umair Khan<br>Senior Advisor & Special Counsel<br>Attorney General of the State of New York<br>Executive Division<br>28 Liberty Street<br>New York, NY 10005<br>Umair.Khan@ag.ny.gov | Mark D. Plevin<br>Plevin & Turner LLP<br>580 California Street, Suite 1200<br>San Francisco, CA 94104<br>mplevin@plevinturner.com |
| Miranda H. Turner<br>Jordan A. Hess<br>Plevin & Turner LLP<br>1701 Pennsylvania Avenue, N.W., Suite 200<br>Washington, DC 20006<br>mturner@plevinturner.com<br>jhess@plevinturner.com | Michael J. Joyce<br>Joyce, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com |
| Joshua D. Weinberg<br>Annette P. Rolain<br>Ruggeri Parks Weinberg LLP<br>1875 K Street NW, Suite 800<br>Washington, DC 20006<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com | |