# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>Hearing Date:  June 4, 2025 at 10 a.m.<br>Objection Deadline:  May 19, 2025 at 4 p.m. |

## GREAT AMERICAN AND HARTFORD'S JOINDER IN INSURERS' OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT

Great American Assurance Company and Great American Insurance Company of New York (collectively, "Great American"), First State Insurance Company, Hartford Accident and Indemnity Company, and Twin City Fire Insurance Company (collectively, "Hartford"), hereby join the *Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement*.

Dated: May 19, 2025

| | |
|---|---|
| BODELL BOVÉ | MARSHALL DENNEHEY, P.C. |
| */s/ Bruce W. McCullough* | */s/ Aaron E. Moore* |
| Bruce W. McCullough (Del. ID 3112)<br>1225 N. King Street, Suite 1000<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>Telephone: (302) 655-6749<br>Facsimile: (302) 655-6827<br>bmccullough@bodellbove.com | Aaron E. Moore (Del. ID 6739)<br>1007 N. Orange Street, Suite 600<br>P.O. Box 8888<br>Wilmington, DE 19899-8888<br>Telephone: (302) 552-4300<br>Facsimile: (302) 552-4340<br>AEMoore@MDWCG.com |
| - and - | - and - |
| RUGGERI PARKS WEINBERG LLP<br>Joshua D. Weinberg (*pro hac vice*) | STEPTOE LLP<br>Sarah D. Gordon (*pro hac vice*) |

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

1

| | |
|---|---|
| Annette P. Rolain (*pro hac vice*)<br>James Burke (*pro hac vice*)<br>1875 K Street NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 984-1400<br>Facsimile: (202) 984-1401<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com<br>jburke@ruggerilaw.com<br><br>*Counsel for Great American Assurance Company and Great American Insurance Company of New York* | Johanna Dennehy (*pro hac vice*)<br>Ansley Seay (*pro hac vice*)<br>1330 Connecticut Ave. NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-3000<br>Facsimile: (202) 429-3902<br>sgordon@steptoe.com<br>jdennehy@steptoe.com<br>aseay@steptoe.com<br><br>- and -<br><br>RUGGERI PARKS WEINBERG LLP<br>Joshua D. Weinberg (*pro hac vice*)<br>Annette P. Rolain (*pro hac vice*)<br>James Burke (*pro hac vice*)<br>1875 K Street NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 984-1400<br>Facsimile: (202) 984-1401<br>jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com<br>jburke@ruggerilaw.com<br><br>*Counsel for First State Insurance Company, Hartford Accident and Indemnity Company, and Twin City Fire Insurance Company* |