## EXHIBIT A

| Docket No. | Document Name |
|---|---|
| 1651 | Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief |
| 2054 | Amended Disclosure Statement // Notice of Filing of Disclosure Statement for Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code |
| 2107 | Notice of Filing of Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief |
| 2131 | Notice of Filing of Further Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief |
| 2133 | Great American, Hartford and Arch's Joint Objection to the Solicitation Motion on the Grounds that the Debtor's Plan Is Patently Unconfirmable |
| 2137 | Objection of the States of Maine and Vermont to the Disclosure Statement for Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code |
| 2140 | Objection Of The States Of California, Colorado, Connecticut, Delaware, And New York, And The District Of Columbia, To The Debtor's Motion For Entry Of An Order (I) Approving The Adequacy Of The Disclosure Statement And Form And Manner Of Notice Of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving The Form And Manner Of Notice To Attorneys And Solicitation Directive; (IV) Approving The Form Of Ballots; (V) Approving The Form, Manner And Scope Of Confirmation Notices; (VI) Establishing Certain Deadlines In Connection With Approval Of Disclosure Statement And Confirmation Of Plan; And (VII) Granting Related Relief |
| 2141 | United States Trustee's Omnibus Objection to (I) Motion of Debtor for Entry of Order Establishing Solicitation Procedures and (II) Approving Disclosure Statement for Confirmation of the Plan |
| 2143 | Insurers' Overview of Objections to Disclosure Statement for Third Amended Plan of Liquidation (Brief #1 of 4) |

| | |
|---|---|
| 2144 | Insurers' Objection to Disclosure Statement for Third Amended Plan of Liquidation on Grounds that the Plan Is Patently Unconfirmable (Brief #2 of 4) |
| 2146 | [SEALED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) |
| 2147 | Great American and Hartford's Joinder in Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement |
| 2149 | Certain Insurers' Objection to Debtor's Proposed Solicitation Procedures and Confirmation Schedule (Brief #4 of 4) |
| 2150 | Joinder of Travelers in Great American, Hartford and Arch's Joint Objection to the Solicitation Motion on the Grounds that the Debtor's Plan Is Patently Unconfirmable |
| 2152 | Joinder in Objection of the States of California, Colorado, Connecticut, Delaware, and New York, and the District of Columbia, to the Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief |
| 2165 | [REDACTED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) |
| 2170 | Reservation of Rights of the Future Claimants' Representative Regarding the Disclosure Statement |

EXHIBIT A-2