**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON JUNE 4, 2025, AT 10:00 A.M. (E.T.)</u>**

> **eCourt Appearances**
>
> **This hearing will be conducted in-person. Any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than June 3, 2025, at 4:00 p.m. (ET).**
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (<u>available here</u>) or on the court's website at <u>www.deb.uscourts.gov</u>.**
>
> **\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***
>
> **After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

**<u>MATTERS GOING FORWARD</u>**

1.     Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 1651, filed 11/25/24).

   <u>Objection Deadline</u>:  May 19, 2025, at 4:00 p.m. (ET).

---

[1]     The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

Responses Received:

A. Great American, Hartford and Arch's Joint Objection to the Solicitation Motion on the Grounds that the Debtor's Plan is Patently Unconfirmable (D.I. 2133, filed 5/19/25);

B. Objection of the States of Maine and Vermont to the Disclosure Statement for Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2137, filed 5/19/25);

C. Objection of the States of California, Colorado, Connecticut, Delaware, and New York, and the District of Columbia to Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2140, filed 5/19/25);

D. United States Trustee's Omnibus Objection to (I) Motion of Debtor for Entry of Order Establishing Solicitation Procedures and (II) Approving Disclosure Statement for Confirmation of the Plan (D.I. 2141, filed 5/19/25);

E. Insurers' Overview of Objections to Disclosure Statement for Third Amended Plan of Liquidation (Brief #1 of 4) (D.I. 2143, filed 5/19/25);

F. Insurers' Objection to Disclosure Statement for Third Amended Plan of Liquidation on Grounds that the Plan is Patently Unconfirmable (Brief #2 of 4) (D.I. 2144, filed 5/19/25);

G. Declaration of Adam Haberkorn (D.I. 2145, filed 5/19/25);

H. [SEALED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) (D.I. 2146, filed 5/19/25);

I. Great American and Hartford's Joinder in Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (D.I. 2147, filed 5/19/25);

J. [SEALED] Declaration of Joseph G. Davis (D.I. 2148, filed 5/19/25);

K. Certain Insurers' Objection to Debtor's Proposed Solicitation Procedures and Confirmation Scheduled (Brief #4 of 4) (D.I. 2149, filed 5/19/25);

L. Joinder of Travelers Casualty and Surety Company in Great American, Hartford and Arch's Joint Objection to the Solicitation Motion on the Grounds that the Debtors Plan is Patently Unconfirmable (D.I. 2150, filed 5/19/25);

M. Joinder in Objection of the States of California, Colorado, Connecticut, Delaware, and New York, and the District of Columbia to Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2152, filed 5/19/25);

N. [REDACTED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) (D.I. 2165, filed 5/22/25);

O. [REDACTED] Declaration of Joseph G. Davis (D.I. 2166, filed 5/22/25); and

P. Reservation of Rights of the Future Claimants' Representative Regarding the Disclosure Statement (D.I. 2170, filed 5/23/25).

Related Documents:

A. Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1619, filed 11/14/24);

B. Notice of Filing of Debtor's First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1649, filed 11/25/24);

C. Disclosure Statement for Debtor's First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1650, filed 11/25/24);

D. Notice of Filing of Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1753, filed 12/20/24);

E. Notice of Filing of Disclosure Statement for Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1754, filed 12/20/24);

F. Notice of Filing of Plan Supplement for the Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 1755, filed 12/20/24);

G. Notice of Filing of Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2053, filed 4/11/25);

H. Notice of Filing of Disclosure Statement for Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2054, filed 4/11/25);

I. Notice of Filing of Plan Supplement for the Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2055, filed 4/11/25);

J. Notice of Filing Amended Liquidation Analysis (D.I. 2073, filed 4/18/25);

K. Notice of Rescheduled Hearing (D.I. 2075, filed 4/18/25);

L. Notice of Filing of Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2107, filed 5/5/25);

M. Notice of Filing of Further Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2131, filed 5/15/25);

N. Notice of Filing of Exhibit 5 to Further Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2132, filed 5/16/25);

O. Motion to File Under Seal Certain Exhibits and Related References to Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (D.I. 2164, filed 5/22/25);

P. The Official Committee of Unsecured Creditors' Reply and Joinder in Support of the Disclosure Statement for the Third Amended Plan of Liquidation (D.I. 2187, filed 6/1/25);

Q. Debtor's Omnibus Reply in Support of Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2188, filed 6/1/25);

R. Joinder in Official Committee of Unsecured Creditors Reply in Opposition to Objections to Debtors Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (D.I. 2189, filed 6/1/25);

S. Notice of Filing of Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2190, filed 6/1/25);

T. Notice of Filing of Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2191, filed 6/1/25);

U. Notice of Filing of Plan Supplement for the Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2192, filed 6/1/25);

V. Notice of Filing of Disclosure Statement for Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2193, filed 6/2/25); and

W. Lexington Insurance Company and National Union Fire Insurance Company of Pittsburg, Pa.'s Witness and Exhibit List for Hearing Scheduled for June 4, 2025 at 10:00 a.m. (Eastern Time) (D.I. 2194, filed 6/2/25).

Status: This matter is going forward.

2. Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 1892, filed 2/20/25).

Objection Deadline: March 6, 2025, at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

 A. Certificate of No Objection Regarding Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 1940, filed 3/7/25).

Status: This matter is going forward.

3.  [CORRECTED] Moving Insurers' Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and Manner of Notice Thereof Notice Thereof, and (III) Granting Related Relief (D.I. 2156, filed 5/21/25).

 Objection Deadline: May 28, 2025, at 4:00 p.m. (ET).

 Responses Received:

  A. United States Trustee's Reservation of Rights to Motion to Establish Deadline to File Proofs of Claim for All Claimants Asserting AFFF Claims (D.I. 2174, filed 5/28/25); and

  B. Great American and Hartford's Joinder in Insurers Motion to Establish Deadline to File Proofs of Claim for All Claimants Asserting AFFF Claims (D.I. 2175, filed 5/28/25);

  C. Objection of the Future Claimants' Representative to [Corrected] Moving Insurers' Motion for Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief (D.I. 2176, filed 5/28/25);

  D. The Official Committee of Unsecured Creditors' Objection to the Moving Insurers' Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and Manner of Notice Thereof Notice Thereof, and (III) Granting Related Relief (D.I. 2177, filed 5/28/25);

  E. Debtors' Objection to Moving Insurers' Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and Manner of Notice Thereof Notice Thereof, and (III) Granting Related Relief (D.I. 2178, filed 5/28/25);

  F. Objection of the Ad Hoc Committee of Governmental Claimants to Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and

       Manner of Notice Thereof, and (III) Granting Related Relief (D.I. 2179, filed 5/28/25); and

    G. MDL Plaintiffs' Executive Committee Co-Leads Joinder in the Official Committee's Objection to the Moving Insurers' Motion for an Order Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim of AFFF Claims and Granting Related Relief (D.I. 2180, filed 5/28/25).

Related Documents:

    A. Notice of the Moving Insurers' Motion to Set a Bar Date for AFFF Claims (D.I. 2155, filed 5/20/25);

    B. Notice of Withdrawal of Document (D.I. 2157, filed 5/21/25); and

    C. Reply in Support of Moving Insurers' Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claims for AFFF Claims, (II) Approving Form and Manner of Notice Thereof Notice Thereof, and (III) Granting Related Relief (D.I. 2186, filed 5/30/25).

Status: This matter is going forward.

4. Motion to File Under Seal Certain Exhibits and Related References to Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (D.I. 2164, filed 5/22/25).

Objection Deadline: At the Hearing.

Responses Received: None at this time.

Related Documents:

    A. [SEALED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) (D.I. 2146, filed 5/19/25);

    B. [SEALED] Declaration of Joseph G. Davis (D.I. 2148, filed 5/19/25);

    C. [REDACTED] Insurers' Objection to Debtor's Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement (Brief #3 of 4) (D.I. 2165, filed 5/22/25); and

    D. [REDACTED] Declaration of Joseph G. Davis (D.I. 2166, filed 5/22/25).

Status: This matter is going forward.

| | |
|---|---|
| Dated: June 2, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dabbott@morrisnichols.com<br>        aremming@morrisnichols.com<br>        dbutz@morrisnichols.com<br>        tmann@morrisnichols.com<br>        csawyer@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        decampj@sullcrom.com<br>        bellerb@sullcrom.com<br>        kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |