# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> KFI WIND-DOWN CORP.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-10638 (LSS) |

## AFFIDAVIT OF SERVICE

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On May 28, 2025, at my direction and my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Debtor's Statement of Payment of Ordinary Course Professionals** (Docket No. 2172)

Furthermore, on May 28, 2025, at my direction and my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtor's Objection to Moving Insurers' Motion for an Order (I) Establishing a Supplemental Bar Date for AFFF Claims and Related Procedures for Filing Proofs of Claim for AFFF Claims, (II) Approving Form and Manner of Notice Thereof, and (III) Granting Related Relief** (Docket No. 2178)

Dated: June 2, 2025

*Chris Rimpel*
Christopher A. Rimpel

State of Colorado    )
                     )  SS.
County of Denver     )

Subscribed and sworn to (or affirmed) before me on this 2nd day of June 2025, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*
(Notary official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>wsmith@kelleydrye.com<br>rgage@kelleydrye.com<br>syachik@kelleydrye.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>ccastaldi@brownrudnick.com<br>egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | lbusch@weitzlux.com<br>nchristensen@weitzlux.com<br>jdelaney@weitzlux.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com<br>mgoldstein@awkolaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 1

Document Ref: RTUF5-HH4UP-DBBJD-7DWG9

Page 3 of 11

# **<u>Exhibit B</u>**



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | 515 Post Oak Blvd, Suite 900 | | Houston | TX | 77027 |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | 27 Crimson King Drive | | Bear | DE | 19701 |
| Ad Hoc Committee of Governmental Claimants | c/o Berkeley Research Group | Attn: David Galfus | 250 Pehle Avenue | Suite 301 | Saddle Brook | NJ | 07663 |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | 3 World Trade Center | 175 Greenwich Street | New York | NY | 10007 |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Pashman Stein Walder Hayden P.C | Attn: Richard W. Riley | 824 North Market Street | Suite 800 | Wilmington | DE | 19801 |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | 1701 Pennsylvania Ave., N.W. | Suite 200 | Washington | DC | 20006 |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | 580 California Street | Suite 1200 | San Francisco | CA | 94104 |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | One Logan Square | 130 North 18th Street | Suite 1600 | Philadelphia | PA | 19103 |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | 650 Curry Road O | | | Clovis | NM | 88101 |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue, Suite 100 | | | Del Mar | CA | 92014 |
| Baron & Budd, P.C. | Attn: John P. Fiske and Celeste Evangelisti | 11440 West Bernardo Court, Suite 265 | | | San Diego | CA | 92127 |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | 3102 Oak Lawn Avenue, Suite 1100 | | | Dallas | TX | 75129-4281 |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | 10016 Flower St | | | Bellflower | CA | 90706 |
| California Water Service Company | Attn: Shawn Bunting | 1720 North First Street | | | San Jose | CA | 95112 |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | 1285 Sixth Avenue | | New York | NY | 10019 |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg & S. Alexander Faris | Rodney Square 1000 North King Street | | Wilmington | DE | 19801 |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | | Norristown | PA | 19401 |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | 700 Broadway | | New York | NY | 10003 |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | 59 Maiden Lane, 6th Floor | | | New York | NY | 10038 |
| Elias Narez | | Address Redacted | | | | | |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | 2160 Highland Avenue South | | | Birmingham | AL | 35205 |
| Fee Examiner | Attn: Diana G. Adams | 602 Main Street | PO Box L | | Hobart | NY | 13788 |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | 270 West Main Street | | | Sayville | NY | 11782 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | 2 Bridge Ave | Ste 623 | | Red Bank | NJ | 07701-4606 |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | 1373 Broad St | Ste 300 | | Clifton | NJ | 07013-4200 |
| Luis Fernando Garcia | | Address Redacted | | | | | |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | 1302 Avenida Ponce de Leon | | Santurce | PR | 00907 |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | 28 Bridgeside Blvd. | | | Mount Pleasant | SC | 29464 |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | 701 Poydras Street, Suite 4250 | | | New Orleans | LA | 70139 |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | 360 Lexington Avenue, 11th Floor | | | New York | NY | 10017 |
| O'Melveny & Myers LLP | Attn: Andrew Frackman & Tancred Schiavoni | 1301 Avenue of the Americas | Suite 1700 | | New York, | NY | 10019 |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | 844 King St, Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 |
| Office of the United States Attorney for the District of Delaware | | 1313 N Market Street | | | Wilmington | DE | 19801 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 2



**Exhibit B**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | ZIP |
|---|---|---|---|---|---|---|---|
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | 59 Maiden Lane, 6th Floor | | New York | NY | 10038 |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | 421 W Riverside Ave | Ste 520 | | Spokane | WA | 99201-0402 |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 411 Lafayette St | 6th Floor | | New York | NY | 10003 |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | 905 Lownde Avenue | | | Pensacola | FL | 32507 |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | 1900 Powell Street, Suite 450 | | | Emeryville | CA | 94608 |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Rd, Suite 419 | | Melville | NY | 11747 |
| S.O. Sales | Attn: Jeffrey Ondovic | 775 Hartford Turnpike | | | Shrewsbury | MA | 01545 |
| Sanford Airport Authority | c/o Joyce, LLC | Attn: Michael J. Joyce | 1225 King Street | Suite 800 | Wilmington | DE | 19801 |
| Securities and Exchange Commission | | 100 F Street, NE | | | Washington | DC | 20549 |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road, Suite 419 | | | Melville | NY | 11747 |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | 3501 North Main Street | | | Columbia | SC | 29203 |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | 365 Canal St., Suite 2850 | | | New Orleans | LA | 70130 |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | 800 N. West Street | Suite 800 | | Wilmington | DE | 19801 |
| State of Delaware | c/o Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | 17 East Main St | | Pensacola | FL | 32502 |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | Brickell World Plaza | 600 Brickell Avenue | 38th Fl | Miami | FL | 33131 |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street, Suite 700 | | | Washington | DC | 20005 |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | 700 Broadway | | | New York | NY | 10003 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 2

Document Ref: RTUF5-HH4UP-DBBJD-7DWG9

Page 6 of 11

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Berkeley Research Group | Attn: David Galfus | dgalfus@thinkbrg.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>wsmith@kelleydrye.com<br>rgage@kelleydrye.com<br>syachik@kelleydrye.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Pashman Stein Walder Hayden P.C | Attn: Richard W. Riley | rriley@pashmanstein.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | jhess@plevinturner.com<br>mturner@plevinturner.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | mplevin@plevinturner.com |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | megan.harper@phila.gov |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>ccastaldi@brownrudnick.com<br>egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 4

Document Ref: RTUF5-HH4UP-DBBJD-7DWG9

Page 8 of 11



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corppration | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | pbasta@paulweiss.com<br>kziman@paulweiss.com<br>rbritton@paulweiss.com |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg & S. Alexander Faris | rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>afaris@ycst.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | lbusch@weitzlux.com<br>nchristensen@weitzlux.com<br>jdelaney@weitzlux.com |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company | c/o RUGGERI PARKS WEINBERG LLP | Attn: Joshua D. Weinberg & Annette P. Rolain | jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@keefe-lawfirm.com<br>jkeefe@keefe-lawfirm.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com |
| Martin County, Florida | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | PNapoli@NSPRLaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | | fthompson@motleyrice.com<br>jrice@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>CThomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| O'MELVENY & MYERS LLP | Attn: Andrew Frackman & Tancred Schiavoni | | afrackman@omm.com<br>tschiavoni@omm.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 4

Document Ref: RTUF5-HH4UP-DBBJD-7DWG9

Page 9 of 11



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Pacific Erin Opco, LLC, | c/o PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | ljones@pszjlaw.com |
| Pacific Erin Opco, LLC, | c/o RAINES FELDMAN LITTRELL LLP | Attn: Hamid R. Rafatjoo & David S. Forsh | hrafatjoo@raineslaw.com<br>dforsh@raineslaw.com |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | graves.gabrielle@pbgc.gov<br>efile@pbgc.gov |
| People of the State of California | c/o Attorney General of California | Attn: Rob Bonta, Edward H. Ochoa, Jeremy Brown, & Nicholas G. Campins | nicholas.campins@doj.ca.gov |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | Mitchell.Rishe@doj.ca.gov |
| People of the State of California | c/o Deputy Attorney General | Attn: Brendan Hughes | brendan.hughes@doj.ca.gov |
| People of the State of Colorado | c/o Colorado Office of the Attorney General | Attn: Leslie A. Eaton | Leslie.Eaton@coag.gov |
| People of the State of Illinois | c/o Office of the Attorney General of Illinois, | Attn: John P. Reding | John.reding@ilag.gov |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | dbutler@taftlaw.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | moneil@taftlaw.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, Edwin J. Harron, Sharon M. Zieg, Erin D. Edwards, Sean T. Greecher, S. Alexander Faris, & Carol E. Cox | jpatton@ycst.com<br>eharron@ycst.com<br>rbrady@ycst.com<br>szieg@ycst.com<br>eedwards@ycst.com<br>sgreecher@ycst.com<br>afaris@ycst.com<br>ccox@ycst.com |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | eakleinhaus@wlrk.com<br>MSLevy@wlrk.com |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. Amend | adam.harris@srz.com<br>bill.gussman@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | mckenzie.haynes@srz.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 3 of 4

Document Ref: RTUF5-HH4UP-DBBJD-7DWG9

Page 10 of 11



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister, Ariella Thal Simonds, and Nir Maoz | tpatterson@ktbslaw.com<br>rpfister@ktbslaw.com<br>asimonds@ktbslaw.com<br>nmaoz@ktbslaw.com |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison D. Gaske, Esq., | quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>gaskea@gilbertlegal.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com<br>mcunningham@stagliuzza.com |
| STAMOULIS & WEINBLATT LLC | Attn: Stamatios Stamoulis | | stamoulis@swdelaw.com |
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: MATTHEW I. LEVINE & CHRISTOPHER PATRICK KELLY | Matthew.Levine@ct.gov<br>Christopher.Kelly@ct.gov |
| State of Delaware | c/o Department of Justice | | attorney.general@state.de.us |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com<br>mgoldstein@awkolaw.com |
| The Aetna Casualty and Surety Company N/K/A Travelers Casualty and Surety Company. | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | ssilar@regerlaw.com |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The District of Columbia | c/o D.C. Office of the Attorney General | Attn: Sean Powers & Wesley Rosenfeld | wesley.rosenfeld1@dc.gov |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com<br>james@ferrarolaw.com |
| The State of Maine and the State of Vermont | c/o Grant & Eisenhofer P.A. | Attn: Frank H. Griffin | fgriffin@gelaw.com |
| The State of New York | c/o Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Mooney | martin.mooney@ag.ny.gov<br>robert.rock@ag.ny.gov |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| The State of Vermont | c/o Office of the Attorney General | Attn: Laura B. Murphy, Assistant Attorney General | laura.murphy@vermont.gov |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | AGbankdelaware@ag.tn.gov |
| Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | c/o Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | jryan@potteranderson.com<br>srizvi@potteranderson.com |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | rriley@whitefordlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)