# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Christopher A. Rimpel, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On June 2, 2025, at my direction and my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Filing of Disclosure Statement for Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code** (Docket No. 2193)

Furthermore, on June 2, 2025, at my direction and my supervision, employees of Stretto caused the following document to be served via over-night mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Matters Scheduled for Hearing on June 4, 2025, at 10:00 A.M. (E.T.)** (Docket No. 2195)

[INTENTIONALLY LEFT BLANK]

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's Corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

Furthermore, on June 2, 2025, at my direction and my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Twenty-Fourth Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Debtor and Debtor-in-Possession for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through and Including April 30, 2025** (Docket No. 2201)

Dated: June 3, 2025                                     ___*Chris Rimpel*___
                                                        Christopher A. Rimpel

State of Colorado    )
                     )   SS.
County of Denver     )

Subscribed and sworn to (or affirmed) before me on this 3rd day of June 2025, by Christopher A. Rimpel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ___*Danielle Harnden*___
                  (Notary official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**



## Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Berkeley Research Group | Attn: David Galfus | dgalfus@thinkbrg.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>wsmith@kelleydrye.com<br>rgage@kelleydrye.com<br>syachik@kelleydrye.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Pashman Stein Walder Hayden P.C | Attn: Richard W. Riley | rriley@pashmanstein.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | jhess@plevinturner.com<br>mturner@plevinturner.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | mplevin@plevinturner.com |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | megan.harper@phila.gov |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 5

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 4 of 18



## Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com jjonas@brownrudnick.com swissner-gross@brownrudnick.com dmoxley@brownrudnick.com kaulet@brownrudnick.com gcicero@brownrudnick.com ssieger-grimm@brownrudnick.com ccastaldi@brownrudnick.com egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com dapice@sbep-law.com taylor@sbep-law.com |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | pbasta@paulweiss.com kziman@paulweiss.com rbritton@paulweiss.com |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg & S. Alexander Faris | rbrady@ycst.com eharron@ycst.com szieg@ycst.com afaris@ycst.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | lbusch@weitzlux.com nchristensen@weitzlux.com jdelaney@weitzlux.com |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com mlondon@douglasandlondon.com rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company | c/o Ruggeri Parks Weinberg Llp | Attn: Joshua D. Weinberg & Annette P. Rolain | jweinberg@ruggerilaw.com arolain@ruggerilaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@keefe-lawfirm.com jkeefe@keefe-lawfirm.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 5

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 5 of 18



## Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com |
| Martin County, Florida | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | PNapoli@NSPRLaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | | fthompson@motleyrice.com<br>jrice@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>CThomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Pacific Erin Opco, LLC, | c/o Pachulski Stang Ziehl & Jones Llp | Attn: Laura Davis Jones | ljones@pszjlaw.com |
| Pacific Erin Opco, LLC, | c/o Raines Feldman Littrell Llp | Attn: Hamid R. Rafatjoo & David S. Forsh | hrafatjoo@raineslaw.com<br>dforsh@raineslaw.com |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | graves.gabrielle@pbgc.gov<br>efile@pbgc.gov |
| People of the State of California | c/o Attorney General of California | Attn: Rob Bonta, Edward H. Ochoa, Jeremy Brown, & Nicholas G. Campins | nicholas.campins@doj.ca.gov |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | Mitchell.Rishe@doj.ca.gov |
| People of the State of California | c/o Deputy Attorney General | Attn: Brendan Hughes | brendan.hughes@doj.ca.gov |
| People of the State of Colorado | c/o Colorado Office of the Attorney General | Attn: Leslie A. Eaton | Leslie.Eaton@coag.gov |
| People of the State of Illinois | c/o Office of the Attorney General of Illinois, | Attn: John P. Reding | John.reding@ilag.gov |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | dbutler@taftlaw.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | moneil@taftlaw.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 3 of 5

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 6 of 18



## Exhibit A
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, Edwin J. Harron, Sharon M. Zieg, Erin D. Edwards, Sean T. Greecher, S. Alexander Faris, & Carol E. Cox | jpatton@ycst.com; eharron@ycst.com; rbrady@ycst.com; szieg@ycst.com; eedwards@ycst.com; sgreecher@ycst.com; afaris@ycst.com; ccox@ycst.com |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | eakleinhaus@wlrk.com; MSLevy@wlrk.com |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Sanford Airport Authority | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. Amend | adam.harris@srz.com; bill.gussman@srz.com; peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | mckenzie.haynes@srz.com |
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister, Ariella Thal Simonds, and Nir Maoz | tpatterson@ktbslaw.com; rpfister@ktbslaw.com; asimonds@ktbslaw.com; nmaoz@ktbslaw.com |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison D. Gaske, Esq., | quinnk@gilbertlegal.com; grime@gilbertlegal.com; gaskea@gilbertlegal.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com; mcunningham@stagliuzza.com |
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: MATTHEW I. LEVINE & CHRISTOPHER PATRICK KELLY | Matthew.Levine@ct.gov; Christopher.Kelly@ct.gov |
| State of Delaware | c/o Department of Justice | | attorney.general@state.de.us |
| State of Maine | Attn: Robert Martin | | attorney.general@maine.gov; robert.martin@maine.gov |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com; mgoldstein@awkolaw.com |
| The Aetna Casualty and Surety Company N/K/A Travelers Casualty and Surety Company. | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | ssilar@regerlaw.com |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The District of Columbia | c/o D.C. Office of the Attorney General | Attn: Sean Powers & Wesley Rosenfeld | wesley.rosenfeld1@dc.gov |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com; james@ferrarolaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 4 of 5

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 7 of 18



**Exhibit A**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The State of Maine and the State of Vermont | c/o Grant & Eisenhofer P.A. | Attn: Frank H. Griffin | fgriffin@gelaw.com |
| The State of New York | c/o Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Mooney | martin.mooney@ag.ny.gov robert.rock@ag.ny.gov |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| The State of Vermont | c/o Office of the Attorney General | Attn:  Laura B. Murphy, Assistant Attorney General | laura.murphy@vermont.gov |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | AGbankdelaware@ag.tn.gov |
| Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | c/o Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | jryan@potteranderson.com srizvi@potteranderson.com |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | rriley@whitefordlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 5 of 5

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 8 of 18

# **<u>Exhibit B</u>**

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV



**Exhibit B**
Served via Over-Night Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Ad Hoc Cmte Governmental Claimant | c/o Kelley Drye & Warren LLP | 515 Post Oak Blvd Suite 900 | Attn: Sean T. Wilson | Houston | TX | 77027 |
| Ad Hoc Cmte Governmental Claimants | c/o A.M. Saccullo Legal LLC | 27 Crimson King Drive | Attn: Saccullo Hurford Augustine | Bear | DE | 19701 |
| Ad Hoc Committee of Gov Claimants | c/o Kelley Drye & Warren LLP | 3 World Trade Cntr 175 Greenwich St | Attn: James S. Carr & Sean T Wilson | New York | NY | 10007 |
| Amer Guar & Liab & Zurich Amer Ins | c/o Pashman Stein Walder Hayden P.C | 824 North Market Street | Attn: Richard W. Riley | Wilmington | DE | 19801 |
| American Guar and Liability Ins Co | c/o Plevin & Turner LLP | 1701 Pennsylvania Ave. N.W. Ste 200 | Attn: J Hess & M Turner | Washington | DC | 20006 |
| American Guar and Liability Ins Co | c/o Plevin & Turner LLP | 580 California Street Suite 1200 | Attn: Mark D. Plevin | San Francisco | CA | 94104 |
| Anapol Weiss | Attn: Lawrence R. Cohan & J Cohan | One Logan Square | 130 North 18th Street Suite 1600 | Philadelphia | PA | 19103 |
| Arthur Schaap dba Highland Dairy | Attn: Arthur Schaap | 650 Curry Road O | | Clovis | NM | 88101 |
| Banner Legal | Attn: Jeremy C. Shafer | 445 Marine View Avenue Suite 100 | | Del Mar | CA | 92024 |
| Baron & Budd P.C. | Attn: John P. Fiske & C Evangelisti | 11440 West Bernardo Court Suite 265 | | San Diego | CA | 92127 |
| Baron & Budd P.C. | Attn: Scott Summy & Cary McDougal | 3102 Oak Lawn Avenue Suite 1100 | | Dallas | TX | 75129-4281 |
| Bellflower-Somerset Mutual Water Co | Attn: Steve Lenton | 10016 Flower St | | Bellflower | CA | 90706 |
| California Water Service Company | Attn: Shawn Bunting | 1720 North First Street | | San Jose | CA | 95112 |
| Counsel to Carrier | c/o PWRW&G | 1285 Sixth Avenue | Attn: P Basta K Ziman R Britton | New York | NY | 10019 |
| Counsel to the Future Claimants Rep | c/o YCS&T | Rodney Square 1000 North King St | Attn: R Brady E Harron S Zieg | Wilmington | DE | 19801 |
| Creedon & Feliciani P.C. | Attn: Joseph L. Feliciani | 29 East Marshall Street | | Norristown | PA | 19401 |
| David Hermann | c/o Weitz & Luxenberg PC | 700 Broadway | Attn: Lisa Busch & N Christensen | New York | NY | 10003 |
| Diana G. Adams | Fee Examiner | PO Box L, 602 Main Street | | Hobart | NY | 13788 |
| Douglas & London P.C. | Attn Gary Douglas London & M London | 59 Maiden Lane 6th Floor | | New York | NY | 10038 |
| Elias Narez | | Address Redacted | | | | |
| Environmental Litigation Group P.C. | Attn: Gregory Cade & Gary Anderson | 2160 Highland Avenue South | | Birmingham | AL | 35205 |
| FA to Ad Hoc Comm of Gov Claimants | c/o Berkeley Research Group | 250 Pehle Avenue Suite 301 | Attn: David Galfus | Saddle Brook | NJ | 07663 |
| Gacovino Lake & Associates P.C. | Attn: Richard Zgoda & S. Gacovino | 270 West Main Street | | Sayville | NY | 11782 |
| Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Keefe Law Firm | Attn: Stephen Sullivan & John Keefe | 2 Bridge Ave | | Red Bank | NJ | 07701-4606 |
| Law Offices of James Vasquez P.C. | Attn: James Vasquez | 1373 Broad St | Ste 300 | Clifton | NJ | 07013-4200 |
| Luis Fernando Garcia | | Address Redacted | | | | |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | 1302 Avenida Ponce de Leon | Attn: Paul Napoli | Santurce | PR | 00907 |
| Motley Rice LLC | Attn: Fred Thompson III | 28 Bridgeside Blvd. | | Mount Pleasant | SC | 29464 |
| Murray Law Firm | Attn Stephen Murray & Robin Primeau | 701 Poydras Street Suite 4250 | | New Orleans | LA | 70139 |
| Napoli Shkolnik PLLC | Attn: Paul J Napoli & Andrew Croner | 360 Lexington Avenue 11th Floor | | New York | NY | 10017 |
| Office of the U.S. Trustee | United States Department of Justice | 844 King St Suite 2207 Lockbox 35 | Attn: Timothy J. Fox | Wilmington | DE | 19801 |
| Patrick Williams | c/o Douglas & London PC | 59 Maiden Lane 6th Floor | Attn: Michael London & Tate Kunkle | New York | NY | 10038 |
| Paukert & Troppmann PLLC | Attn: Mary E. Dillon & A Biviano | 421 W Riverside Ave | Ste 520 | Spokane | WA | 99201-0402 |
| Pennock Law Firm LLC | Attn: Shannon Pennock | 75 Montgomery St. Suite 203 | | Jersey City | NJ | 07302 |
| Peoples Water Co. of Florida | Attn: Sherlock Gillet Jr. | 905 Lownde Avenue | | Pensacola | FL | 32507 |
| Pritzker Levine LLP | Attn: Elizabeth Pritzker & J Levine | 1900 Powell Street Suite 450 | | Emeryville | CA | 94608 |
| Richard M Bivone | c/o Slater Slater Schulman LLP | 445 Broad Hollow Rd Suite 419 | Attn: Michael Werner | Melville | NY | 11747 |
| S.O. Sales | Attn: Jeffrey Ondovic | 775 Hartford Turnpike | | Shrewsbury | MA | 01545 |
| Sanford Airport Authority | c/o Joyce LLC | 1225 King St Ste 800 | Attn: Michael J. Joyce | Wilmington | DE | 19801 |
| Securities and Exchange Commission | Attn: Legal Dept | 100 F Street NE | | Washington | DC | 20549 |
| Slater Slater Schulman LLP | Attn: Michael Werner | 445 Broad Hollow Road Suite 419 | | Melville | NY | 11747 |
| Solomon Law Group LLC | Attn: Carl L. Solomon | 3501 North Main Street | | Columbia | SC | 29203 |
| Stag Liuzza LLC | Attn Michael G. Stag & M Cunningham | 365 Canal St. Suite 2850 | | New Orleans | LA | 70130 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| Terry T. Miller | c/o AWKO Law | 17 East Main St | Attn: Douglass Kreis & M. Goldstein | Pensacola | FL | 32502 |
| The Ferraro Law Firm | Attn James Ferraro & Janpaul Portal | Brickell World Plaza | 600 Brickell Avenue 38th Floor | Miami | FL | 33131 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 2



**Exhibit B**
Served via Over-Night Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| US Attorney for the District of DE | Attn: Legal Dept | 1313 N Market Street | | Wilmington | DE | 19801 |
| Veteran Legal Group | Attn: Jeremy C. Shafer | 700 12th Street Suite 700 | | Washington | DC | 20005 |
| Weitz & Luxenberg P.C. | Attn: Nancy M. Christensen | 700 Broadway | | New York | NY | 10003 |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 2

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 11 of 18

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Berkeley Research Group | Attn: David Galfus | dgalfus@thinkbrg.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>wsmith@kelleydrye.com<br>rgage@kelleydrye.com<br>syachik@kelleydrye.com |
| American Guarantee and Liability Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W. Riley | rriley@whitefordlaw.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Pashman Stein Walder Hayden P.C | Attn: Richard W. Riley | rriley@pashmanstein.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Jordan A. Hess & Miranda H. Turner | jhess@plevinturner.com<br>mturner@plevinturner.com |
| American Guarantee and Liability Insurance Company and Zurich American Insurance Company | c/o Plevin & Turner LLP | Attn: Mark D. Plevin | mplevin@plevinturner.com |
| Anapol Weiss | Attn: Lawrence R. Cohan, Joshua C. Coha and Alexander H. Kipperman | | lcohan@anapolweiss.com<br>jcohan@anapolweiss.com |
| Arthur Schaap d/b/a Highland Dairy | Attn: Arthur Schaap | | art.schaap@icloud.com |
| Atlanta International Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Atlanta International Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Banner Legal | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Baron & Budd, P.C. | Attn: Scott Summy, Cary McDougal, Carle Burke Pickrel and Cristina Sanchez | | ssummy@baronbudd.com |
| Bellflower-Somerset Mutual Water Company | Attn: Steve Lenton | | steve@bsmwc.com |
| California Water Service Company | Attn: Shawn Bunting | | sbunting@calwater.com |
| Carrier Global Corporation | c/o Richards, Layton & Finger, P.A. | Attn: Paul N. Heath, Zachary I. Shapiro, & Cory D. Kandestin | heath@rlf.com<br>shapiro@rlf.com<br>kandestin@rlf.com |
| Carrier Global Corporation | c/o Simpson Thacher & Bartlett LLP | Attn: Sandeep Qusba, Sunny Singh, Alan C. Turner, & Nicholas Baker | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>squsba@stblaw.com<br>aturner@stblaw.com |
| Chemours Company FC, LLC | c/o Ballard Spahr LLP | Attn: Tobey M. Daluz and Margaret A. Vesper | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com |
| City of Philadelphia | c/o City of Philadelphia Law Department Senior Attorney | Attn: Megan N. Harper | megan.harper@phila.gov |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>ccastaldi@brownrudnick.com<br>egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 4

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 13 of 18



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corppporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| Columbia Casualty Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| Columbia Casualty Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| Commonwealth of Pennsylvania | c/o Pennsylvania Office of the Attorney General | Attn: Melissa L. Van Eck, Chief Deputy Attorney General | mvaneck@attorneygeneral.gov |
| Counsel to Carrier | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kenneth S. Ziman & Robert A. Britton | pbasta@paulweiss.com<br>kziman@paulweiss.com<br>rbritton@paulweiss.com |
| Counsel to the Future Claimants' Representative | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Robert S. Brady, Edwin J. Harron, Sharon M. Zieg & S. Alexander Faris | rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>afaris@ycst.com |
| Creedon & Feliciani, P.C. | Attn: Joseph L. Feliciani | | jfeliciani@cflawpc.com |
| David Hermann | c/o Weitz & Luxenberg PC | Attn: Lisa Nathanson Busch, Nancy Christensen and Justine Delaney | lbusch@weitzlux.com<br>nchristensen@weitzlux.com<br>jdelaney@weitzlux.com |
| Douglas & London, P.C. | Attn: Gary J. Douglas London, Michael A. London, Rebecca G. Newman and Tate J. Kunkle | | gdouglas@douglasandlondon.com<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com |
| Environmental Litigation Group, P.C. | Attn: Gregory A. Cade, Gary A. Anderson and Kvin B. McKie | | gary@elglaw.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company | c/o RUGGERI PARKS WEINBERG LLP | Attn: Joshua D. Weinberg & Annette P. Rolain | jweinberg@ruggerilaw.com<br>arolain@ruggerilaw.com |
| Gacovino, Lake & Associates, P.C. | Attn: Richard Zgoda, Jr. and Steven D. Gacovino | | r.zgoda@gacovinolake.com |
| Great American Assurance Company | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Great American Insurance Company of New York | c/o Bodell Bove, LLC | Attn: Bruce W. McCullough | bmccullough@bodellbove.com |
| Hillsborough County Aviation Authority | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Hillsborough County Aviation Authority | c/o Margolis Edelstein | Attn: James E. Huggett | jhuggett@margolisedelstein.com |
| Keefe Law Firm | Attn: Stephen T. Sullivan, Jr. and John E. Keefe, Jr. | | ssullivan@keefe-lawfirm.com<br>jkeefe@keefe-lawfirm.com |
| Law Offices of James Vasquez, P.C. | Attn: James Vasquez | | james@jamesvasquezlaw.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Marathon Petroleum Company LP | c/o Miller Nash LLP | Attn: John R. Knapp, Jr. | john.knapp@millernash.com |
| Martin County, Florida | c/o Guilday Law, P.A. | Attn: Ralph A. Demeo | ralph@guildaylaw.com |
| Martin County, Florida | c/o Margolis Edelstein | Attn: James E. Huggett, Esquire | jhuggett@margolisedelstein.com |
| MDL PEC Co-Leads | c/o Napoli Shkolnik PLLC | Attn: Paul Napoli | PNapoli@NSPRLaw.com |
| Motley Rice, LLC | Attn: Fred Thompson, III, T. David Hoyle, Joseph F. Rice | | fthompson@motleyrice.com<br>jrice@motleyrice.com |
| Murray Law Firm | Attn: Stephen B. Murray, Sr., Robin Myers Primeau and Caroline W. Thomas | | smurray@murray-lawfirm.com<br>rmyers@murray-lawfirm.com<br>CThomas@murray-lawfirm.com |
| Napoli Shkolnik, PLLC | Attn: Paul J. Napoli, Andrew Croner, Patrick Lanciotti and Nicholas Mindicino | | pnapoli@napolilaw.com<br>acroner@napolilaw.com<br>planciotti@napolilaw.com<br>nmindicino@napolilaw.com |
| Office of the Attorney General of Texas | c/o Assistant Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 2 of 4

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 14 of 18



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Pacific Erin Opco, LLC, | c/o PACHULSKI STANG ZIEHL & JONES LLP | Attn: Laura Davis Jones | ljones@pszjlaw.com |
| Pacific Erin Opco, LLC, | c/o RAINES FELDMAN LITTRELL LLP | Attn: Hamid R. Rafatjoo & David S. Forsh | hrafatjoo@raineslaw.com<br>dforsh@raineslaw.com |
| Patrick Williams | c/o Douglas & London, PC | Attn: Michael London & Tate Kunkle | mlondon@douglasandlondon.com<br>tkunkle@douglasandlondon.com |
| Paukert & Troppmann, PLLC | Attn: Mary E. Dillon and Andrew S. Biviano | | bdillon@pt-law.com<br>abiviano@pt-law.com |
| Pennock Law Firm LLC | Attn: Shannon Pennock | | shannonpennock@pennocklawfirm.com |
| Pension Benefit Guaranty Corporation | c/o Office of the General Counsel | Attn: Gabrielle Graves | graves.gabrielle@pbgc.gov<br>efile@pbgc.gov |
| People of the State of California | c/o Attorney General of California | Attn: Rob Bonta, Edward H. Ochoa, Jeremy Brown, & Nicholas G. Campins | nicholas.campins@doj.ca.gov |
| People of the State of California | c/o Attorney General of California | Attn: Mitchell Rishe | Mitchell.Rishe@doj.ca.gov |
| People of the State of California | c/o Deputy Attorney General | Attn: Brendan Hughes | brendan.hughes@doj.ca.gov |
| People of the State of Colorado | c/o Colorado Office of the Attorney General | Attn: Leslie A. Eaton | Leslie.Eaton@coag.gov |
| People of the State of Illinois | c/o Office of the Attorney General of Illinois, | Attn: John P. Reding | John.reding@ilag.gov |
| Peoples Water Company of Florida, Inc. | Attn: Sherlock Gillet, Jr. | | sgillet@peopleswater.net |
| Plaintiff's Executive Committee | c/o Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | bsullivan@sha-llc.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: David J. Butler | dbutler@taftlaw.com |
| Plaintiff's Executive Committee | c/o Taft Stettinius & Hollister LLP | Attn: Michael P. O'Neil | moneil@taftlaw.com |
| Pritzker Levine LLP | Attn: Elizabeth C. Pritzker, Jonathan K. Levine, Bethany L. Caracuzzo, Heather P. Haggarty and Richard R. Seal | | ecp@pritzkerlevine.com<br>jkl@pritzkerlevine.com<br>bc@pritzkerlevine.com<br>hph@pritzkerlevine.com<br>rrs@pritzkerlevine.com |
| Randi S. Ellis | c/o Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Jr., Robert S. Brady, Edwin J. Harron, Sharon M. Zieg, Erin D. Edwards, Sean T. Greecher, S. Alexander Faris, & Carol E. Cox | jpatton@ycst.com<br>eharron@ycst.com<br>rbrady@ycst.com<br>szieg@ycst.com<br>eedwards@ycst.com<br>sgreecher@ycst.com<br>afaris@ycst.com<br>ccox@ycst.com |
| Richard M Bivone | c/o Slater Slater Schulman LLP | Attn: Michael Werner | mwerner@sssfirm.com |
| RTX Corporation | Attn: Emil A. Kleinhaus & Mitchell S. Levy | c/o Wachtell, Lipton, Rosen & Katz | eakleinhaus@wlrk.com<br>MSLevy@wlrk.com |
| RTX Corporation | Attn: Kurt F. Gwynne & Jason D. Angelo | c/o Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| S.O. Sales | Attn: Jeffrey Ondovic | | jeff@sosales.com |
| Sanford Airport Authority | c/o Joyce, LLC | Attn: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Slater Slater Schulman LLP | Attn: Michael Werner | | mwerner@sssfirm.com |
| Solomon Law Group, LLC | Attn: Carl L. Solomon | | carl@solomonlawsc.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: Adam Harris, William J. Gussman, Jr. & Peter J. Amend | adam.harris@srz.com<br>bill.gussman@srz.com<br>peter.amend@srz.com |
| Special Committee of the Board of Directors of Kidde-Fenwal, Inc. | c/o Schulte Roth & Zabel LLP | Attn: McKenzie Haynes | mckenzie.haynes@srz.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 3 of 4

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 15 of 18



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Special Counsel to the Committee | c/o KTBS Law LLP | Attn: Thomas E. Patterson, Robert J. Pfister, Ariella Thal Simonds, and Nir Maoz | tpatterson@ktbslaw.com rpfister@ktbslaw.com asimonds@ktbslaw.com nmaoz@ktbslaw.com |
| Special Insurance Counsel to the Official Committee of Unsecured Creditors | c/o Gilbert LLP | Attn: Kami E. Quinn, Esq., Emily P. Grim, Esq., Alison D. Gaske, Esq., | quinnk@gilbertlegal.com grime@gilbertlegal.com gaskea@gilbertlegal.com |
| Stag Liuzza, LLC | Attn: Michael G. Stag and Merritt Cunningham | | mstag@stagliuzza.com mcunningham@stagliuzza.com |
| State of Connecticut | c/o Office of the Attorney General of Connecticut | Attn: MATTHEW I. LEVINE & CHRISTOPHER PATRICK KELLY | Matthew.Levine@ct.gov Christopher.Kelly@ct.gov |
| State of Delaware | c/o Department of Justice | | attorney.general@state.de.us |
| State of Maine | Attn: Robert Martin | | attorney.general@maine.gov robert.martin@maine.gov |
| State of New York | c/o Attorney General of the State of New York, Letitia James | Attn: Muhammad Umair Khan | Umair.Khan@ag.ny.gov |
| Terry T. Miller | c/o Aylstock Witkin Kreis & Overholtz | Attn: Douglass A Kreis & Maury S Goldstein | dkreis@awkolaw.com mgoldstein@awkolaw.com |
| The Aetna Casualty and Surety Company N/K/A Travelers Casualty and Surety Company. | c/o REGER RIZZO & DARNALL LLP | Attn: Scott L Silar, Esquire | ssilar@regerlaw.com |
| The Continental Insurance Company | c/o David Christian Attorneys LLC | Attn: David C. Christian II | dchristian@dca.law |
| The Continental Insurance Company | c/o Goldstein & McClintock, LLP | Attn: Maria Aprile Sawczuk | marias@goldmclaw.com |
| The District of Columbia | c/o D.C. Office of the Attorney General | Attn: Sean Powers & Wesley Rosenfeld | wesley.rosenfeld1@dc.gov |
| The Ferraro Law Firm | Attn: James L. Ferraro, Janpaul Portal and James L. Ferraro Jr. | | jferraro@ferrarolaw.com james@ferrarolaw.com |
| The State of Maine and the State of Vermont | c/o Grant & Eisenhofer P.A. | Attn: Frank H. Griffin | fgriffin@gelaw.com |
| The State of New York | c/o Office of the New York State Attorney General | Attn: Letitia James, Robert J. Rock, and Martin A. Mooney | martin.mooney@ag.ny.gov robert.rock@ag.ny.gov |
| The State of Texas | c/o Office of the Attorney General of Texas | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| The State of Vermont | c/o Office of the Attorney General | Attn: Laura B. Murphy, Assistant Attorney General | laura.murphy@vermont.gov |
| TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L McCloud | AGbankdelaware@ag.tn.gov |
| Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) | c/o Connolly Gallagher LLP | Attn: Karen C. Bifferato | kbifferato@connollygallagher.com |
| Tyco Fire Products LP and Chemguard, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan and Sameen Rizvi | jryan@potteranderson.com srizvi@potteranderson.com |
| Unified Global Packaging Group LLC | c/o Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| Veteran Legal Group | Attn: Jeremy C. Shafer | | jshafer@bannerlegal.com |
| Weitz & Luxenberg, P.C. | Attn: Nancy M. Christensen | | nchristensen@weitzlux.com |
| Zurich American Insurance Company | c/o Whiteford Taylor & Preston LLC | Attn: Richard W Riley | rriley@whitefordlaw.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 4 of 4

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 16 of 18

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Committee of Governmental Claimant | c/o Kelley Drye & Warren LLP | Attn: Sean T. Wilson | swilson@kelleydrye.com |
| Ad Hoc Committee of Governmental Claimants | c/o A.M. Saccullo Legal, LLC | Attn: Anthony M. Saccullo, Mark T. Hurford, and Mary E. Augustine | ams@saccullolegal.com<br>mark@saccullolegal.com<br>meg@saccullolegal.com |
| Ad Hoc Committee of Governmental Claimants | c/o Berkeley Research Group | Attn: David Galfus | dgalfus@thinkbrg.com |
| Ad Hoc Committee of Governmental Claimants | c/o Kelley Drye & Warren LLP | Attn: James S. Carr, Sean T. Wilson, Whitney M. Smith, Richard Gage & Steven Yachik | swilson@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com<br>jcarr@kelleydrye.com<br>wsmith@kelleydrye.com<br>rgage@kelleydrye.com<br>syachik@kelleydrye.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Catherine M. Castaldi | ccastaldi@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: David J. Molton, Jeffrey L. Jonas, Sigmund S. Wissner-Gross, D. Cameron Moxley, Kenneth Aulet, Gerard T. Cicero, Susan Sieger-Grimm, Cathrine M. Castaldi & Eric R. Goodman | dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br>ccastaldi@brownrudnick.com<br>egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Brown Rudnick LLP | Attn: Eric R. Goodman | egoodman@brownrudnick.com |
| Co-Lead Counsel to the Committee | c/o Stutzman, Bromberg, Esserman, & Plifka, a Professional Corpporation | Attn: Sander L. Esserman, Peter C. D'Apice, and Cliff I. Taylor | esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com |
| Fee Examiner | Attn: Diana G. Adams | | diana.goldberg.adams@gmail.com |
| Local Counsel to the Committee | c/o Hogan Mcdaniel | Attn: Daniel K. Hogan, Garvan F. McDaniel, and Daniel C. Kerrick | dkhogan@dkhogan.com<br>gfmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com |
| Morris Nichols Arsht & Tunnell LLP | Attn: Derek C Abbott & Andrew R Remming | | dabbott@morrisnichols.com<br>aremming@morrisnichols.com |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Sullivan & Cromwell, LLP | Attn: Alexa J Kranzley | | kranzleya@sullcrom.com |

In re: KFI Wind-Down Corp.
Case No. 23-10638 (LSS)

Page 1 of 1

Document Ref: QMMCO-VUHIA-J8VSW-TOUMV

Page 18 of 18