#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

#### CERTIFICATION OF COUNSEL
#### REGARDING OMNIBUS HEARING AND INTERIM FEE HEARING DATES

The undersigned hereby certifies as follows:

1. In response to the inquiries of the undersigned counsel to the above-captioned debtor (the "Debtor"), an omnibus hearing and an interim fee hearing have been scheduled by the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

2. Attached hereto is a proposed form of Order (the "Omnibus and Interim Fee Hearing Order") that identifies the date and time of each hearing.

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

WHEREFORE, the Debtor hereby respectfully requests that the Court enter the Omnibus Hearing Order attached hereto at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 11, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Scott D. Jones*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Scott D. Jones (No. 6672)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         dbutz@morrisnichols.com<br>         tmann@morrisnichols.com<br>         sjones@morrisnichols.com<br>         csawyer@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>         gluecksteinb@sullcrom.com<br>         decampj@sullcrom.com<br>         bellerb@sullcrom.com<br>         kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |