# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.[1], | Case No. 23-10638 (LSS) |
| Debtor. | |

## DECLARATION OF ADAM P. HABERKORN

I, Adam Haberkorn, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with a pending application to practice in the above-captioned proceeding *pro hac vice*.

2. I am a counsel at the law firm of O'Melveny & Myers LLP, counsel for ACE American Insurance Company, Century Indemnity Company (as successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America), Federal Insurance Company, and Pacific Employers Insurance Company.

3. I submit this Declaration in support of the Insurers' Motion to Compel Documents Wrongfully Withheld on the Basis of Mediation Privilege.

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

1

4. Attached as Exhibit A is a true and correct copy of the Debtor's Responses and Objections to Certain Insurers' First Set of Plan-Related Requests for Production to Kidde-Fenwal, Inc., dated January 16, 2025.

5. Attached as Exhibit B is a true and correct copy of the Debtor's Responses and Objections to Certain Insurers' Second Set of Plan-Related Requests for Production to KFI Wind-Down Corp., dated March 24, 2025.

6. Attached as Exhibit C is a true and correct copy of the Debtor's Responses and Objections to Certain Insurers' Third Set of Plan-Related Requests for Production of Documents, dated March 24, 2025.

7. Attached as Exhibit D is a true and correct copy of a June 24, 2025 letter from Justin J. DeCamp, counsel for the Debtor, to counsel for Certain Insurers.

8. Attached as Exhibit E is a true and correct copy of a June 24, 2025 email correspondence from Miles Greene, counsel for the Debtor, to James Burke and other counsel for Certain Insurers.

9. Attached as Exhibit F is a true and correct copy of a June 20, 2025 letter from Javed S. Yunus, counsel on behalf of Certain Insurers, to counsel for the Debtor.

10. Attached as Exhibit G is a true and correct copy of a June 12, 2025 letter from Javed S. Yunus, counsel on behalf of Certain Insurers, to counsel for the Debtor.

11. Attached as Exhibit H is a true and correct copy of a May 27, 2025 letter from James Burke, counsel on behalf of Certain Insurers, to counsel for the Debtor.

12. Attached as Exhibit I is a true and correct copy of an excerpt of a July 27, 2021 hearing transcript in *In re Boy Scouts*, No. 20-10343 (LSS) (Bankr. D. Del.).

13.     Attached as Exhibit J is a true and correct copy of an excerpt of an October 25, 2021 hearing transcript in *In re Boy Scouts*, No. 20-10343 (LSS) (Bankr. D. Del.).

14.     Attached as Exhibit K is a true and correct copy of an excerpt of an April 2, 2025 hearing transcript in *In re Imerys Talc Am., Inc.*, No. 19-10289 (LSS) and *In re Cyprus Mines Corp.*, No. 21-10398 (LSS) (Bankr. D. Del.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 3, 2025, in New York, NY.

                                            */s/ Adam P. Haberkorn*
                                            Adam P. Haberkorn