## EXHIBIT A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | **Hearing Held:  July 18, 2025 at 10:00 a.m. (ET)** |

**THIS MATTER** having been brought before the Court upon the Motion to Compel Documents Wrongfully Withheld on the Basis of Mediation Privilege (the "Motion") of the moving Insurers, by and through their counsel, for entry of an Order granting certain relief requested in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having found and determined that the relief sought in the Motion is appropriate and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and on the basis of the record and evidence submitted to the Court and in consideration of the arguments made;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED in its entirety.

2. The Debtor shall produce all documents or communications from the Mediation that the moving Insurers have requested in the Certain Insurers' Second Set of Plan-Related

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

1

Requests for Production to KFI Wind-Down Corp. and the Certain Insurers' Third Set of Plan-Related Requests for the Production of Documents that the Debtor has withheld on the basis of mediation privilege, including but not limited to: (i) mediation statements submitted to the mediators; (ii) presentations made to the mediators; (iii) drafts, term sheets, or any other non-final version of agreements exchanged between the mediating parties in connection with the mediation; (iv) communications to or made in the presence of the mediators; and (v) any other documents created for use in the mediation.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.