# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 18, 2025, AT 10:00 A.M. (E.T.)

**eCourt Appearances**

**This hearing will be conducted in-person. Any exceptions must be approved by chambers. Parties may observe the hearing remotely by registering with the Zoom link below no later than July 17, 2025, at 4:00 p.m. (ET).**

**To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

**After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.**

## MATTERS UNDER CERTIFICATION

1. Seventh Interim Fee Application of Diana G. Adams (D.I. 2233, filed 6/12/25).

    Objection Deadline: July 7, 2025, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2] Amended items in **bold**.

A. Certification of the Fee Examiner Regarding Seventh Omnibus Order Granting Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's Professionals (D.I. 2321, filed 7/9/25).

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

2. Seventh Interim Fee Application of Lori Lapin Jones (D.I. 2234, filed 6/12/25).

   Objection Deadline: July 7, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of the Fee Examiner Regarding Seventh Omnibus Order Granting Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's Professionals (D.I. 2321, filed 7/9/25).

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

3. Seventh Interim Fee Application of National CRS, LLC (D.I. 2235, filed 6/12/25).

   Objection Deadline: July 7, 2025, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of the Fee Examiner Regarding Seventh Omnibus Order Granting Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's Professionals (D.I. 2321, filed 7/9/25).

   Status: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

**MATTER GOING FORWARD**

4. Insurers' Motion to Compel Documents Wrongfully Withheld on the Basis of Mediation Privilege (D.I. 2306, filed 7/3/25).

   Objection Deadline: July 11, 2025, at 4:00 p.m. (ET).

   Responses Received:

A. Debtor's Objection to Insurers' Motion to Compel (D.I. 2323, filed 7/11/25); and

B. Joinder of the Official Committee of Unsecured Creditors and the Ad Hoc Committee of Governmental Claimants to Debtors' Response in Opposition to Motion to Compel Production of Documents (D.I. 2325, filed 7/11/25).

Related Documents:

A. Notice of the Moving Insurers' Motion to Compel Documents Wrongfully Withheld on the Basis of Mediation Privilege (D.I. 2307, filed 7/3/25); and

B. Declaration of Justin J. DeCamp in Support of Debtor's Objection to Insurers' Motion to Compel (D.I. 2324, filed 7/11/25).

Status: This matter is going forward.

**STATUS CONFERENCE**

5. **Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 1892, filed 2/20/25).**

   **Objection Deadline: March 6, 2025, at 4:00 p.m. (ET).**

   **Responses Received: None.**

   **Related Documents:**

   A. **Certificate of No Objection Regarding Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 1940, filed 3/7/25);**

   B. **Certification of Counsel Regarding Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 2205, filed 6/3/25);**

   C. **Declaration of Carrianne J.M. Basler in Support of Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 2277, filed 6/23/25); and**

   D. **Declaration of the Future Claimants' Representative with Respect to the Joint Motion of the Debtor and the Official Committee of Unsecured Creditors for Entry of an Order Amending the Order Appointing Randi S. Ellis as Legal Representative for Future Personal Injury Claimants (D.I. 2278, filed 6/23/25).**

**Status:** This matter is going forward as a status conference.

| | |
|---|---|
| Dated: July 16, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>E-mail: dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      dbutz@morrisnichols.com<br>      tmann@morrisnichols.com<br>      csawyer@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>      gluecksteinb@sullcrom.com<br>      decampj@sullcrom.com<br>      bellerb@sullcrom.com<br>      kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |