# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KIDDE-FENWAL, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on August 1, 2025, a copy of the following documents were served via electronic mail upon all counsel of record:

1. ACFP Insurers' First Set of Plan-Related Interrogatories to Carrier Parties;

2. ACFP Insurers' Second Set of Plan-Related Interrogatories to KFI Wind-Down Corp.;

3. ACFP Insurers' First Set of Plan-Related Interrogatories to the Official Committee of Unsecured Creditors;

4. ACFP Insurers' First Set of Plan-Related Interrogatories to the AD Hoc Committee of Governmental Claimants;

5. ACFP Insurers' First Set of Plan-Related Interrogatories to the Official AFFF MDL Plaintiffs' Executive Committee; and

6. ACFP Insurers' First Set of Plan-Related Interrogatories to the Future Claimants' Representative.

Dated: August 2, 2025                                  Respectfully Submitted,

                                                       By: */s/ Stamatios Stamoulis*
                                                       Stamatios Stamoulis

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number is 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

STAMOULIS & WEINBLATT LLC
Stamatios Stamoulis (No. 4606)
800 N. West Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com

-and-

O'MELVENY & MYERS LLP
Andrew Frackman (*pro hac vice*)
Tancred Schiavoni (*pro hac vice*)
Eli A. Grossman (*pro hac vice*)
7 Times Square
New York, NY 10036-6524
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
afrackman@omm.com
tschiavoni@omm.com
egrossman@omm.com

*Counsel for ACE American Insurance Company, Century Indemnity Company (as successor to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America), Federal Insurance Company, and Pacific Employers Insurance Company*