**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>**Re: D.I. 1619, 1649, 1651, 1753, 2053 & 2191** |

**NOTICE OF FILING OF DEBTOR'S FIFTH AMENDED PLAN OF**
**LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that**,** on November 14, 2024, KFI Wind-Down Corp. (the "Debtor") filed the *Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1619].

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2024, the Debtor filed the *Debtor's First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1649].

**PLEASE TAKE FURTHER NOTICE** that, on December 20, 2024, the Debtor filed the *Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1753].

**PLEASE TAKE FURTHER NOTICE** that, on April 11, 2025, the Debtor filed the *Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2053].

**PLEASE TAKE FURTHER NOTICE** that, on June 1, 2025, the Debtor filed the *Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2191] (the "Fourth Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files the *Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, attached hereto as **Exhibit A** (the "Fifth Amended Plan"), which incorporates certain changes discussed at the June 4, 2025 hearing on the *Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and*

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters are located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

*Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 1651].[2]

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties-in-interest, a blackline comparison of the Fifth Amended Plan against the Fourth Amended Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Fifth Amended Plan and other documents filed in this Chapter 11 Case may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtor's claims and noticing agent at https://cases.stretto.com/kfi.

*[Signature page follows]*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fifth Amended Plan or the *Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*.

| | |
|---|---|
| Dated: August 15, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>/s/ *Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>        gluecksteinb@sullcrom.com<br>        decampj@sullcrom.com<br>        bellerb@sullcrom.com<br>        kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |