**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS)<br><br>**Re: D.I. 1651, 2107, 2131, 2132 & 2190** |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER
(I) APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT AND FORM
AND MANNER OF NOTICE OF HEARING THEREON; (II) ESTABLISHING
SOLICITATION PROCEDURES; (III) APPROVING THE FORM AND MANNER OF
NOTICE TO ATTORNEYS AND SOLICITATION DIRECTIVE; (IV) APPROVING
THE FORM OF BALLOTS; (V) APPROVING THE FORM, MANNER AND SCOPE OF
CONFIRMATION NOTICES; (VI) ESTABLISHING CERTAIN DEADLINES IN
CONNECTION WITH APPROVAL OF DISCLOSURE STATEMENT AND
CONFIRMATION OF PLAN; AND (VII) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that on November 25, 2024, KFI Wind-Down Corp. f/k/a Kidde-Fenwal, Inc. (the "Debtor") filed the *Debtor's Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 1651] (the "Disclosure Statement Motion").[2] A proposed form of order (the "Proposed Order"), including exhibits thereto, was attached to the Disclosure Statement Motion as Exhibit A.

    **PLEASE TAKE FURTHER NOTICE** that on May 5, 2025, the Debtor filed the *Notice of Filing of Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 2107], which attached as Exhibit A a revised Proposed Order (the "First Revised Proposed Order") and exhibits thereto.

---

[1]  The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters are located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that on May 15, 2025, the Debtor filed the *Notice of Filing of Further Revised Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 2131], which attached as Exhibit A a further revised Proposed Order (the "Second Revised Proposed Order") and certain exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2025, the Debtor filed the *Notice of Filing of Exhibit 5 to Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 2132], which attached as Exhibit A Exhibit 5 to the Second Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that on June 1, 2025, the Debtor filed the *Notice of Filing of Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief* [D.I. 2190], which attached as Exhibit A a further revised Proposed Order (the "Third Revised Proposed Order") and certain exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files as **Exhibit A** a further revised Proposed Order (the "Further Revised Proposed Order") and exhibits thereto, reflecting changes directed by the Court at the June 4, 2025 hearing on the Disclosure Statement Motion.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties-in-interest, blackline comparisons of the Further Revised Proposed Order and the exhibits thereto against the versions most recently filed in the First Revised Proposed Order, Second Revised Proposed Order, or Third Revised Proposed Order, respectively and as applicable, are attached hereto as **Exhibit B**. Deleted exhibits from the Further Revised Proposed Order are not reflected in Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that copies of the Further Revised Proposed Order and exhibits, Disclosure Statement Motion, Disclosure Statement and other documents filed in this Chapter 11 Case may be obtained from the Court's website, https://ecf.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtor's claims and noticing agent at https://cases.stretto.com/kfi.

| | |
|---|---|
| Dated: August 15, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>/s/ *Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Casey B. Sawyer (No. 7260)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br>csawyer@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>    gluecksteinb@sullcrom.com<br>    decampj@sullcrom.com<br>    bellerb@sullcrom.com<br>    kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |