**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

**ARCH INSURANCE COMPANY AND ARCH SPECIALTY INSURANCE COMPANY'S
NOTICE OF JOINDER IN CERTAIN INSURERS' OBJECTION [DKT. 2429]
TO THE FOURTH AMENDED DISCLOSURE STATEMENT [DKT. 2412-1]
FOR DEBTOR'S FIFTH AMENDED PLAN OF LIQUIDATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

Arch Insurance Company and Arch Specialty Insurance Company (collectively, "Arch") hereby join, and incorporate by reference herein, Insurers' August 21, 2025, objection [Dkt. 2429] to approval of the Debtor's Fourth Amended Disclosure Statement [Dkt. 2412-1]. As set forth therein, the Court should either deny approval of the Disclosure Statement as filed, or schedule argument on the approval for the September 24, 2025, Omnibus Hearing, and decline to approve the Debtor's proposed schedule.

**Date:** August 22, 2025

*/s/ Carmella P. Keener*
Carmella P. Keener (No. 2810)
COOCH AND TAYLOR, P.A.
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE  19801
 (302) 984-3816
ckeener@coochtaylor.com

---

[1]  The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282.  The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

Megan B. Gramke (*pro hac vice*)
UB GREENSFELDER LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
(513) 698-5146
mgramke@ubglaw.com

Emmanuel I. Sanders (*pro hac vice*)
UB GREENSFELDER LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
(216) 583-7228
esanders@ubglaw.com

***Attorneys for Arch Insurance Company and
Arch Specialty Insurance Company***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served through the Court's electronic filing system, this 22nd day of August, 2025, on all counsel of record.

_/s/ Carmella P. Keener_
Carmella P. Keener (Del. Bar No. 2810)
**_One of the Attorneys for Arch Insurance Company_**
**_and Arch Specialty Insurance Company_**