IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor, | **Related to Docket No. 2429** |

TRAVELERS CASUALTY AND SURETY COMPANY'S
(f/k/a THE AETNA CASUALTY AND SURETY COMPANY)
JOINDER IN INSURERS' OBJECTION TO THE FOURTH AMENDED DISCLOSURE
STATEMENT FOR DEBTOR'S FIFTH AMENDED PLAN OF LIQUIDATION UNDER
<u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) ("Travelers"), by and through its undersigned counsel, hereby joins in the *Insurers' Objection to the Fourth Amended Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2429], filed on August 21, 2025.

Respectfully submitted,

Dated: August 28, 2025

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
(302) 477-7100
lrizzo@regerlaw.com

and

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

1

Karen C. Bifferato (#3279)
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801
(302) 757-7300
kbifferato@connollygallagher.com

and

Stephen V. Gimigliano (admitted *pro hac vice*)
John Maloney (admitted *pro hac vice*)
Christopher K. Kim (admitted *pro hac vice*)
GIMIGLIANO MAURIELLO & MALONEY, P.A.
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360
sgimigliano@lawgmm.com
jmaloney@lawgmm.com
ckim@lawgmm.com

Attorneys for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company)