## **Exhibit A**

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis
stamoulis@swdelaw.com

**O'MELVENY & MYERS LLP**
Andrew Frackman
Tancred Schiavoni
Steve Warren
Adam Haberkorn
Javed S. Yunus
Amy Zhao
Ryan Fennell
afrackman@omm.com
tschiavoni@omm.com
swarren@omm.com
ahaberkorn@omm.com
jyunus@omm.com
amyzhao@omm.com
rfennell@omm.com