**Exhibit B**

**COOCH and TAYLOR**
Carmella P. Keener
ckeener@coochtaylor.com

**UB GREENSFELDER LLP**
Megan B. Gramke
Emmanuel I. Sanders
mgramke@ubglaw.com
esanders@ubglaw.com

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis
stamoulis@swdelaw.com

**O'MELVENY & MYERS LLP**
Andrew Frackman
Tancred Schiavoni
Adam P. Haberkorn
Amy Zhao
Eammon W. Campbell
Javed S. Yunus
Sheya I. Jabouin
Steven Warren
afrackman@omm.com
tschiavoni@omm.com
ahaberkorn@omm.com
amyzhao@omm.com
ecampbell@omm.com
jyunus@omm.com
sjabouin@omm.com
swarren@omm.com

**GOLDSTEIN & MCCLINTOCK, LLLP**
Maria Aprile Sawczuk
marias@goldmclaw.com

**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
Mark J. Leimkuhler
Jessica R. Lobis Buckwalter
mark.leimkuhler@lbkmlaw.com
jessica.buckwalter@lbkmlaw.com

**DAVID CHRISTIAN ATTORNEYS LLC**
David Christian, Esq.
dchristian@dca.law

**SMITH, KATZENSTEIN & JENKINS LLP**
Robert K. Beste
Kelly A. Green

kag@skjlaw.com

**CLYDE & CO LLP**
Paul Koepff
Mina Beshara
Quentin Alexandre
Ryan Westerfield
paul.koepff@clydeco.us
mina.beshara@clydeco.us
quentin.alexander@clydeco.us
ryan.westerfield@clydeco.us

**WALKER WILCOX MATOUSEK LLP**
Fred L. Alvarez
falvarez@walkerwilcox.com

**PASHMAN STEIN WALDER HAYDEN P.C.**
Richard W. Riley
 rriley@pashmanstein.com

**SAUL EWING LLP**
Laurie A. Kamaiko, Esq.
laurie.kamaiko@saul.com

**LITTLETON PARK JOYCE UGHETTA & KELLY LLP**
Robert L. Joyce, Esq.
Robert.Joyce@littletonpark.com

**REGER RIZZO & DARNALL LLP**
Louis J. Rizzo, Jr.
lrizzo@regerlaw.com

**GIMIGLIANO MAURIELLO & MALONEY, P.A.**
Stephen V. Gimigliano
John Maloney
Christopher K. Kim
SGimigliano@lawgmm.com
jmaloney@lawgmm.com
ckim@lawgmm.com

**KENNEDYS CMK LLP**
John D. LaBarbera
Benjamin A. Blume
Karen Andersen Moran
Matthew Starner
Marc Casarino, Esq.
John.LaBarbera@kennedyslaw.com
Benjamin.blume@kennedyslaw.com
Karen.AndersenMoran@kennedyslaw.com
Matthew.Starner@kennedyslaw.com
Marc.casarino@kennedyslaw.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Aimee M. Czachorowski
Aimee.Czachorowski@lewisbrisbois.com

**SALLEY HITE MERCER & RESOR LLC**
John W. Hite IIII
jhite@shmrlaw.com

**CHIPMAN BROWN CICERO & COLE LLP**
William E. Chipman, Jr.
Paul D. Brown
chipman@chipmanbrown.com
brown@chipmanbrown.com

**WILLKIE FARR & GALLAGHER LLP**
James Fitzmaurice
Christopher J. St. Jeanos
James H. Burbage
Alexa L. Davis
Joseph Brandt
Simone Marton
Joseph G. Davis
Jennifer Hardy
jfitzmaurice@willkie.com
cstjeanos@willkie.com
jburbage@willkie.com
adavis@willkie.com
jbrandt@willkie.com
smarton@willkie.com
gcrofford@willkie.com
jdavis@willkie.com
jhardy2@willkie.com

**LANDIS RATH & COBB LLP**
Adam G. Landis
Kimberly A. Brown
Joshua B. Brooks
landis.lrclaw.com
brown@lrclaw.com
brooks@lrclaw.com

**FROST BROWN TODD LLP**
David W. Walulik
dwalulik@fbtlaw.com

**MARSHALL DENNEHEY, P.C.**
Aaron E. Moore
M. Claire McCudden
AEMoore@MDWCG.com

MCMcCudden@MDWCG.com

**STEPTOE LLP**
Sarah D. Gordon
Johanna Dennehy
Ansley Seay
Sgordon@steptoe.com
jdennehy@Steptoe.com
aseay@Steptoe.com

**BODELL BOVE, LLC**
Bruce W. McCullough
bmccullough@bodellbove.com

**RUGGERI PARKS WEINBERG LLP**
James W. Burke
Joshua D. Weinberg
Annette P. Rolain
Anna Belle Reilly
jburke@ruggerilaw.com
jweinberg@ruggerilaw.com
arolain@ruggerilaw.com
areilly@ruggerilaw.com

**SMITH KATZENSTEIN & JENKINS LLP**
Robert J. Katzenstein
rjk@skjlaw.com

**WINDELS MARX LANE & MITTENDORF, LLP**
Stefano V. Calogero
Eric J. Konecke
scalogero@windelsmarx.com
ekonecke@windelsmarx.com

**KENNEDYS LAW LLP**
Marc Casarino, Esq.
Jillian G. Dennehy, Esq.
marc.casarino@kennedyslaw.com
jillian.dennehy@kennedyslaw.com

**IFRAH LAW PLLC**
George R. Calhoun, Esq.
george@ifrahlaw.com

**WHITE and WILLIAMS LLP**
Patricia B. Santelle
Lyndon K. Groff
Timothy S. Martin
Michael Ingrassia
santellep@whiteandwilliams.com
groffl@whiteandwilliams.com

martint@whiteandwilliams.com
ingrassiam@whiteandwilliams.com

**MARSHALL DENNEHEY, P.C.**
M. Claire McCudden
MCMcCudden@MDWCG.com

**STEPTOE LLP**
Sarah D. Gordon
Johanna Dennehy
Ansley Seay
Sgordon@steptoe.com
jdennehy@Steptoe.com
aseay@Steptoe.com

**CHIPMAN BROWN CICERO & COLE, LLP**
Joseph B. Cicero
Mark L. Desgrosseilliers
cicero@chipmanbrown.com
desgross@chipmanbrown.com

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Deirdre Johnson
Paul Kalish
DGJohnson@mintz.com
pwkalish@mintz.com

**A.M. SACCULLO LEGAL, LLC**
Anthony M. Saccullo
Mark T. Hurford
ams@saccullolegal.com
mark@saccullolegal.com

**KELLEY DRYE & WARREN LLP**
James S. Carr
Steven Yachik
jcarr@kelleydrye.com
SYachik@KelleyDrye.com

**HOGAN♦MCDANIEL**
Daniel K. Hogan, Esquire
Garvan F. McDaniel, Esquire
Daniel C. Kerrick, Esquire
dkhogan@dkhogan.com
gmcdaniel@dkhogan.com
dckerrick@dkhogan.com

**GILBERT LLP**
Kami E. Quinn, Esquire
Emily P. Grim, Esquire
Alison D. Gaske, Esquire

Ifenanya Agwu, Esquire
quinnk@gilbertlegal.com
grime@gilbertlegal.com
gaskea@gilbertlegal.com
agwui@gilbertlegal.com

**STUTZMAN, BROMBERG, ESSERMAN,**
**& PLIFKA, A Professional Corporation**
Sander L. Esserman, Esquire
Peter C. D'Apice, Esquire
Cliff I. Taylor, Esquire
esserman@sbep-law.com
dapice@sbep-law.com
taylor@sbep-law.com

**BROWN RUDNICK LLP**
David J. Molton, Esquire
Jeffrey L. Jonas, Esquire
Catherine M. Castaldi, Esquire
Eric R. Goodman, Esquire
Sigmund S. Wissner-Gross, Esquire
D. Cameron Moxley, Esquire
Kenneth Aulet, Esquire
Gerard T. Cicero, Esquire
Susan Sieger-Grimm, Esquire
dmolton@brownrudnick.com
jjonas@brownrudnick.com
ccastaldi@brownrudnick.com
egoodman@brownrudnick.com
swissner-gross@brownrudnick.com
dmoxley@brownrudnick.com
kaulet@brownrudnick.com
gcicero@brownrudnick.com
ssieger-grimm@brownrudnick.com

**YOUNG CONWAY STARGATT & TAYLOR, LLP**
Robert S. Brady
bankfilings@ycst.com

**GILBERT LLP**
Kami E. Quinn, Esquire
Emily P. Grim, Esquire
Ethan H. Kaminsky, Esquire
quinnk@gilbertlegal.com
grime@gilbertlegal.com
kaminskye@gilbertlegal.com

**TAFT STETTINIUS & HOLLISTER**
David J. Butler
Michael P. O'Neil
dbutler@taftlaw.com

moneil@taftlaw.com

**STRADLEY RONON STEVENS & YOUNG**
Deirdre G. Johnson
Marc E. Haas
Paul W. Kalish
djohnson@stradley.com
mhaas@stradley.com
pkalish@stradley.com

**PARKER HUDSON RAINER & DOBBS LLP**
Matthew M. Weiss
Harris Winsberg
mweiss@phrd.com
hwinsberg@phrd.com

**CONNOLLY GALLAGHER LLP**
Karen C. Bifferato
kbifferato@connollygallagher.com

**PLEVIN & TURNER LLP**
Mark D. Plevin
Miranda H. Turner
mplevin@plevinturner.com
mturner@plevinturner.com