

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

September 18, 2025

**Andrew J. Frackman**
D: +1 212 326 2017
afrackman@omm.com

**VIA EMAIL/ECF**

Hon. Laurie Selber Silverstein
Chief United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market, 6th Floor
Wilmington, DE 19801

**Re: *KFI Wind-Down Corp.*, Case No. 23-10638 (LSS) (Bank. D. Del.) – Discovery Dispute**

Dear Judge Silverstein:

I write on behalf of Certain Insurers[1] in response to the Court's September 15, 2025, email "requesting an update from Certain Insurers, after they have reviewed the documents and the privilege log, what remains of their objection."

On September 15, 2025, the UCC transmitted a small production of 96 documents. That is all, after more than six weeks since the UCC first served its responses and objections to our RFPs on August 1, 2025. No privilege log accompanied this small production. In their cover letter to the production, counsel for the UCC represented "[t]he UCC will provide the Certain Insurers with a follow-on production and a categorical privilege log in short order." Even after all of this time, the UCC did not commit to a date when it would complete its production.

Even if the UCC had made more than a de minimis production, their objections would still require the Court's attention. The UCC still has refused to produce or, if withholding on privilege grounds, log, responsive documents if they are also in the Debtor's custody or control, or even search for responsive documents in the possession of its individual members. Nor has the UCC explained the steps that it intends to take to verify that documents it possesses are also in the possession of the Debtor and are also being produced. The UCC cannot deny that the Debtor has yet to complete its own production or produce a log of any kind, and the UCC cannot

---

[1] "Certain Insurers" include ACE American Insurance Company, Century Indemnity Company (as successor to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America), Federal Insurance Company, and Pacific Employers Insurance Company, and the insurers listed in our initial letter to this Court on September 9, 2025 (Dkt. No. 2484).



identify the documents it says are duplicative or the burden it purports to face in producing or logging these documents.

Accordingly, we respectfully request that these disputes be put on the agenda for the scheduled October 6 hearing.

Respectfully submitted,

*/s/ Andrew J. Frackman*

Andrew J. Frackman