## SCHEDULE A

## **SCHEDULE A**

ACE American Insurance Company

Admiral Insurance Company

Allstate Insurance Company

American Guarantee and Liability Insurance Company

Arch Insurance Company

Arch Specialty Insurance Company

Century Indemnity Company (as successor to CIGNA Specialty Insurance Company f/k/a California Union Insurance Company; and as successor to CCI Insurance Company, as successor to Insurance Company of North America)

Coaction Specialty Management Company, Inc., as managing agent and attorney in-fact for Employers Mutual Casualty Company to the extent of its participation in the Mutual Marine Office, inaccurately captioned as Employers Mutual Casualty Company

Columbia Casualty Company

Endurance American Specialty Insurance Company

Evanston Insurance Company

Federal Insurance Company

First State Insurance Company

Government Employees Insurance Company (GEICO)

Great American Assurance Company

Great American Insurance Company of New York

Hartford Accident and Indemnity Company

Northbrook Excess & Surplus Insurance Company, formerly known as Northbrook Insurance Company

Pacific Employers Insurance Company

RSA Insurance Group Limited

Travelers Casualty & Surety Company (f/k/a The Aetna Casualty and Surety Company)

2

The Continental Insurance Company (on its own behalf and as successor-in- interest to Harbor Insurance Company and London Guarantee and Accident Company of New York)

TIG Insurance Company (as successor to Gibraltar Casualty Company)

Twin City Fire Insurance Company

United National Insurance Company

Wellfleet New York Insurance Company (formerly known as Atlanta International Insurance Company)

Westport Insurance Company (as successor- in-interest to Puritan Insurance Company)

Zurich American Insurance Company