**EXHIBIT 5**

**Argetsinger, Cameron**

| | |
|---|---|
| **From:** | Horkovich, Robert M. |
| **Sent:** | Friday, August 29, 2025 11:21 AM |
| **To:** | ahaberkorn@omm.com |
| **Cc:** | Monasterio, Gabriela Z.; Maddox, Robert C.; Argetsinger, Cameron; Shafaq Hasan Esq. (shasan@paulweiss.com); Nina Kovalenko Esq. (nkovalenko@paulweiss.com); Ziman, Ken; Clayton, Lewis R; Wintner, Samantha; Britton, Robert; Fiscina, Brandon |
| **Subject:** | Kidde - Proposal regarding discovery response extensions |

Carrier will agree to a 2 week extension of time for the insurance companies to respond to Carrier's discovery requests and requests for admission on the condition that all the the insurance companies provide Carrier a 2 week extension of time to respond to the discovery requests and requests for admissions that the insurance companies served on Carrier (served on different dates).

---

**From:** Haberkorn, Adam P. >
**Sent:** Thursday, August 28, 2025 8:19 PM
**To:** Monasterio, Gabriela Z. <Monasterio@rlf.com>
**Cc:** Maddox, Robert C. <Maddox@RLF.com>
**Subject:** RE: Kidde - Proposal regarding discovery response extensions

Hi Gabriela –

Just confirming that I have not received any objections from the JDG, so it is safe to assume we would all be okay with a reciprocal extension for Carrier as well.

Thanks,
Adam

### O'Melveny

**Adam P. Haberkorn**
Pronouns: he/him/his
ahaberkorn@omm.com
O: +1-212-728-5862
M: +1-508-330-7155

---

**From:** Haberkorn, Adam P.
**Sent:** Thursday, August 28, 2025 3:49 PM
**To:** 'Monasterio, Gabriela Z.' <Monasterio@rlf.com>

1

**Cc:** Maddox, Robert C. <Maddox@RLF.com>
**Subject:** RE: Kidde - Proposal regarding discovery response extensions

Hi Gabriela –

Thanks, that is a very fair request and OMM has no objections to a reciprocal extension for Carrier as well.  I don't think the JDG will have any objections either, but I have reached out to them to confirm and will provide an update as soon as possible.

Thanks,
Adam

## O'Melveny

**Adam P. Haberkorn**
Pronouns: he/him/his
ahaberkorn@omm.com
O: +1-212-728-5862
M: +1-508-330-7155

---

**From:** Monasterio, Gabriela Z. <Monasterio@rlf.com>
**Sent:** Thursday, August 28, 2025 2:59 PM
**To:** Haberkorn, Adam P. <ahaberkorn@omm.com>
**Cc:** Maddox, Robert C. <Maddox@RLF.com>
**Subject:** RE: Kidde - Proposal regarding discovery response extensions

Adam,

    Without committing to whether Carrier agrees, please tell us whether the requesting insurance companies would provide a commensurate 2-week extension for Carrier to respond to the insurance companies' pending discovery requests.

Regards,

Gabriela

<image001.png>

**Gabriela Z. Monasterio**
**Richards, Layton & Finger, P.A.**
Monasterio@rlf.com

920 N. King Street | Wilmington, DE 19801
**O:** 302-651-7818 | **M:** 302-650-5781 | **F:** 302-651-7701
vCard, bio, www.rlf.com,
<image002.png>

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly

prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Haberkorn, Adam P. <ahaberkorn@omm.com>
**Sent:** Thursday, August 28, 2025 2:10 PM
**To:** Moxley, D. Cameron <dmoxley@brownrudnick.com>; Daniel Hogan <dan@dkhogan.com>; 'Ethan Kaminsky' <kaminskye@gilbertlegal.com>; Castaldi, Cathrine M. <CCastaldi@brownrudnick.com>; Butler, David J. <dbutler@taftlaw.com>; Bill Sullivan <bsullivan@sha-llc.com>; O'Neil, Michael <MONeil@taftlaw.com>; Hicks, Connor <CDHicks@taftlaw.com>; Monasterio, Gabriela Z. <Monasterio@rlf.com>; Maddox, Robert C. <Maddox@RLF.com>
**Cc:** Frackman, Andrew <afrackman@omm.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warren, Steve <swarren@omm.com>; Haberkorn, Adam P. <ahaberkorn@omm.com>; Yunus, Javed S. <jyunus@omm.com>; Fennell, Ryan <rfennell@omm.com>; areilly@ruggerilaw.com; Alexandre, Quentin <Quentin.Alexandre@clydeco.us>; Annette Rolain <arolain@RUGGERILAW.COM>; aseay@STEPTOE.COM; Bedell, R. Patrick <rbedell@BatesCarey.com>; Beshara, Mina <Mina.Beshara@clydeco.us>; bmccullough@bodellbove.com; brooks@lrclaw.com; brown@lrclaw.com; Christopher Kim <CKim@lawgmm.com>; ckeener@coochtaylor.com; Crofford, Gabrielle (Gabe <GCrofford@willkie.com>; Davis, Joseph <JDavis@WILLKIE.COM>; dchristian@dca.law; dwalulik@fbtlaw.com; ekonecke@WINDELSMARX.COM; esanders@ubglaw.com; falvarez@WALKERWILCOX.COM; Fleischer, Adam H. <AFleischer@batescarey.com>; george@ifrahlaw.com; Green, Kelly <kag@skjlaw.com>; Groffl@whiteandwilliams.com; Haas, Marc <mhaas@stradley.com>; Hardy, Jennifer <JHardy2@willkie.com>; Harris, Barnett <BHarris@willkie.com>; hwinsberg@phrd.com; ilowe@batescarey.com; Ingrassiam@whiteandwilliams.com; jburke@ruggerilaw.com; jdennehy@STEPTOE.COM; jessica.buckwalter@LBKMLAW.COM; jhess@plevinturner.com; jhite@SHMRLAW.COM; jillian.dennehy@kennedyslaw.com; jmo@SKJLAW.COM; John D. LaBarbera <John.LaBarbera@kennedyslaw.com>; John Maloney <JMaloney@lawgmm.com>; Johnson, Deirdre <DJohnson@stradley.com>; Cicero@ChipmanBrown.com; jweinberg@ruggerilaw.com; Joyce, Robert L. <Robert.Joyce@littletonpark.com>; Kalish, Paul <pkalish@stradley.com>; Kamaiko, Laurie A. <laurie.kamaiko@saul.com>; Karen.AndersenMoran@KENNEDYSLAW.COM; Karen C. Bifferato <kbifferato@connollygallagher.com>; Kass-Gergi, Yara <YKass-Gergi@willkie.com>; kmeyers@WINDELSMARX.COM; Koepff, Paul (paul.koepff@clydeco.us) <paul.koepff@clydeco.us>; Lee, Clarence Y. <Clarence.Lee@saul.com>; lrizzo@regerlaw.com; Matt M. Weiss <mweiss@phrd.com>; matthew.starner@kennedyslaw.com; Marc.Casarino@KENNEDYSLAW.COM; marias@restructuringshop.com; Mark Desgrosseilliers <desgross@chipmanbrown.com>; mark.leimkuhler@LBKMLAW.COM; Martint@whiteandwilliams.com; Marton, Simone <SMarton@willkie.com>; Masiuk, Elizabeth <emasiuk@steptoe.com>; mgramke@ubglaw.com; mhalter@regerlaw.com; michael.baughman@mclolaw.com; mweiss@phrd.com; Paul Brown <Brown@chipmanbrown.com>; Perez, Stephanie <sperez@omm.com>; mplevin@plevinturner.com; rjk@SKJLAW.COM; rkb@SKJLAW.COM; Robert.Joyce@littletonjoyce.com; Santellep@whiteandwilliams.com; scalogero@WINDELSMARX.COM; sgerald@whitefordlaw.com; Sgordon@STEPTOE.COM; Spain, Thomas <thomas.spain@saul.com>; Small, Todd D. <tsmall@fbtlaw.com>; stamoulis@swdelaw.com; Stephen Gimigliano <SGimigliano@lawgmm.com>; StJeanos, Christopher <cstjeanos@willkie.com>; tdraper@WALKERWILCOX.COM; Turner, Miranda <mturner@plevinturner.com>; tyler.pierson@kennedyslaw.com; Westerfield, Ryan <Ryan.Westerfield@clydeco.us>; William Chipman <Chipman@chipmanbrown.com>; Winsberg Harris <hwinsberg@phrd.com>; Zachary.berk@saul.com; Moore, Aaron E. <AEMoore@MDWCG.com>
**Subject:** Kidde - Proposal regarding discovery response extensions

**\* EXTERNAL EMAIL \***

Respective Counsel to Carrier, PEC, and UCC –

      We received separate requests from the PEC and the UCC for extensions to deadlines to respond to certain discovery requests. After conferring with the insurers JDG, we propose extending the deadlines for the PEC's and UCC's respective responses by two weeks if Carrier will agree to provide the insurers the same two-week extension to the deadline for the insurers' to each respond to the Carrier RFA's, Interrogatories, and RFP's.

      We appreciate your attention to this matter.

Thank you,
Adam

## O'Melveny

**Adam P. Haberkorn**
Pronouns: he/him/his
ahaberkorn@omm.com
O: +1-212-728-5862
M: +1-508-330-7155

O'Melveny & Myers LLP
1301 Avenue of the Americas, Suite 1700
New York, NY  10019
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**CAUTION RLF:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.