IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KFI WIND-DOWN CORP.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

NOTICE OF SERVICE
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST SET OF
PLAN-RELATED INTERROGATORIES TO CERTAIN INSURERS

PLEASE TAKE NOTICE that the undersigned hereby certifies that on September 19, 2025, copies of *The Official Committee of Unsecured Creditors' First Set of Plan-Related Interrogatories to Certain Insurers were* served via electronic mail upon all counsel of record.

Dated: September 22, 2025

| | |
|---|---|
| */s/ Daniel K. Hogan*<br>Daniel K. Hogan, Esquire (DE # 2814)<br>Garvan F. McDaniel, Esquire (DE # 4167)<br>Daniel C. Kerrick, Esquire (DE # 5027)<br>HOGAN♦MCDANIEL<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>(302) 656-7540; (302) 656-7599 (f)<br>dkhogan@dkhogan.com<br>gmcdaniel@dkhogan.com<br>dckerrick@dkhogan.com<br><br>*Local Counsel to the Official Committee of Unsecured Creditors* | Sander L. Esserman, Esquire<br>Peter C. D'Apice, Esquire<br>Cliff I. Taylor, Esquire<br>STUTZMAN, BROMBERG, ESSERMAN,<br>& PLIFKA, A Professional Corporation<br>2323 Bryan Street, Ste. 2200<br>Dallas, TX 75201<br>(214) 969-4900; (214) 969-4999 (f)<br>esserman@sbep-law.com<br>dapice@sbep-law.com<br>taylor@sbep-law.com<br><br>*Co-Lead Counsel to the Official Committee of Unsecured Creditors* |

*-and-*

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners, 909 Third Avenue, New York, NY 10022.

1

| | |
|---|---|
| David J. Molton, Esquire<br>Jeffrey L. Jonas, Esquire<br>Sigmund S. Wissner-Gross, Esquire<br>D. Cameron Moxley, Esquire<br>Kenneth Aulet, Esquire<br>Gerard T. Cicero, Esquire<br>Susan Sieger-Grimm, Esquire<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>(212) 209-4800; (212) 209-4801 (f)<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>swissner-gross@brownrudnick.com<br>dmoxley@brownrudnick.com<br>kaulet@brownrudnick.com<br>gcicero@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br><br>*Co-Lead Counsel to the Official Committee of Unsecured Creditors* | Cathrine M. Castaldi, Esquire<br>BROWN RUDNICK LLP<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA 92612<br>(949) 752-7100; (949) 525-1514 (f)<br>ccastaldi@brownrudnick.com<br><br>*Co-Lead Counsel to the Official Committee of Unsecured Creditors* |

*-and-*

| | |
|---|---|
| Kami E. Quinn, Esquire<br>Emily P. Grim, Esquire<br>W. Hunter Winstead, Esquire<br>Daniel I. Wolf, Esquire<br>Ethan H. Kaminsky, Esquire<br>Ifenanya Agwu, Esquire<br>GILBERT LLP<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>(202) 772-2200; (202) 772-3333 (f)<br>quinnk@gilbertlegal.com<br>grime@gilbertlegal.com<br>winsteadh@gilbertlegal.com<br>wolfd@gilbertlegal.com<br>kaminskye@gilbertlegal.com<br>agwui@gilbertlegal.com<br><br>*Special Insurance Counsel to the Official Committee of Unsecured Creditors* | Eric R. Goodman, Esquire<br>BROWN RUDNICK LLP<br>601 Thirteenth Street, NW, Ste. 600<br>Washington, DC 20005<br>(202) 536-1700; (202) 536-1701 (f)<br>egoodman@brownrudnick.com<br><br>*Co-Lead Counsel to the Official Committee of Unsecured Creditors* |