

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Laurie Selber Silverstein  
Judge

824 N. Market Street  
Wilmington, DE 19801  
(302) 252-2900

September 22, 2025

**VIA CM/ECF**

Joshua D. Weinberg  
Ruggeri, Parks & Weinberg LLP  
1875 K St NW #800  
Washington, DC 20006

Andrew J. Frackman  
O'Melveny & Myers LLP  
1301 Avenue of the Americas - Suite 1700  
New York, NY 10019-6022

Robert M. Horovich  
Anderson Kill P.C.  
7 Times Square, 15th Floor  
New York, NY 10036

D. Cameron Moxley  
Brown Rudnick LLP  
7 Time Square  
New York, NY 10036

Re:   Discovery Disputes

Dear Counsel:

I am in receipt of numerous letters detailing two discrete sets of discovery disputes: (i) Dkt. Nos. 2484, 2496, 2539, 2543 (certain insurance companies and Committee) and (ii) Dkt. No. 2529, 2540 (Carrier and certain insurance companies).

I will address all discovery disputes at the hearing scheduled at 2:00 pm on October 6, 2025. The certain insurers' request for a protective order on responding to Carrier's discovery with the exceptions noted on page 5 of its letter (Dkt. 2529) is granted until discussed on October 6. Nevertheless, all parties should continue to work in good faith to resolve and/or narrow disputes.

Very truly yours,

Laurie Selber Silverstein

LSS/cmb