# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 16, 2025, the Ad Hoc Committee of Governmental Claimants, by and through the undersigned counsel, caused the *Responses and Objections of the Ad Hoc Committee of Government Claimants to the ACFP Insurers' First Set of Plan-Related Interrogatories* to be served via electronic mail on the parties listed on Exhibit A.

Dated: September 23, 2025

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mark T. Hurford*
Anthony M. Saccullo (Bar No. 4141)
Mark T. Hurford (Bar No. 3299)
27 Crimson King Drive
Bear, Delaware 19701
Tel: (302) 836-8877
Email: ams@saccullolegal.com
      mark@saccullolegal.com

-and-

**KELLEY DRYE & WARREN LLP**
James S. Carr (admitted *pro hac vice*)
Whitney M. Smith (admitted *pro hac vice*)
Steven Yachik (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Email: jcarr@kelleydrye.com
      wsmith@kelleydrye.com
      syachik@kelleydrye.com

*Counsel to the Ad Hoc Committee of Governmental Claimants*

---

[1] The last four digits of the Debtor's tax identification number are 5282. The Debtor's corporate headquarters is located at c/o AlixPartners, 909 Third Avenue, New York, NY 10022.

# EXHIBIT A

| | |
|---|---|
| Stamatios Stamoulis | Andrew Frackman |
| Stamoulis & Weinblatt LLC | Tancred Schiavoni |
| 800 N. West Street, Suite 800 | Adam Haberkorn |
| Wilmington, DE 19801 | O'Melveny & Myers LLP |
| stamoulis@swdelaw.com | 1301 Avenue of the Americas |
| | New York, NY 10019-6022 |
| | afrackman@omm.com |
| | tschiavoni@omm.com |
| | ahaberkorn@omm.com |