IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

KFI WIND-DOWN CORP.,[1]

    Debtor.

Chapter 11

Case No. 23-10638 (LSS)

**NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE
DEBTOR'S FIFTH AMENDED PLAN OF LIQUIDATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

    **PLEASE TAKE NOTICE** that, on December 20, 2024, KFI Wind-Down Corp. f/k/a Kidde-Fenwal, Inc. (the "Debtor") filed the *Notice of Filing of Plan Supplement for the Debtor's Second Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 1755].

    **PLEASE TAKE FURTHER NOTICE** that, on April 11, 2025, the Debtor filed the *Notice of Filing of Plan Supplement for the Debtor's Third Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2055].

    **PLEASE TAKE FURTHER NOTICE** that, on June 1, 2025, the Debtor filed the *Notice of Filing of Plan Supplement for the Debtor's Fourth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2192].

    **PLEASE TAKE NOTICE** that, as contemplated by the *Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [D.I. 2411] (together with all schedules and exhibits thereto, and as may be amended, modified or supplemented from time to time, the "Plan"),[2] the Debtor hereby files a plan supplement (the "Plan Supplement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes the following exhibits (in each case, as may be amended, modified, or supplemented from time to time), which are included in the Plan Supplement as follows:

| | |
|---|---|
| **Exhibit A** | Schedule II to the Primary Trust Distribution Procedures |
| **Exhibit B** | KFI Sovereign State AFFF Settlement Trust Release Agreement for Sovereign Claimants Related to |

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters are located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Plan or the Disclosure Statement, as applicable.

Distribution

**PLEASE TAKE FURTHER NOTICE** that the Debtor and other parties to these documents reserve all rights to amend, modify or supplement the Plan Supplement and any of the documents contained therein (collectively, the "Plan Supplements") in accordance with the consent rights set forth in the Plan and the Plan Support Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplements are integral to, part of and incorporated by reference into the Plan. Please note, however, these documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in the Plan Supplements will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan, including the Plan Supplements (the "Confirmation Hearing"), has not yet been set by the Bankruptcy Court. Once a Confirmation Hearing is scheduled, the Debtor will provide parties-in-interest with notice of such Confirmation Hearing and the related objection deadline and procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Plan Supplements, as well as other documents filed in this Chapter 11 Case, may be obtained (a) for a nominal fee from the Bankruptcy Court's electronic docket for the Debtor's Chapter 11 Case at https://ecf.deb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or (b) free of charge by accessing the Debtor's case website maintained by the Solicitation Agent, https://cases.stretto.com/kfi. In addition, the Debtor will, at its expense, provide paper copies of the Plan or the Plan Supplements to any party submitting a request for such paper copies by (a) calling the Solicitation Agent at (866) 887-0488 (toll-free) or +1 (949) 889-0128 (international) or (b) e-mailing the Solicitation Agent at KFIInquiries@stretto.com. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, materials filed in this Chapter 11 Case, but may not advise you on matters relating to the Plan or the Plan Supplements.

| | |
|---|---|
| Dated: October 1, 2025<br>Wilmington, Delaware | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>/s/ *Casey B. Sawyer*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>dbutz@morrisnichols.com<br>tmann@morrisnichols.com<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Justin J. DeCamp (admitted *pro hac vice*)<br>Benjamin S. Beller (admitted *pro hac vice*)<br>Julie G. Kapoor (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>       gluecksteinb@sullcrom.com<br>       decampj@sullcrom.com<br>       bellerb@sullcrom.com<br>       kapoorj@sullcrom.com<br><br>*Counsel for the Debtor and Debtor-in-Possession* |