**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KFI Wind-Down Corp.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-10638 (LSS) |

**JOINDER OF CARRIER GLOBAL CORPORATION TO**
**DEBTOR'S RESPONSE IN SUPPORT OF DISCLOSURE**
**STATEMENT FOR DEBTOR'S FIFTH AMENDED PLAN OF**
**LIQUIDATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Carrier Global Corporation ("Carrier"), by and through its undersigned counsel, hereby joins in the Debtor's response filed on October 1, 2025 [Docket No. 2584] in support of approval of the *Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 2587] (as may be amended, modified or supplemented from time to time, the "Amended Disclosure Statement"). As set forth therein, Carrier respectfully requests that the Court (a) overrule the Objections,[2] (b) approve the Amended Disclosure Statement and enter the revised proposed order [Docket No. 2588], and (c) approve the Debtor's proposed schedule.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate headquarters are located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2] As used herein, "Objections" means the (a) *Objection of the States of Maine and Vermont to the Revised Fourth Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 2416], (b) *Objection of the States of California, Colorado, Connecticut, Delaware, and New York, and the District of Columbia to the Fourth Revised Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Joinder in Objection of the States of Maine and Vermont* [Docket No. 2424], and (c) *Insurers' Objection to the Fourth Amended Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* [Docket No. 2429].

| | |
|---|---|
| Dated: October 3, 2025 | */s/ Zachary I. Shapiro*<br>**RICHARDS, LAYTON & FINGER P.A.**<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Cory D. Kandestin (No. 5025)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br>Email: heath@rlf.com<br>    shapiro@rlf.com<br>    kandestin@rlf.com<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Kenneth S. Ziman (admitted *pro hac vice*)<br>Lewis R. Clayton (admitted *pro hac vice*)<br>Robert A. Britton (admitted *pro hac vice*)<br>Nina Kovalenko (admitted *pro hac vice*)<br>Shafaq Hasan (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>Email: kziman@paulweiss.com<br><br>*Attorneys for Carrier Global Corporation* |