**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KFI WIND-DOWN CORP.,[1] | Case No. 23-10638 (LSS) |
| Debtor. | |

**AMENDED**[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 6, 2025, AT 2:00 P.M. (E.T.)

---

eCourt Appearances

This hearing will be conducted in-person.  Any exceptions must be approved by chambers.
Parties may observe the hearing remotely by registering with the Zoom link below no later than
October 3, 2025, at 4:00 p.m. (ET).

To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on
the court's website at www.deb.uscourts.gov.

*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day
before the hearing unless otherwise noticed.*

After the deadline has passed an electronic invitation, with the relevant audio or video link, will be
emailed to you prior to the hearing.

---

## MATTERS UNDER CERTIFICATION

1.      Eighth Interim Fee Application of Diana G. Adams (D.I. 2468, filed 9/5/25).

        Objection Deadline:  September 29, 2025, at 4:00 p.m. (ET).

        Responses Received: None.

        Related Documents:

        A. Certification of the Fee Examiner Regarding Eighth Omnibus Order Granting
           Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's
           Professionals (D.I. 2581, filed 10/1/25).

---

[1]     The last four digits of KFI Wind-Down Corp.'s tax identification number are 5282. The Debtor's corporate
headquarters is located at c/o AlixPartners 909 Third Avenue, New York, NY 10022.

[2]     Amended items in **bold**.

<u>Status</u>: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

2.    Eighth Interim Fee Application of Lori Lapin Jones (<u>D.I. 2469</u>, filed 9/5/25).

      <u>Objection Deadline</u>: September 29, 2025, at 4:00 p.m. (ET).

      <u>Responses Received</u>: None.

      <u>Related Documents</u>:

          A.  Certification of the Fee Examiner Regarding Eighth Omnibus Order Granting Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's Professionals (<u>D.I. 2581</u>, filed 10/1/25).

      <u>Status</u>: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

3.    Eighth Interim Fee Application of National CRS, LLC (<u>D.I. 2470</u>, filed 9/5/25).

      <u>Objection Deadline</u>: July 7, 2025, at 4:00 p.m. (ET).

      <u>Responses Received</u>: None.

      <u>Related Documents</u>:

          A.  Certification of the Fee Examiner Regarding Eighth Omnibus Order Granting Interim Allowance of Fees of the Fee Examiner and the Fee Examiner's Professionals (<u>D.I. 2581</u>, filed 10/1/25).

      <u>Status</u>: A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

**<u>MATTER GOING FORWARD</u>**

4.    Notice of Filing of Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (<u>D.I. 2413</u>, filed 8/15/25);

      <u>Objection Deadline</u>:

<u>Responses Received</u>:

    A. Objection of the States of Maine and Vermont to the Revised Fourth Disclosure Statement for Debtors Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2416</u>, filed 8/19/25);

    B. Objection of the States of California, Colorado, Connecticut, Delaware, and New York, and the District of Columbia to the Fourth Revised Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Joinder in Objection of the States of Maine and Vermont (<u>D.I. 2424</u>, filed 8/20/25);

    C. Insurers' Objection to the Fourth Amended Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2429</u>, filed 8/21/25);

    D. Arch Insurance Company and Arch Specialty Insurance Company's Notice of Joinder in Certain Insurers' Objection [DKT. 2429] to the Fourth Amended Disclosure Statement [DKT. 2412-1] for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2431</u>, filed 8/22/25); and

    E. Travelers Casualty and Surety Company's (f/k/a The Aetna Casualty and Surety Company) Joinder in Insurer's Objection to the Fourth Amended Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2441</u>, filed 8/28/25).

<u>Related Documents</u>:

    A. Ruling on Disclosure Statement (<u>D.I. 2249</u>, entered 6/16/25);

    B. Notice of Filing of Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2411</u>, filed 8/15/25);

    C. Notice of Filing of Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2412</u>, filed 8/15/25);

    D. Notice of Hearing Regarding the Disclosure Statement (<u>D.I. 2443</u>, filed 8/29/25);

    E. Notice of Rescheduled Hearing Regarding the Disclosure Statement (<u>D.I. 2460</u>, filed 9/3/25);

    F. Debtor's Response in Support of Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (<u>D.I. 2584</u>, filed 10/1/25);

G. The Official Committee of Unsecured Creditors Brief in Support of Approval of the Disclosure Statement for Debtors' Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2585, filed 10/1/25);

H. Notice of Filing of Plan Supplement for the Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2586, filed 10/1/25);

I. Notice of Filing of Revised Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2587, filed 10/1/25);

J. Notice of Filing of Further Revised Proposed Order (I) Approving the Adequacy of the Disclosure Statement and Form and Manner of Notice of Hearing Thereon; (II) Establishing Solicitation Procedures; (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive; (IV) Approving the Form of Ballots; (V) Approving the Form, Manner and Scope of Confirmation Notices; (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan; and (VII) Granting Related Relief (D.I. 2588, filed 10/1/25);

K. **Supplemental Response of Certain Insurers to (I) Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code; (II) Related Proposed Solicitation Procedures and (III) Proposed Schedule for Plan Discovery (D.I. 2594, filed 10/3/25); and**

L. **Joinder of Carrier Global Corporation to Debtor's Response in Support of Disclosure Statement for Debtor's Fifth Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (D.I. 2596, filed 10/3/25).**

Status:  This matter is going forward.

## DISCOVERY CONFERENCE

5.    Certain Insurers' Letter Requesting Resolution of Discovery Dispute (D.I. 2484, filed 9/9/25).

Responses Received:

A. Official Committee of Unsecured Creditors' Letter Responding to Certain Insurers' Discovery Dispute Letter (D.I. 2496, filed 9/11/25);

B. Certain Insurers' Letter Providing Update Regarding Discovery Dispute (D.I. 2539, filed 9/18/25);

C. Official Committee of Unsecured Creditors' Lette Responding to Certain Insurers' Discovery Dispute Letters (D.I. 2543, filed 9/20/25); and

D.  Letter from the Honorable Laurie Selber Silverstein Regarding Discovery Disputes (<u>D.I. 2546</u>, filed 9/22/25).

<u>Status</u>:  This matter is going forward as a discovery conference.

6.    Insurers' Brief Letter for Protective Order (<u>D.I. 2529</u>, filed 9/17/25).

<u>Responses Received</u>:

A.  Letter from Carrier Global Corporation in Response to Insurers' Letter Brief for Protective Order (<u>D.I. 2540</u>, filed 9/19/25); and

B.  Letter from the Honorable Laurie Selber Silverstein Regarding Discovery Disputes (<u>D.I. 2546</u>, filed 9/22/25).

<u>Status</u>:  This matter is going forward as a discovery conference.

Dated: October 6, 2025
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Casey B. Sawyer*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Casey B. Sawyer (No. 7260)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: dabbott@morrisnichols.com
        aremming@morrisnichols.com
        dbutz@morrisnichols.com
        tmann@morrisnichols.com
        csawyer@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Justin J. DeCamp (admitted *pro hac vice*)
Benjamin S. Beller (admitted *pro hac vice*)
Julie G. Kapoor (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        decampj@sullcrom.com
        bellerb@sullcrom.com
        kapoorj@sullcrom.com

*Counsel for the Debtor and Debtor-in-Possession*